# EXHIBIT 15

US008136025B1

(12) **United States Patent**
Zhu et al.

(10) **Patent No.:**     **US 8,136,025 B1**
(45) **Date of Patent:**     **Mar. 13, 2012**

(54) **ASSIGNING DOCUMENT IDENTIFICATION TAGS**

(75) Inventors: **Huican Zhu**, San Jose, CA (US);
**Anurag Acharya**, Campbell, CA (US)

(73) Assignee: **Google Inc.**, Mountain View, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1838 days.

(21) Appl. No.: **10/613,637**

(22) Filed: **Jul. 3, 2003**

(51) **Int. Cl.**
**G06F 17/00**          (2006.01)

(52) **U.S. Cl.** ......... **715/200**; 707/634; 707/637; 707/740

(58) **Field of Classification Search** .................. 707/513, 707/5, 1–4; 715/513, 500; 706/45
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D295,632 | S | 5/1988 | Wells-Papanek et al. |
| D295,764 | S | 5/1988 | Wells-Papanek et al. |
| 5,634,062 | A | 5/1997 | Shimizu et al. |
| 5,721,914 | A | 2/1998 | DeVries |
| D396,455 | S | 7/1998 | Bier |
| 5,801,702 | A | 9/1998 | Dolan et al. |
| 5,884,031 | A | 3/1999 | Ice |
| 5,913,026 | S | 6/1999 | Bleidt et al. |
| 5,920,701 | A | 7/1999 | Miller et al. |
| 6,070,191 | A | 5/2000 | Narendran et al. |
| 6,098,078 | A | 8/2000 | Gehani et al. |
| 6,119,124 | A | 9/2000 | Broder et al. |
| 6,134,596 | A | 10/2000 | Bolosky et al. |
| 6,141,762 | A | 10/2000 | Nicol et al. |
| 6,163,778 | A | 12/2000 | Fogg et al. |
| 6,189,019 | B1 | 2/2001 | Blumer et al. |
| 6,189,039 | B1 | 2/2001 | Harvey et al. |
| 6,195,622 | B1 | 2/2001 | Altschuler et al. |
| 6,223,226 | B1 | 4/2001 | Miyahara |
| 6,233,571 | B1 | 5/2001 | Egger et al. |
| 6,243,091 | B1 | 6/2001 | Berstis |
| 6,263,364 | B1 | 7/2001 | Najork et al. |
| 6,278,992 | B1 | 8/2001 | Curtis et al. |
| 6,285,999 | B1 | 9/2001 | Page |
| 6,292,880 | B1 | 9/2001 | Mattis et al. |
| 6,336,123 | B2 | 1/2002 | Inoue et al. |
| 6,366,947 | B1 | 4/2002 | Kavner |
| 6,370,580 | B2 | 4/2002 | Kriegsman |
| 6,374,336 | B1 | 4/2002 | Peters et al. |
| 6,404,446 | B1 | 6/2002 | Bates et al. |

(Continued)

OTHER PUBLICATIONS

David B. Leake, towards context-based search engine selection, 2001, ACM Press, pp. 109-112.*

(Continued)

*Primary Examiner* — Quoc A Tran
(74) *Attorney, Agent, or Firm* — Morgan, Lewis & Bockius LLP

(57)          **ABSTRACT**

Document identification tags are assigned to documents to be added to a collection of documents. Based on query-independent information about a new document, a document identification tag is assigned to the new document. The document identification tag so assigned is used in the indexing of the new document. When a list of document identification tags are produced by an index in response to a query, the list is approximately ordered with respect to a measure of query-independent relevance. In some embodiments, the measure of query-independent relevance is related to the connectivity matrix of the World Wide Web. In other embodiments, the measure is related to the recency of crawling. In still other embodiments, the measure is a mixture of these two. The provided systems and methods allow for real-time indexing of documents as they are crawled from a collection of documents.

**41 Claims, 15 Drawing Sheets**



US 8,136,025 B1

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,418,452 | B1 | 7/2002 | Kraft et al. |
| 6,427,172 | B1 | 7/2002 | Thacker et al. |
| 6,467,046 | B1 | 10/2002 | Cunliffe et al. |
| 6,477,548 | B1 | 11/2002 | Nihei |
| 6,477,566 | B1 | 11/2002 | Davis et al. |
| 6,484,204 | B1 | 11/2002 | Rabinovich |
| 6,499,052 | B1 | 12/2002 | Hoang et al. |
| D469,444 | S | 1/2003 | Ording et al. |
| D472,244 | S | 3/2003 | Wasko |
| D473,565 | S | 4/2003 | Groves |
| 6,547,829 | B1 | 4/2003 | Mayerzon et al. |
| D474,201 | S | 5/2003 | Chaudhri |
| 6,606,643 | B1 | 8/2003 | Emens et al. |
| 6,618,752 | B1 | 9/2003 | Moore et al. |
| 6,631,369 | B1 * | 10/2003 | Meyerzon et al.   ............... 707/4 |
| 6,665,658 | B1 | 12/2003 | DaCosta et al. |
| 6,671,705 | B1 | 12/2003 | Duprey et al. |
| 6,675,159 | B1 | 1/2004 | Lin et al. |
| 6,687,696 | B2 | 2/2004 | Hofmann et al. |
| 6,711,568 | B1 | 3/2004 | Bharat et al. |
| 6,718,361 | B1 | 4/2004 | Basani et al. |
| 6,725,269 | B1 | 4/2004 | Megiddo |
| 6,826,576 | B2 * | 11/2004 | Lulich et al.   ................... 707/102 |
| 6,847,967 | B1 | 1/2005 | Takano |
| 6,859,839 | B1 | 2/2005 | Zahorjan et al. |
| 6,901,604 | B1 | 5/2005 | Kiraly |
| 6,947,930 | B2 | 9/2005 | Anick et al. |
| 6,970,937 | B1 | 11/2005 | Huntington |
| 6,976,207 | B1 | 12/2005 | Rujàn et al. |
| 6,978,419 | B1 | 12/2005 | Kantrowitz |
| 6,990,628 | B1 * | 1/2006 | Palmer et al.   ................... 715/500 |
| 6,990,667 | B2 | 1/2006 | Ulrich et al. |
| 6,996,668 | B2 | 2/2006 | Gaertner et al. |
| 7,035,933 | B2 | 4/2006 | O'Neal et al. |
| 7,039,173 | B2 | 5/2006 | Tuunanen |
| 7,065,618 | B1 | 6/2006 | Ghemawat et al. |
| 7,080,073 | B1 | 7/2006 | Jiang et al. |
| 7,325,073 | B2 | 1/2008 | Shao et al. |
| 2002/0023158 | A1 | 2/2002 | Polizzi et al. |
| 2002/0038350 | A1 | 3/2002 | Lambert et al. |
| 2002/0057678 | A1 | 5/2002 | Jiang et al. |
| 2002/0059416 | A1 | 5/2002 | Tuunanen |
| 2002/0059592 | A1 | 5/2002 | Kiraly |
| 2002/0078014 | A1 | 6/2002 | Pallmann |
| 2002/0078035 | A1 | 6/2002 | Frank et al. |
| 2002/0087599 | A1 * | 7/2002 | Grant et al.   ................... 707/513 |
| 2002/0103809 | A1 | 8/2002 | Starzl et al. |
| 2002/0103968 | A1 | 8/2002 | Grover |
| 2002/0120685 | A1 | 8/2002 | Srivastava et al. |
| 2002/0138509 | A1 | 9/2002 | Burrows et al. |
| 2002/0138559 | A1 | 9/2002 | Ulrich et al. |
| 2002/0169818 | A1 | 11/2002 | Stewart et al. |
| 2002/0194324 | A1 | 12/2002 | Guha |
| 2003/0014399 | A1 | 1/2003 | Hansen et al. |
| 2003/0014523 | A1 | 1/2003 | Teloh et al. |
| 2003/0028726 | A1 | 2/2003 | Gaertner et al. |
| 2003/0037131 | A1 | 2/2003 | Verma |
| 2003/0046283 | A1 | 3/2003 | Roberts |
| 2003/0101278 | A1 | 5/2003 | Garcia-Luna-Aceves et al. |
| 2003/0130994 | A1 | 7/2003 | Singh et al. |
| 2003/0131193 | A1 | 7/2003 | Kodama et al. |
| 2003/0195883 | A1 | 10/2003 | Mojsilovic et al. |
| 2003/0200307 | A1 | 10/2003 | Raju et al. |
| 2003/0204571 | A1 | 10/2003 | Waltermann |
| 2003/0212869 | A1 | 11/2003 | Burkey |
| 2003/0225884 | A1 | 12/2003 | Hayden |
| 2004/0019721 | A1 | 1/2004 | Drerup et al. |
| 2004/0049673 | A1 | 3/2004 | Song et al. |
| 2004/0093361 | A1 | 5/2004 | Therrien et al. |
| 2004/0128383 | A1 | 7/2004 | Hinton |
| 2004/0143672 | A1 | 7/2004 | Padmanabham et al. |
| 2004/0205149 | A1 | 10/2004 | Dillon et al. |
| 2004/0210575 | A1 | 10/2004 | Bean et al. |
| 2004/0223615 | A1 | 11/2004 | Dhawan |
| 2004/0260873 | A1 | 12/2004 | Watanabe |
| 2005/0015436 | A1 | 1/2005 | Singh et al. |
| 2005/0027685 | A1 | 2/2005 | Kamvar et al. |
| 2005/0154887 | A1 | 7/2005 | Birk et al. |
| 2005/0165778 | A1 | 7/2005 | Obata et al. |
| 2005/0216845 | A1 | 9/2005 | Wiener |
| 2005/0273514 | A1 | 12/2005 | Milkey et al. |
| 2006/0129775 | A1 | 6/2006 | Hulsey |
| 2006/0271705 | A1 | 11/2006 | Garcia-Luna-Aceves |
| 2007/0174471 | A1 | 7/2007 | Van Rossum |
| 2008/0005780 | A1 | 1/2008 | Singleton |
| 2008/0016028 | A1 | 1/2008 | Wilding et al. |

## OTHER PUBLICATIONS

Filippo Menczer, Evaluating topic-driven web crawlers, 2001, ACM Press, pp. 241-249.*

Adam, N. et al., "Regeneration with Virtual Copies for Distributed Computing Systems," IEEE Transactions on Software Engineering, vol. 19, No. 6, Jun. 1993, 9 pages.

Alvarez, M. et al., "Client-Side Deep Web Data Extraction," IEEE International Conference on E-Commerce Technology for Dynamic E-Business, Sep. 13-15, 2004, 5 pages.

Bawa, M. et al., "Transience of Peers and Streaming Media," ACM SIGCOMM Computer Communications Review, vol. 33, No. 1, Jan. 2003, 6 pages.

Bharat, K. et al., "A Comparison of Techniques to Find Mirrored Hosts on the WWW," Proceedings Workshop on Organizing Web Space at 4th ACM Conference on Digital Libraries, Aug. 25, 1999, 19 pages.

Bharat, K. et al., "Mirror, Mirror on the Web: A Study of Host Pairs with Replicated Content," In the Proceedings of the Eighth International World Wide Web Conference, 1999, 17 pages.

Brin, S. et al., "Copy Detection Mechanisms for Digital Documents," Proceedings of the ACM SIGMOD International Conference on Management of Data, Oct. 31, 1994, 21 pages.

Brin, S. et al., "The Anatomy of a Large-Scale Hypertextual Web Search Engine," Computer Networks and ISDN Systems, 1998, 11 pages.

Broder, A.Z., "On Resemblance and Containment of Documents," Proceedings of Compression and Complexity of Sequences, IEEE Computer Society, 1997, 9 pages.

Brusilovsky, P., et al., "Map-Based Horizontal Navigation in Educational Hypertext," HT'02, Jun. 11-15, 2002, 10 pages.

Cerf, V. et al., "Specification of Internet Transmission Control Program," RFC 675, Specification of Internet Transmission Control Program, Dec. 1974, 141 pages.

Chawathe, Y. et al., "An Architecture for Internet Content Distribution as an Infrastructure Service," http://www.cs.berkeley.edu/~yatin/papers/scatterca, 2000, 16 pages.

Chawathe, Y., "Scattercast: An Architecture for Internet Broadcast Distribution as an Infrastructure Service," Dissertation of Yatin Dilip Chawathe, University of California at Berkeley, Fall 2000, 161 pages.

Cho, J., et al., "Finding Replicated Web Collections," Proceedings of the ACM SIGMOD International Conference on Management of Data, 25 pages, 2000.

Chowdhury, A., et al., "Collection Statistics for Fast Duplicate Document Detection," ACM Transactions on Information Systems, vol. 20, No. 2, Apr. 2002, 21 pages.

Cohen, B., Incentives Build Robustness in Bit Torrent, bram@bitconjurer.org, May 22, 2003, 5 pages.

Haveliwala, T., "Topic-Sensitive Page Rank," WWW2002, May 7-11, 2002, 10 pages.

Henzinger, M. et al., "Challenges in Web Search Engines," Internet Mathematics, vol. 1, No. 1, Oct. 17, 2002, 14 pages.

Ipeirotis, P. et al., "Extending SDARTS: Extracting Metadata from Web Databases and Interfacing with the Open Archives Initiative," Proceedings of the 2nd ACM/IEEE-CS Joint Conference on Digital Libraries Table of Contents, 2002, 9 pages.

Jeh, G. et al., "Scaling Personalized Web Search," WWW2003, May 20-24, 2003, 9 pages.

Kamvar, S. et al., "Exploiting the Block Structure of the Web for Computing Page Rank," Stanford University Technical Report, Jun. 2003, 14 pages.

Kelly, T. et al., "Aliasing on the World Wide Web: Prevalence and Performance Implications," Proceedings of the 11th International World Wide Web Conference, May 7-11, 2002, 11 pages.

**US 8,136,025 B1**

Page 3

Kleinberg, J., "Authoritative Sources in a Hyperlinked Environment," Journal of the ACM, vol. 46, No. 5, Sep. 1999, 29 pages.

Koman, R., "How the Wayback Machine Works," XML.com, Jan. 21, 2001, 6 pages.

Kristol, D. et al., "HTTP State Management Mechanism," RFC 2965, HttP Saae Manlagement Mechanism, Oct. 2000, 25 pages.

Leuski, A., "Evaluating Document Clustering for Interactive Information Retrieval," Proceedings of the 10th Int'l Conference on Information and Knowledge, 2001, 13 pages.

Miller, R., "WebSPHINX: A Personal, Customizable Web Crawler," http://www.cs.cmu.edu/~rcm/websphinx, Jul. 8, 2002, 10 pages.

Nguyen, T. et al., "Distributed Video Streaming Over Internet," Proc. SPIE, vol. 4673, 2002, 10 pages.

Notess, G., "The Wayback Machine: The Web's Archive,"Online, vol. 26, No. 2, Mar./Apr. 2002, 4 pages.

Osokine, S., "Search Optimization in the Distributed Networks," http://www.grouter.net/gnutella/search.lhtm, Oct. 15, 2002, 65 pages.

Padmanabhan, V. et al., "Distributing Streaming Media Content Using Cooperative Networking," NOSSDAV '02, May 12-14, 2002, 10 pages.

Postel, J. et al., "File Transfer Protocol (FTP)," Obsoletes RFC 765 (IEN 149) Oct. 1985, 69 pages.

Raghavan, S. et al., "Crawling the Hidden Web," Technical Report, Stanford, Dec. 7, 2000, 26 pages.

Rowstron, A. et al., "Storage Management and Caching in PAST, a Large-Scale, Persistent Peer-to-Peer Storage Utility," SOSP-18, Nov. 2001, 13 pages.

Sarawagi, S., et al., "Interactive Deduplication Using Active Learning," Proceeding of the 8th ACM SIGKDD Int'l Conf. on Knowledge, Discovery and Data Mining, Jul. 2002, 10 pages.

Shivakumar, N., et al., "Finding Near-Replicas of Documents on the Web," in World Wide Web and Databases, International Workshop WebDB'98, Mar. 1998, 4 pages.

Smith, B. et al., "Exploiting Result Equivalence in Caching Dynamic Web Content," USENIX Symposium on Internet Technology and Systems, Oct. 1999. 12 pages.

Stoica, I. et al., "Chord: A Scalable Peer-to-Peer Lookup Service for Internet Applications," MIT Laboratory for Computer Science, Jan. 10, 2002, 45 pages.

Tsoi, "Structure of the Internet?" Faculty of Informatics-Papers, Univ. of Wollongong, 2001, 5 pages.

Wang, J. et al., "Web Search Services," Univ. of Science & Technology, Hong Kong, Computer Science Technical Report, HKUST-CS02-26, Jan. 1999, 35 pages.

Wolfson O. et al., "An Adaptive Data Replication Algorithm," ACM Transactions on Database Systems, vol. 22, No. 2, Jun. 1997, 60 pages.

Wolfson O. et al., "Distributed Algorithms for Dynamic Replication of Data," 11th Principles of Database Systems, Jun. 1992, 15 pages.

Zhao, B. et al., Tapestry: An Infrastructure for Fault-Tolerant Wide-Area Location and Routing, Computer Science Division (EECS), University of California, Berkeley, Apr. 2001, 28 pages.

* cited by examiner

Case 1:14-cv-02396-PGG-MHD   Document 63-15   Filed 03/27/15   Page 5 of 35



Fig. 1



Fig. 2



Beginning of new epoch
302
Identify the base segment 112 of URLs from base layer 102 to be crawled during an epoch (*e.g.* on a given day). Refine daily layer 104 and real-time layer 106 based on how frequently URL content changes and URL page rank. Review history logs 218 to determine how frequently URL content changes. Refine URL crawl frequency and/or select URLs that are to be crawled.
304
Deliver the selected URLs to URL managers 204
Place real-time layer 106 in a separate URL manager 204 that does not scan link logs 214 or status logs 212
Scan link logs 214 to discover new URLs. Ignore URLs that have been seen before but are not currently scheduled for crawling. Add newly discovered URLs to the pool of URLs to be crawled
Scan status logs 212 to update the states of URLs that have been crawled during the given time period
306
Deliver URLs to URL server 206 when they are requested by server 206
Request reservations from host load servers that host URLs to be crawled
Distribute URLs to robots 208 in accordance with terms of the conditions for the reservations
308
Crawl URLs
Perform local DNS resolution when possible using a local DNS resolution database
Provide support for cookies when needed using a cookie database
310
Eliminate duplicate URLs with Dupserver 224
To 312

Fig. 3A



From 310
312
Filter data obtained from crawling
Write out links found in crawled pages to link logs 214
Write out document associated with each crawled URL indexed by page rank to Rtlogs 226, 228 or 330 as a function of which layer the URL belongs to in data structure 100
Write out one history record for each URL that was crawled to history logs 218, where the history record includes information such as the URL, crawl status, checksums, time taken to download, etc
Write out one status record for each URL that was crawled to status logs 212 that contains information such as crawl status
314
Real-time indexers 232 obtain documents from the Rtlogs and index them so that they are searchable by a front-end querying system (not shown)
316
Global state manager 216 creates (i) link maps 220 that do not contain text 506 and are keyed by the fingerprints of URLs 502 and (ii) anchor maps 238 that contain text 506 and are keyed by the fingerprints of outbound URLs 504

Fig. 3B

600
Hash of URL fp 1
URL fp
URL page rank
Crawl interval
Crawl status
URL characteristics (e.g. news, international, file type, etc.)
URL layer (daily, active layer)
Hash of URL fp 1
URL fp
URL page rank
Crawl interval
Crawl status
URL characteristics (e.g. news, international, file type, etc.)
URL layer (daily, active layer)
Hash of URL fp N
URL fp
URL page rank
Crawl interval
Crawl status
URL characteristics (e.g. news, international, file type, etc.)
URL layer (daily, active layer)
602-1
604-1
606-1
608-1
610-1
612-1
614-1
602-2
604-2
606-2
608-2
610-2
612-2
614-2
602-N
604-N
606-N
608-N
610-N
612-N
614-N

Fig. 4



Fig. 5A

Fig. 5B

Fig. 5C

Fig. 5D

Fig. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 9



Fig. 10



Fig. 11



Fig. 12



Fig. 13



Fig. 14

US 8,136,025 B1

**1**

## ASSIGNING DOCUMENT IDENTIFICATION TAGS

### FIELD OF THE INVENTION

The present invention relates to the field of search engines for locating documents in a collection of documents, such as a collection of documents stored on servers coupled to the Internet or in an intranet, and in particular the present invention relates to a method and apparatus for assigning document identification tags to documents to be inserted into an index of the collection of documents, the index arranged and document identification tags assigned so that documents with high relevance appear earlier in a list of documents returned by the index in response to a query, even when not all the documents to be indexed are available for sorting as document identification tags are assigned and documents inserted into the index.

### BACKGROUND OF THE INVENTION

Development of a search engine that can index a large and diverse collection of documents, yet return to a user a short, relevant list of result documents in response to a query has long been recognized to be a difficult problem. Various metrics of relevance of a document have been developed in an attempt to solve this problem. One class of such metrics is the query-independent metrics. The metrics represent the relative importance or relevance of a document to a user independent of any query submitted. Examples of query-independent metrics include, but are not limited to, simple criteria based on intrinsic properties of the document itself (i.e., the length of the document), ad-hoc rules for assigning relevance based on preassigned authority of a hosting site, and automatic determinations of relevance based on extrinsic information about the document. An example of an automatic relevance criterion based on extrinsic information is PageRank, described in detail in U.S. Pat. No. 6,285,999, hereby incorporated by reference in its entirety.

One goal of search engine design is to index documents in such a way that a list of documents returned in response to a query is approximately ordered in decreasing relevance. This task is made easier if the list of documents is ordered in terms of decreasing query-independent relevance. For computational efficiency, it is desirable that the internal representation of documents in the index reflect such an ordering. In this way, the list of documents returned to the user will contain the most highly relevant documents (as measured by a query-independent relevance metric), even when only the first few documents in the index are returned. Extracting only the first few documents from the index has advantages in computational efficiency, a critical factor when hundreds of millions of queries are served per day.

In search engine systems that retrieve ("crawl") and evaluate the entire contents of a collection of documents before building an index, the index is readily assembled to return documents in order of decreasing query-independent relevance. Some indexes employ an internal representation of a particular document, referred to as a document identification tag. In some systems, the document identification tags are integers. By examining the query-independent relevance of a document relative to the collection of documents prior to the assignment of a document identification tag to the document, it is possible to assign a document identification tag that encodes this information. For example, assuming sufficient computational resources, the entire collection of documents could be sorted in order of decreasing query-independent

**2**

relevance and document identification tags assigned in sequential order to documents in the sorted list.

However, as the number of documents in the Internet grows, it takes ever longer time periods between the time when a page is crawled by a robot and the time that it can be indexed and made available to a search engine. Furthermore, it takes ever longer time periods to replace or update a page once it has been indexed. Therefore, what is needed in the art are systems and methods for crawling and indexing web pages to reduce the latency between the time when a web page is either posted or updated on the Internet and the time when a representation of the new or updated web page is indexed and made available to a search engine.

Given the above background, it is desirable to devise a system and method for assigning document identification tags to documents to be indexed before retrieval of the entire contents of a collection of documents is complete. Furthermore, it is desirable to devise systems and methods for assigning document identification tags before a crawl is complete in such a way that the document identification tags encode information about the query-independent relevance of the document relative to the collection of documents.

### SUMMARY OF THE INVENTION

Embodiments provide a method of assigning a document identification tag to a new document. The new document is to be added to a collection of documents. First, the method subdivides a set of document identification tags into a plurality of tiers. Each tier is associated with a respective subset of the set of document identification tags. Next, query-independent information about the new document, including a query-independent metric, is received. Next, based at least on the query-independent information, one of the tiers is selected. Finally, the new document is assigned a document identification tag from the respective subset of document identification tags associated with the selected tier, the assigned document identification tag not previously assigned to any of the documents in the collection of documents.

In some embodiments, each tier in the plurality of tiers is associated with a respective predetermined range of metric values. In these embodiments, selecting a tier includes selecting the tier for which the query-independent metric of the new document falls within the respective predetermined range of metric values associated with the selected tier. In some of these embodiments, the plurality of tiers are ordered so that the respective subsets of the set of document identification tags associated with each tier monotonically increases with the position of the tier in the ordering and the respective predetermined range of metric values associated with each tier monotonically increases with the position of the tier in the ordering. In some embodiments, assigning a document identification tag to the new document includes assigning to the new document a minimum available document identification tag from the respective subset of document identification tags associated with the selected tier. In other embodiments, assigning a document identification tag to the new document includes assigning to the new document a maximum available document identification tag from the respective subset document identification tags associated with the selected tier.

In some embodiments, when a flush condition is satisfied, a flush operation is performed. The flush operation includes building a sorted map, the sorted map relating globally unique identifiers to document identification tags assigned to documents since a prior flush operation. In some embodiments, when a merge condition is satisfied, a merge operation is performed. The merge operation includes merging a plurality

US 8,136,025 B1

**3**

of sorted maps produced by previous flushing operations, producing a merged map relating globally unique identifiers to document identification tags assigned to documents.

In some embodiments, the flush operation includes building a first sorted map and a second sorted map. The first sorted map is keyed and sorted by globally unique identifiers, and includes for each globally unique identifier a corresponding document identification tag. The second sorted map is keyed and sorted by document identification tags assigned to documents since a prior flush operation, and includes for each such document identification tag a corresponding globally unique identifier.

Another aspect of the invention partitions a set of valid globally unique document identifiers into a plurality of segments, each segment associated with a respective subset of the set of valid globally unique document identifiers. Each of the segments is subdivided into a plurality of tiers, each segment having an associated set of document identification tags, and each tier of a respective segment having an associated subset of the set of document identification tags for the respective segment. Embodiments in accordance with this aspect receive query-independent information about a new document, including a query-independent metric and a globally unique document identifier. Then, based at least in part on the globally unique document identifier, one of the segments is selected. Next, based at least on the query-independent information, one of the tiers associated with the selected segment is selected. Finally, the new document is assigned a document identification tag from the subset of document identification tags associated with the selected tier. The receiving, selecting a segment, selecting a tier, and assigning is repeated with respect to one or more additional new documents. The set of document identification tags for each respective segment have the property that none of the tags therein are assigned to documents that have globally unique document identifiers associated with the respective segment.

Another aspect partitions a set of valid globally unique document identifiers into a plurality of segments, each segment associated with a respective subset of the set of valid globally unique document identifiers. Each of the plurality segments is further partitioned into a respective set of partitions, each partition associated with a respective range of the subset of globally unique document identifiers associated with the segment. Embodiments in accordance with this aspect subdivide each of the partitions into a plurality of tiers, each partition having an associated set of document identification tags, and each tier of a respective partition having an associated subset of the set of document identification tags for the respective partition. A server responsible for assigning document identification tabs receives query-independent information about a new document, including a query-independent metric and a globally unique document identifier. In one embodiment, the globally unique document identifier is a fixed length fingerprint of the documents' address or URL. Based at least in part on the globally unique document identifier, one of the segments and one of the partitions is selected. In addition, based at least on the query-independent information, one of the tiers associated with the selected partition is selected. The new document is assigned a document identification tag from a subset of document identification tags associated with the selected tier. The receiving, selecting a segment and a partition, selecting a tier, and assigning steps or operations are repeated with respect to one or more additional new documents.

Another aspect provides a system for assigning a document identification tag to a new document. The system includes a data structure representing a subdivision of a set of document

**4**

identification tags into a plurality of tiers, wherein each tier is associated with a respective subset of the set of document identification tags. An interface is configured to receive query-independent information about the new document, the information including a query-independent metric. The system further includes a tag assignment module configured to (1) select, based at least on the query-independent information, one of the tiers and (2) assign to the new document a document identification tag from the respective subset of document identification tags associated with the selected tier, the assigned document identification tag not previously assigned to any of the documents in the collection of documents.

Another aspect provides a computer program product for use in conjunction with a computer system, the computer program product comprising a computer readable storage medium and a computer program mechanism therein. The computer program mechanism comprises:

a data structure representing a subdivision of a set of document identification tags into a plurality of tiers, wherein each tier is associated with a respective subset of the set of document identification tags;

an interface configured to receive query-independent information about a new document, the information including a query-independent metric; and

a tag assignment module including instructions for selecting, based at least on the query-independent information, one of the tiers, and for assigning to the new document a document identification tag from the respective subset of document identification tags associated with the selected tier, the assigned document identification tag not previously assigned to any of the documents in a collection of documents.

BRIEF DESCRIPTION OF THE DRAWINGS

The aforementioned features and advantages of the invention as well as additional features and advantages thereof will be more clearly understood hereinafter as a result of a detailed description of preferred embodiments of the invention when taken in conjunction with the drawings.

FIG. **1** illustrates a data structure for storing uniform resource locators (URLs).

FIG. **2** illustrates a web crawler system for processing crawled web pages.

FIGS. **3**A-**3**B illustrate a method of web crawling.

FIG. **4** illustrates a hash table for storing state information about URLs that are queued to be crawled.

FIGS. **5**A-**5**D respectively illustrate data structures for a link log, an Rtlog, a history log, and a status log.

FIG. **6** illustrates the segmenting and partitioning of the space of uniform resource locators of documents to be indexed, preferably based on associated URL fingerprints.

FIG. **7** illustrates an indexer capable of performing the back-end function of indexing documents as they arrive from one or more log files, also capable of performing the front-end function of returning lists of documents in response to respective queries submitted by users.

FIG. **8** illustrates an embodiment of an indexer, including mechanisms for assigning document identification tags to new documents as they arrive in one or more log files.

FIG. **9** illustrates an embodiment of a document tag assignment module.

FIG. **10** illustrates a multi-level data structure for storing a URL fingerprint (FP) to document identification tag (DocID) sorted map.

US 8,136,025 B1

**5**

FIG. **11** illustrates a multi-level data structure for storing a document identification tag (DocID) to URL fingerprint (FP) sorted map.

FIG. **12** illustrates merging of a layered set of sorted URL fingerprint to DocID maps and merging of a layered set of sorted fingerprint to DocID maps, and

FIG. **13** illustrates a method of assigning a DocID to a document.

FIG. **14** illustrates a computer system for implementing the methods disclosed herein.

Like reference numerals refer to corresponding parts throughout the several views of the drawings.

DETAILED DESCRIPTION OF EMBODIMENTS

The present invention provides systems and methods for crawling and indexing web pages. Advantageously, these systems and methods reduce the latency between the time when a web page is posted or updated on the Internet and the time when a representation of the new or updated web page is indexed and made available to a search engine.

In particular, the present invention provides systems and methods for assigning document identification tags to documents to be added to an index of web pages. Advantageously, these systems and methods are capable of assigning document identification tags before all of the documents to be added to the index have been crawled, while still assigning document identification tags so that lists of documents emerge from the index approximately ordered by decreasing query-independent relevance.

Data structure for storing URLs. Referring to FIG. **1**, a three-layer data structure **100** is illustrated. Base layer **102** of data structure **100** comprises a sequence of segments **112**. In one embodiment, each segment **112** comprises more than two hundred million uniform resource locations (URLs). Together, segments **112** represent a substantial percentage of the addressable URLs in the entire Internet.

Periodically (e.g., daily) one of the segments **112** is deployed for crawling purposes, as described in more detail below. In addition to segments **112**, there exists a daily crawl layer **104**. In one embodiment, daily crawl layer **104** comprises more than fifty million URLs. Daily crawl layer **104** comprises the URLs that are to be crawled more frequently than the URLs in segments **112**. In addition, daily crawl layer **104** comprises high priority URLs that are discovered by system **200** during a current epoch.

In some embodiments, data structure **100** further comprises an optional real-time layer **106**. In some embodiments, optional real-time layer **106** comprises more than five million URLs. The URLs in real-time layer **106** are those URLs that are to be crawled multiple times during a given epoch (e.g., multiple times per day). For example, in some embodiments, the URLs in optional real-time layer **106** are crawled every few minutes. Real-time layer **106** also comprises newly discovered URLs that have not been crawled but should be crawled as soon as possible.

The URLs in layers **102**, **104**, and **106** are all crawled by the same robots **208** (FIG. **2**). However, the results of the crawl are placed in indexes that correspond to layers **102**, **104**, and **106** as illustrated in FIG. **2** and described in more detail below. Layers **102**, **104**, and **106** are populated by a URL scheduler based on the historical (or expected) frequency of change of the content of the web pages at the URLs and a measure of URL importance, as described in more detail below.

URL Discovery. There are a number of different sources for the URLs used to populate data structure **100**. One source

**6**

of URLs is the direct submission of URLs by users to the search engine system. Another source of URLs is through discovery of outgoing links on crawled pages. A third source of URLs is through submissions (e.g., time-based submissions) from third parties who have agreed to provide content. For example, such third parties can give links as they are published, updated, or changed.

Automated time-based submissions are made possible using technologies such as RDF Site Summary (RSS) and Resource Description Framework (RDF). RSS is a protocol, an application of XML, that provides an open method of syndicating and aggregating Web content. Using RSS files, a data feed can be created that supplies headlines, links, and article summaries from a Web site. RDF is a syntax for specifying metadata.

Before storage in data structure **100**, a URL (and the content of the corresponding page) is processed by a series of modules that are designed to ensure content uniformity and to prevent the indexing of duplicate pages. For example, one such process is a URL rewrite module. The URL rewrite module strips or rewrites commands in URL statements that would produce undesirable output. For example, if a URL includes a statement that inhibits output of a certain column, the statement is stripped from the URL. In addition to examining the syntax of specific URLs, there is a host duplicate detection module. The host duplicate detection module attempts to determine which hosts are complete duplicates of each other by examining incoming URLs.

Exemplary methods. An exemplary system **200** and method by which the URLs in data structure **100** (FIG. **1**) are crawled is respectively illustrated in FIGS. **2** and **3**. The exemplary method illustrated in FIGS. **3**A and **3**B describes events that take place during a predetermined time period, termed an epoch. Each time an epoch elapses, a new epoch is initiated by re-executing steps **302** and **304** of the process illustrated in FIGS. **3**A and **3**B. An epoch can be set to any length of time. In one embodiment, an epoch is one day.

Step **302**. In step **302** URL scheduler **202** determines which URLs will be crawled in each epoch, and stores that information in data structure **100**. Controller **201** selects a segment **112** from base layer **102** for crawling. The selected segment **112** is referred to herein as the "active segment." Typically, at the start of each epoch, controller **201** selects a different segment **112** from base layer **102** as the active segment so that, over the course of several epochs, all the segments **112** are selected for crawling in a round-robin style.

URL scheduler **202** revises daily layer **104** and optional real-time layer **106** by moving URLs to layers **104** and **106** from base layer **102** or vice versa. The decision as to whether to add or remove URLs from daily layer **104** and real-time layer **106** is based on information in history logs **218** that indicates how frequently the content associated with the URLs is changing as well as individual URL page ranks that are set by page rankers **222**. In some embodiments, the determination as to what URLs are placed in layers **104** and **106**, as opposed to layer **102**, is made by computing a daily score of the form:

$$daily\ score = [page\ rank]^2 * URL\ change\ frequency$$

The mechanism by which URL scheduler **202** obtains URL change frequency data is best understood by reviewing FIG. **2**. When a URL is accessed by a robot **208**, the information is passed through content filters **210**. Content filters **210**, among other things, determine whether a URL has changed and when a URL was last accessed by a robot **208**. This information is placed in history logs **218**, which are passed back to URL scheduler **202**. By reviewing the log records for a par-

ticular URL, each of which indicates whether the content of a URL changed since the immediately previous time the URL was crawled, the URL schedule **202** (or other module) can compute a URL change frequency. This technique is particularly useful for identifying URL's whose content (i.e., the content of the page at the URL) changes very infrequently, or perhaps not at all. Furthermore, the computation of a URL change frequency can include using supplemental information about the URL. For instance, the URL scheduler **202** may maintain or access information about web sites (i.e., URL's) whose content is known to change quickly.

A query-independent score (also called a document score) is computed for each URL by URL page rankers **222**. Page rankers **222** compute a page rank for a given URL by considering not only the number of URLs that reference a given URL but also the page rank of such referencing URLs. Page rank data can be obtained from URL managers **204**. A more complete explanation of the computation of page rank is found in U.S. Pat. No. 6,285,999, which is hereby incorporated by reference as background information.

URL history log **218** can contain URLs that are not found in data structure **100**. For instance, the URL history log **218** may contain log records for URL's that no longer exist. The URL history log **218** may also contain log records for URL's that exist but that which the URL scheduler **202** will no longer schedule for crawling (e.g., due to a request by the website owner that the URL not be crawled, due to objectionable content, or for any other reasons).

In cases where URL scheduler **202** determines that a URL should be placed in a segment **112** of base layer **102**, an effort is made to ensure that the placement of the URL into a given segment **112** of base layer **102** is random (or pseudo-random), so that the URLs to be crawled are evenly distributed (or approximately evenly distributed) over the segments. In some embodiments, the fingerprint of the URL is used to achieve the random selection of a segment **112** to place the URL. A fingerprint is, for example, a 64-bit number (or a value of some other predetermined bit length) that is generated from the corresponding URL by first normalizing the URL text (for example, converting host names to lower case) and then passing the normalized URL through a fingerprinting function that is similar to a hash function with the exception that the fingerprint function guarantees that the fingerprints are well distributed across the entire space of possible numbers. In some embodiments, the fingerprint modulus N, where N is the number of segments **112** in base layer **102** (e.g. "fingerprint modulus **12**", in the case where there are 12 segments **112** in base layer **102**) is used to select the segment **112** in which to place a given URL. In some embodiments, additional rules are used to partition URLs into a segment **112** of base layer **102**, daily layer **104**, and real-time layer **106**.

In some embodiments, it is not possible to crawl all the URLs in an active segment **112**, daily layer **104**, and real-time layer **106** during a given epoch. In one embodiment, this problem is addressed using two different approaches. In the first approach, a crawl score is computed for each URL in active segment **112**, daily layer **104**, and real-time layer **106**. Only those URLs that receive a high crawl score (e.g., above a threshold value) are passed on to the next stage (URL managers **204**, FIG. **2**). In the second approach, URL scheduler **202** refines an optimum crawl frequency for each such URL and passes the crawl frequency information on to URL managers **204**. The crawl frequency information is then ultimately used by URL managers **204** to decide which URLs to crawl. These two approaches are not mutually exclusive and

a combined methodology for prioritizing the URLs to crawl (based on both the crawl score and the optimum crawl frequency) may be used.

In embodiments where a crawl score is computed, URL scheduler **202** determines which URLs will be crawled on the Internet during the epoch by computing a crawl score for each URL. Those URLs that receive a high crawl score (e.g., above a predefined threshold) are passed on to the next stage (URL managers **204**) whereas those URLs that receive a low crawl score (e.g., below the predefined threshold) are not passed on to the next stage during the given epoch. There are many different factors that can be used to compute a crawl score including the current location of the URL (active segment **112**, daily segment **104** or real-time segment **106**), URL page rank, and URL crawl history. URL crawl history is obtained from URL history logs **218**. Although many possible crawl scores are possible, in one embodiment the crawl score is computed as:

$$\text{crawl score} = [\text{page rank}]^2 * (\text{change frequency}) * (\text{time since last crawl}).$$

Additionally, many modifications to the crawl score, including cutoffs and weights, are possible. For example, the crawl score of URLs that have not been crawled in a relatively long period of time can be upweighted so that the minimum refresh time for a URL is a predetermined period of time, such as two months.

In embodiments where crawl frequency is used, URL scheduler **202** sets and refines a URL crawl frequency for each URL in data structure **100**. URL crawl frequency for a given URL represents the optimum crawl frequency (or, more generally, a selected or computed crawl frequency) for a URL. The crawl frequency for URLs in daily layer **104** and real-time layer **106** will tend to be shorter than the crawl frequency of URLs in base layer **102**. Crawl frequency for any given URL can range from a minute or less to a time period that is on the order of months. In one embodiment, the optimal crawl frequency for a URL is computed based on the historical change frequency of the URL and the page rank of the URL.

In addition to other responsibilities, URL scheduler **202** determines which URLs are deleted from data structure **100** and therefore dropped from system **200**. URLs are removed from data structure **100** to make room for new URLs that are to be added to data structure **100**. In some embodiments, a "keep score" is computed for each URL in data structure **200**. The URLs are then sorted by this "keep score" and URLs that receive a low "keep score" are eliminated as newly discovered URLs are added to data structure **100**. In some embodiments, the "keep score" is the page rank of a URL that is determined by page rankers **222** (FIG. **2**).

Step **304**. In step **304**, URL managers **204** receive the active segment as well as layers **104** and **106** from URL scheduler **202**. In typical embodiments, because of the computational demands imposed upon URL managers **204**, each manager **204** is resident on its own dedicated server. Further, in some embodiments, real-time layer **106** is managed by a separate URL manager **204** that holds all or a substantial portion of layer **106** in high speed random access memory. The active segment and daily layers are partitioned into the remaining URL managers **204**. Typically, this partitioning is performed using a modulo function or similar function on the fingerprint values (or a portion of a fingerprint value) derived from each URL in the active segment and daily layers so as to partition these URLs into a set of approximately equal sets (partitions). Each of these sets is assigned to a different URL manager **204** of a plurality of URL managers **204**.

US 8,136,025 B1

**9**

In some embodiments, data structure **100** is partitioned and stored in a plurality of servers. In such embodiments, this plurality of servers is represented by URL scheduler **202**. URLs that are copied from the URL scheduler **202** servers are distributed to the servers hosting the URL managers **204** on a random basis. Further, the number of servers used by URL scheduler **202** and the number of servers that host URL managers **204** are constrained such that they are relatively primed. That is, there is no common divider between (i) the number of servers used by URL scheduler **202** and (ii) the number of servers hosting URL managers **204**. One example of a relatively primed topology is the case in which URL scheduler **202** is partitioned across 11 servers and there are 13 servers for the URL managers **204**.

When the number of servers between two stages of system **200** (FIG. **2**) is relatively primed, a modulo function can be used to randomly distribute URLs to servers in the next stage. For example, in one embodiment, the fingerprint of each URL that is be copied from URL scheduler **202** to URL manager **204** is obtained. Next, a modulus of the fingerprint (or the modulus of a portion of the fingerprint or a function of the fingerprint) is taken. Specifically, the modulus that is taken of the fingerprint is the number of possible destination servers. Thus, in the example where URL scheduler **202** is partitioned across 11 servers and there are 13 servers for URL managers **204**, then modulus **13** of the URL fingerprint of a respective URL is used to determine which of the 13 servers the respective URL will be sent.

As discussed above, in some embodiments, real-time layer **106** is managed by a separate URL manager **204** that holds all or a substantial portion of the real-time layer in high speed random access memory. Thus, in some embodiments, the (i) number of servers that host URLs other than those from real-time layer **106** and (ii) number of servers that host portions of data structure **100**, other than real-time layer **106**, are relatively primed (e.g., 11 and 13).

The use of constrained numbers of servers is used in various stages of system **200** (FIG. **2**). For example, in some embodiments, the number of DupServers **224**, global state managers **216**, indexers **232**, **240** and **242**, and page rankers **222** is constrained so that they are hosted by relatively primed numbers of servers. Advantages of such a randomization scheme are at least two-fold. First, this scheme reduces the complexity of the computer code required to ensure random distribution of URLs across a plurality of servers at a given stage of system **200**. Rather than relying on complex randomization schemes, all that is required is computation of the a URL fingerprint (or a portion of the URL fingerprint) modulus the number of servers in the next stage. Second, the randomization itself ensures that, if a server fails at any stage of system **200**, the data that is not processed due to the failure represents a randomized sample of the URLs in data structure **100**, rather than a complete category of URLs. Such randomization, therefore, reduces the affect that individual server failure has on system **200**. When a server fails, isolated URLs from across data structure **100** may not get indexed or updated during a given epoch. The impact of a server failure on users of the search engine is less noticeable when the impacted URLs are randomized than when whole categories of URLs are impacted (e.g., not indexed) by a failure of a server in system **200**. Thus, the process illustrated in FIGS. **3**A and **3**B can progress even when a server at any given stage is working slower than other servers at the same stage or is, in fact, down altogether.

In FIG. **4**, state information for URLs is stored in a hash table **600**. Each URL manager **204** stores information about the URLs that have been assigned to the URL manager in the

**10**

hash table **600** (FIG. **4**), which is stored in random access memory. The normalized hash **602** of the URL fingerprint **604** serves as the index to the table **600**.

The storage of URLs in hash tables **600** on each server hosted by a URL manager **204** is advantageous because it provides a way of quickly accessing URL state information. For example, to obtain state information for a particular URL, all that is required is to look up the record having the hash value that corresponds to the hash of the URL. Such a lookup process is more efficient than searching through records of all the URLs held by all the URL managers **204** for a desired URL.

Representative URL state information stored in hash tables **600** includes the URL's fingerprint (called the URL fingerprint) **604**, URL page rank **606**, and the layer (**102**, **104**, or **106**) to which the URL belongs. In some embodiments, URL page rank **606** is not stored in hash table **600** but is stored in a data structure that is available to each URL manager **204**. A wide range of additional URL state information can be stored in hash tables, including information that is obtained from or derived from status logs, history logs, and page rankers. Representative state information that can be stored in hash tables **600** is described below.

Each of the URL managers **204**, other than the URL manager **204** that hosts real-time layer **106**, perform a variety of functions. For instance, they scan link logs **214** to discover new URLs. Link logs **214** comprise all the links that are found on scanned web pages during the current epoch. URLs that have been seen by system **200** before but have not been scheduled for crawl during the current epoch are ignored. Newly discovered URLs are added to a hash table **600** of a URL manager **204**. The hash table data structure provides an advantageous mechanism for quickly determining whether a table **600** contains a URL discovered in a link log. Rather than scanning large lists of URLs to determine whether a URL in a link log is new, the URL from the link log is simply hashed and a search is made for the resultant hash value in each hash table **600**. If a URL is found in a link log **214** and is not in any hash table **600**, it is added to the hash table **600** of one of the URL managers **204**.

Referring to FIG. **2**, URL managers **204** scan status logs **212** in order to update the state of URLs that have been delivered to URL server **206** to be crawled. The URL server **206** distributes the URLs to be crawled among the robot crawlers **208**. Status logs **212** are sequential logs that are generated by content filters **210**. Content filters **210** receive content (i.e., retrieved documents) from the robot crawlers **208**. Status logs **212** include the status of URLs that have been handed to URL server **206** by URL manager **204** during the current epoch. Status logs **212** indicate whether a URL was successfully crawled by a robot. If the status for a URL says "crawled" then a URL manager **204** knows that the URL has been crawled and work with the URL is finished until the crawl period for that URL has elapsed. Crawl status is stored in field **610** in the exemplary hash table **600** illustrated in FIG. **4**. Likewise, if status log **212** returns a "HTTP 404" value, indicating that the URL does not exist, then the URL manager **204** knows that work with the URL is complete, at least until the next crawl period. Alternatively, if status log **212** does not include a record of the URL or indicates that that the URL was busy when the web crawler **208** (robot; FIG. **2**) attempted to access the URL, than URL manager **204** reschedules the URL for crawling. Still further, if a status log **212** indicates that content filter **210** has deleted the URL, the URL manager **202** removes the URL from the respective hash table **600** and the URL is no longer crawled.

US 8,136,025 B1

11

In some embodiments, the number of URLs hosted by URL managers **204** exceeds the number of URLs than can be crawled during a given epoch and/or there is a risk that URLs hosted by URL managers **204** will be crawled on an infrequent basis during a given epoch. In such embodiments, the URL status information maintained for URLs by URL managers **204** can be used to ensure that, to the extent possible, the URLs matching select criteria are given high priority for crawling. In other words, URL state information can be used to prioritize which URLs will be sent to URL server **206**. Several different factors can be used to accomplish this prioritization, such as URL crawl interval **608** and URL page rank **606**, to name a few. URL managers **204** obtain the page rank of URLs from page rankers **222**. Page rankers **222** maintain a persistent record of the page rank of URLs and actively update the page rank of URLs using link maps **220** as described in more detail below. Crawl interval **608** represents a target frequency that a URL should be crawled. For example, if a URL has a crawl interval **608** of two hours, the URL manager will attempt to crawl the URL every two hours. Any number of criteria to be used to prioritize which URLs will be delivered upon request to URL server **206**, including "URL characteristics" **612** such as the category of the URL. Representative URL categories include, but are not limited to news URLs, international URLs, language categories (e.g., French, German, Japanese, etc.), and file type categories (e.g., postscript, powerpoint, pdf, html). The URL characteristics **612** for a URL may identify a plurality of URL categories to which the URL belongs.

Step **306**. Periodically, URL server **206** makes requests from URL managers **204** for URLs. In response, URL managers **204** provide URL server **206** with URLs. In some embodiments, URL server **206** requests specific types of URLs from URL managers **204** based on a policy (e.g., eighty percent foreign URLs/twenty percent news URLs) that URL server **206** is enforcing. URL managers **204** are able to service such requests because of the URL state information they store for each URL in hash tables **600**. Additionally, URL server **206** attempts to ensure that each URL manager **204** contributes URL requests.

URL server **206** distributes URLs from URL managers **204** to robots **208** to be crawled. Conceptually, a robot **208** is a program that automatically traverses the Web's hypertext structure by retrieving a document at a URL, and recursively retrieving all documents that are referenced by the retrieved document. The term "recursive" as used here is not limited to any specific traversal algorithm. However, in a system that retrieves and indexes billions of documents, this simple recursive methodology is not workable. Instead, each robot **208** crawls the documents assigned to it by the URL server **206**. The robot passes retrieved documents to the content filters **210**, which process the links in the downloaded pages, from which the URL scheduler **202** determines which pages are to be crawled. Robots **208** are unlike normal web browsers, such as Internet Explorer (Microsoft, Redmond Wash.). For instance, when a robot retrieves the document at a URL, it does not automatically retrieve content (e.g., images) embedded in the document through the use of object or other tags. Also, in one embodiment, the robots are configured to not follow "permanent redirects". Thus, when a robot encounters a URL that is permanently redirected to another URL, the robot does not automatically retrieve the document at the target address of the permanent redirect.

In some instances, URL server **206** avoids overloading any particular target server (not shown) that is accessed by the robots **208**. The URL server **206** determines the maximum number of URL requests to be sent to any particular host. It

12

does this by making a procedure call to a server called the host load server (not shown). The host load server stores information for each known host server (i.e., a server storing documents known to the search engine) indicating the maximum request load to be imposed by entire search engine on the host server number, and the portion of that load which is currently in use or reserved by robots. The URL server **206** sends a load reservation request to the host load server, requesting the right to send download requests to a specified host server, and receives back an indication of the number of download requests that the URL server can allocate to a robot. In other words, the URL server will be told how many URLs the URL server can send to a robot for downloading. Then, URL server **206** parcels out the proper number of URLs to robots in accordance with the load reservation granted to the URL server **206** by the host load server. The robots **208** take these URLs and download (or at least attempts to download) the documents at those URLs. When URL server **206** runs out of URLs to process, it requests more URLs from URL managers **204**. Furthermore, when a robot completes the process of downloading the set of URLs it received from the URL server, the host load reservations made by the URL server are released. Alternately, host load reservations are made for a fixed period of time, and are automatically released upon the expiration of that fixed period of time.

Step **308**. In step **308**, a plurality of robots **208** crawl URLs that are provided to the robots **208** by URL server **206**. In some embodiments, robots **208** use a calling process that requires domain name system (DNS) resolution. DNS resolution is the process by which host names (URLs) are resolved into their Internet Protocol (IP) addresses using a database that provides a mapping between host names (URLs) and IP addresses. In some embodiments, enhancements to known DNS resolution schemes are provided in order to prevent DNS resolution from becoming a bottleneck to the web crawling process, in which hundreds of millions of URLs must be resolved in a matter of hours. One of these enhancements is the use of a dedicated local database **250** (FIG. **2**) that stores the IP addresses for URLs that have been crawled by system **200** in the past, which reduces the system's reliance on DNS servers on the Internet. This allows URLs that have been previously crawled by system **200** to be pre-resolved with respect to DNS resolution. The use of a local DNS resolution database **250** enables a high percentage of the system's DNS resolution operations to be handled locally, at very high speed. Only those URLs that are not represented on local DNS database **250** (e.g., because they have not been previously crawled) are resolved using conventional DNS resources of the Internet. As a result, the IP addresses of URLs are readily accessible when they are needed by a robot **208**. Also, the system presents a much lower load on the DNS servers that would otherwise be needed to perform DNS resolution on every URL to be crawled.

Robots **208** use various protocols to download pages associated with URLs (e.g., HTTP, HTTPS, gopher, File Transfer Protocol, etc.). Robots **208** do not follow permanent redirects that are found at URLs that they have been requested to crawl. Rather they send the source and target (i.e., redirect) URLs of the redirect to the content filters **210**. Referring to FIG. **2**, content filters **210** take the redirect URLs and place them in link logs **214** where they are passed back to URL managers **204**. The URL managers **204**, in turn, determine when and if such redirect URLs will be assigned to a robot **208** for crawling. Robots **208** do follow temporary redirects and obtain page information from the temporary redirects.

US 8,136,025 B1

**13**

Step **310**. Pages obtained from URLs that have been crawled by robots **208** are delivered to the content filters **210**. In typical embodiments, there is more than one content filter **210** in system **200** because of the computational demands of the content filter **210**. In step **310**, content filter **210** sends information about each retrieved page to DupServer **224** to determine if the document is a duplicate of other pages. In one embodiment, the information sent to the DupServer **224** about each page includes the URL fingerprint of the page, the content fingerprint of the page, the page's page rank, and an indicator as to whether the page is source for a temporary or permanent redirect. When a duplicate is found, the page rankings of the duplicate pages (at other URLs) are compared and the "canonical" page for the set of duplicate pages is identified. If the page presented to the DupServer **224** is not the canonical page (of the set of duplicate pages), the content filter **210** does not forward the page (to the respective RTlog **226**, **228**, **230**) for indexing. Rather, the content filter **210** makes an entry for the page in the history log **218**, creates or updates an entry for the URL in the status log **212**, and then ceases work on the page. In effect, a non-canonical page is deleted from the search engine, except for the entries in the history log and status log. In addition to identifying duplicate web pages, DupServer **224** assists in the handling of both temporary and permanent redirects encountered by the robots **208**.

Examples of stages where the number of servers used to host the stage is constrained have been described. For, example, the number of servers used to host data structure **100** is constrained relative to the number of servers used to host URL managers **204** such that they are relatively primed. However, there are examples in system **200** in which the number of servers used to host a stage is not constrained such that it is relatively primed with respect to the number of servers used to host a prior or subsequent stage. The number **35** of servers used to host content filters **210** represents one such example. In other words, the number of servers used to host content filters **210** is not constrained such that it is relatively primed with respect to the number of robots **208**. In fact, in some embodiments, the number of servers used to host content filters **210** is a multiple of the number of servers used to host robots **208**.

Step **312**. In the embodiment illustrated in FIGS. **2** and **3A-3B**, the content filters write out four types of log files, link logs **214**, RTlogs (**226**, **228**, or **230**), history logs **218**, and status logs **212**. With the exception of those URLs that have been flagged as not being canonical pages (i.e., not suitable for indexing) by the DupServer **224**, URLs that have been crawled by robots **208** are processed as described below. For those URLs that have been flagged as not suitable for indexing, content filter **210** will insert corresponding records in all RTlogs, the appropriate link log **214**, and the history logs **218**.

Referring to FIG. **5A**, a link log **214** contains one link record **502** per URL document. A URL document is a document obtained from a URL by a robot **208** and passed to content filter **210**. Each record **502** lists the URL fingerprints **504** of all the links (URLs) that are found in the URL document associated with a record **502** as well as the text **506** that surrounds the link. For example, text **506** can state "to see a picture of Mount Everest click here", where the page identified by the link represents an image of Mount Everest. In one embodiment, link log **214** is partitioned or segmented across multiple servers, typically using a modulo function or similar function on a fingerprint value (or a portion of a fingerprint value) associated with the URL so as to partition records **502** across a plurality of servers so that content filter **210** can append to the link logs **214** at a very high bandwidth.

**14**

Referring to FIG. **5B**, an RTlog stores the documents **512** obtained by robots **208**. Each RTlog record **510** includes the content **512** of the document, the page rank **514** was assigned to the source URL of the document, the URL fingerprint **516** of the document. The record **510** may optionally include a list of URL fingerprints of duplicate documents having the same content. As illustrated in FIG. **2**, there are three RTlogs, one for each layer in data structure **100**. That is, there is an RTlog base **230** for the active segment **112** of base layer **102**, an RTlog daily **228** for daily layer **104**, and an RTlog real-time **226** for real-time layer **106**. As in the case of link log **214**, each RTlog is partitioned or segmented, typically using a modulo function or similar function on a fingerprint value (or a portion of a fingerprint value) associated with the source URL of each document **514** so as to partition the RTlog records **510** across a plurality of servers so that data can be written to and read from the RTlogs at a very high bandwidth.

Referring to FIG. **5C**, a history log **218** comprises a record **520** for each URL **522** that has been crawled by a robot **208**. As illustrated in FIG. **5C**, there are a wide range of possible fields that can be included in each record **520**. One field is crawl status **524**. Crawl status **524** indicates whether the corresponding URL **522** has been successfully crawled. Other field is the content checksum **526**, also known as the content fingerprint. When pages have identical content, they will also have the same content fingerprint **526**. URL scheduler **202** can compare these content fingerprint with a previous content fingerprint obtained for the corresponding URL (identified by URL fingerprint **522** in the history log record **520**) on a previous crawl to ascertain whether the web page has changed since the last crawl. Similarly, URL scheduler **202** can use link checksum **530** to determine whether any of the outbound links on the web page associated with the corresponding URL **522** have changed since the last crawl. Source **532** provides an indication of whether robot **208** accessed the URL using the Internet or an internal repository of URLs. "Time taken to download" **534** provides an indication of how long it took a robot **208** to download the web page associated with the corresponding URL in the last crawl. Error condition **536** records any errors that were encountered by a robot **208** during the crawl. An example of an error condition is "HTTP **404**", which indicates that the web page does not exist.

Referring to FIG. **5D**, the structure of a status log **212** in accordance with one embodiment is described. There is a record **550** for each URL that has been crawled by a robot **208**. The record **550** records the full URL **552** associated with the record as well as a fingerprint **554** of the corresponding URL **552**. In the embodiment illustrated in FIG. **5D**, status log **212** further comprises crawl status **524** and content checksum **526**, as described above in conjunction with FIG. **5C**. Further, status log **212** comprises the outgoing links **556** that were identified in the web page associated with the URL **552** during the crawl. The outgoing links **556** comprise a list of the URL fingerprints of the URLs that are found in the web page. Further still, status log **212** has a duplicate status field **558** that stores information about whether DupServer **224** has identified the corresponding URL **552** as a duplicate (i.e., non-canonical) URL or not.

Step **314**. In step **314**, indexers **232**, **240** and **242** obtain documents from the RTlogs on a high throughput basis, and generate indices for those documents. When the indices are provided to the servers of the front-end querying system (not shown), these documents become searchable by the users of the front-end querying system.

Step **316**. In step **316**, global state manager **216** reads link logs **214** and uses the information in the log files to create link

US 8,136,025 B1

15

maps **220** and anchor maps **238**. Link maps **220** are keyed by the fingerprints of the source URLs in the link logs (i.e., the URLs that respectively correspond to each record **502**). The records in link map **220** are similar to records **502** in link log **214** with the exception that text **506** is stripped and the records are keyed by the fingerprint of the normalized value of the source URL. Link maps are used by page rankers **222** to adjust the page rank of URLs within data structure **100**. Such page rankings persists between epochs.

In addition to creating link maps **220**, global state manager **216** creates anchor maps **238**. In contrast to records in a link map **220**, records in an anchor map **238** are keyed by the fingerprints of outbound URLs **504** present in link log **214** (FIG. **5**A). Thus, each record in an anchor map **238** comprises the fingerprint of an outbound URL **504** and the text **506** that corresponds to the URL **504** in link log **214**. Anchor maps **238** are used by indexer **232**, **240** and **242** to facilitate the indexing of "anchor text" as well as to facilitate the indexing of URLs that do not contain words. For example, consider the case in which the target document at an outbound URL **504** is a picture of Mount Everest and there are no words in the target document. However, text **506** associated with the URL **504** states that "To see a picture of Mount Everest view this link." Text **506**, although not in the target document at outbound URL **504**, indicates that the outbound URL **504** has to do with "Mount Everest". Thus, indexers **232**, **240** and **242** use anchor maps **238** to make associations between outbound URLs **504** and text **506**. These associations are used to index outbound URLs for searching by users in a front-end search system (not shown).

Segments and partitions for crawling. Returning attention to the division of URLs used to schedule and perform crawling of the World Wide Web, FIG. **6** illustrates a segmented and partitioned set of uniform resource locators (URLs) in layer **900**. Layer **900** is any one of base layer **102** (FIG. **1**), daily crawl layer **104** (FIG. **1**), or real-time layer **106** (FIG. **1**). Layer **900** has associated with it a plurality of URLs. Crawling and indexing are performed in parallel and are scheduled according to the segmenting and partitioning of layer **900**. When layer **900** is daily crawl layer **104** or real-time layer **106**, the number of segments **902** is preferably one (Q=1). When layer **900** is base layer **102**, the number Q of segments **902** is preferably between 4 and 100. In one embodiment, for instance, ten segments are used (Q=10). Each segment **902** comprises a subset of the URLs in layer **900**. The subdivision of the URLs in layer **900** into segments **902** is based on a property of the URLs or, possibly, of the documents residing at the URLs. In a preferred embodiment, the subdivision is performed based on a URL fingerprint (also referred to as "URL FP" or simply as "FP") associated with the URL. A URL fingerprint is preferably a 64-bit integer determined by applying a hash function or other one way function to a URL. In one embodiment, each segment **902** is associated with a numerical range of URL fingerprints. Preferably, the ranges are mutually exclusive and collectively exhaustive, covering the entire space of possible URLs for the layer and associating a particular URL with one and only one segment. In another embodiment, the segment associated with each document is determined by applying a modulus function to all or a subset of the bits of the URL fingerprint of the document:

Segment ID=URL fingerprint modulo Q.

Each segment **902** in layer **900** may be further subdivided into one or more partitions. For example, in FIG. **6**, segment **902-1** has been divided into X partitions **902-1-1**, **902-1-2**, . . . , **902-1-X**. In much the same manner as the URLs in layer **900** are subdivided into segments, the URLs in seg-

16

ment **902-1** are allocated into partitions based on mutually exclusive and collectively exhaustive subsets of the respective ranges of URL FPs associated with segment **902-1**. Alternately, the URLs in segment **902-1** are allocated into partitions using a modulus function. The modulus of the modulus function may be preferably relatively prime with respect to the modulus of the function used to subdivide the layer **900** into segments, or the modulus function used to allocate the segment into partitions may be based on a different subset of the bits of the URL fingerprint than the function used to allocate the URLs in layer **900** into segments.

Even when layer **900** is daily crawl layer **104** or real-time layer **106** and the number of segments **902** is one (Q=1), multiple partitions **902-1** are sometimes used. Segmenting and partitioning the URLs in layer **900** guides the tasks of parallelizing and scheduling the crawling and indexing of the URLs in layer **900**. Partitioning and segmenting, however, are not essential to the teachings of the present disclosure.

Indexing crawled URLs. After one or more of the URLs in layer **900** have been crawled, and any non-canonical duplicate documents have been filtered out, the downloaded documents (which are stored in a log file, called the RTLog) are ready to be indexed. Downloaded documents are indexed shortly after each document is downloaded. The indexing of documents proceeds while other documents are being downloaded by the robot crawlers. Furthermore, as explained in more detail below, successful crawling of a URL (actual retrieval of the document that resides at the URL) is not necessary before indexing is performed.

FIG. **7** illustrates an indexer **232/240/242** performing the back-end function of indexing documents, or the URLs that documents reside at, based on one or more Rtlog files **226/228/230**. Indexer **232/240/242** also performs front-end functions, including returning lists **1058** of documents in response to respective queries **1056**. Indexer **232/240/242** is any one of real-time indexer **232**, daily indexer **240**, or base indexer **242** (each depicted in the larger context of a crawling system in FIG. **2**). For clarity, the indexer will hereafter be referred to simply as indexer **232**. Similarly, Rtlog **226/228/230** is any one of Rtlog real-time **226**, Rtlog daily **228**, or Rtlog base **230** (FIG. **2**). For clarity, it will be referred to hereafter simply as Rtlog **226**.

Indexer **232** is, at least conceptually, part of the front-end **1050** of a web search engine as well as being part of the back-end **1000** of the search engine. However, the "front end" portion of the indexer **232** will typically be implemented on a different server than the back-end server that indexes newly crawled documents. The front end portion of the indexer utilizes the indices and other data structures (e.g., DocID to fingerprint maps) generated by the indexer **232** while processing search engine queries. Front-end **1050** receives a query **1052**, generally submitted from a user of a client computer (not shown) over a network connection of some type, and returns a list **1060** of documents relevant to the query. List **1060** is preferably ordered in decreasing relevance, documents near the beginning of list **1060** being the most highly relevant to the query **1052**. List **1060** optionally includes, for each document on the list, a respective URL, a respective query-dependent relevance score, a respective abstract of the contents of the document, or any combination of these or other items. To generate list **1060**, front-end **1050** includes a query handler **1054** and an indexer **232**. After receiving query **1052**, query handler **1054** submits one or more query terms **1056** to indexer **232**. In a front-end **1050** to a system that crawls more than one type of layer (for example, various combinations of a base layer, a daily layer, or a real-time layer), query terms **1056** are submitted to each respective

US 8,136,025 B1

17

indexer **232** for each layer, and the responses are merged. Indexer **232** returns a list **1058** of URLs that refer to documents containing one or more of the query terms **1056**. In a preferred embodiment, list **1058** comprises URL fingerprints of such documents. Advantages of representing the documents in list **1058** as URL fingerprints include the storage savings afforded by use of a fingerprint, which is preferably a 64-bit integer, rather than use of the full URL (which may vary considerably in length) for a given document. Upon receiving list **1058** (or, possibly, receiving a separate list **1058** from multiple indexers **232**, **240**, and **242**), query handler **1054** performs processing that may include merging of multiple lists **1058** and determination of a query-specific relevance score for one or more documents on lists **1058**. Finally, query handler returns a list **1060**, usually comprised of URLs sorted in order of decreasing query-dependent relevance, to the user. The merging and sorting of documents from lists **1058** can be accelerated if indexer **232** were to supply a list **1058** of documents sorted approximately in order of decreasing relevance. Were lists **1058** so sorted, merging multiple lists **1058** could, in some cases, consist of no more than selecting the top entry from each such list. Even if indexer **1058** were to return a list **1058** of documents sorted approximately in order of decreasing query-independent relevance, the merging and sorting performed by query handler **1054** can be accelerated. An advantage of the teachings of the present disclosure is the ability to assign document identification tags (DocIDs) to documents as they are crawled, the document identification tags encoding information about the relative query-independent relevances of the documents.

Indexer **232** is also part of back-end **1000** of a web search engine. URL server **206** submits a list of URLs to be crawled to robots **208**. Robots **208**, in accordance with the description of FIG. **2** above, generate hyper-text transfer protocol (http) requests **1010** to various hosts on the Internet. Sometimes, a host will reply to one of requests **1010** by providing robots **208** with the content **1020** of a document from the web. The document could be a web page, written in hyper-text markup language (hereafter, "HTML"), an image, a sound file, or one of any other types of media content found on the Internet. Whether or not robots **208** receive content **1020** in response to queries **1010**, robots **208** pass a list of URLs to content filters **210**. If the content for a particular URL was successfully retrieved, it is passed from robots **208** to content filters **210**. If the content for a particular URL was not successfully retrieved, robots **208** still pass the URL onto content filters **210**, possibly together with an annotation describing the reason for unsuccessful retrieval.

Content filters **210** generate, based in part on information received from robots **208**, one or more Rtlog files **226**. In a preferred embodiment, a separate set of Rtlog files **226** is kept for each layer in the crawl: a real-time Rtlog **226**, a daily Rtlog **228**, and a base Rtlog **230**. For simplicity, hereafter the term Rtlog **226** will be used to refer to any one of these. Not every URL passed to content filters **210** by robots **208** is necessarily included in Rtlog files **226**. For example, objectionable content (pornography, slanderous sites, etc.) may be prevented from entering Rtlog files **226** by content filters **210**, so that such content will not be indexed and never returned to a user in response to a query. Furthermore, there may be pages on the web which are duplicated, the same content residing at a plurality of distinct URLs. This may be the result of deliberate efforts to deceive the web search engine, in the hopes that the search engine will assign greater importance to pages so duplicated. Thus, in some embodiments, content filters **210** include or interact with a separate module for duplicate document detection and removal. Such a module is described in a

18

related application, entitled Duplicate Document Detection in a Web Crawler System, filed on the same date as this application, hereby incorporated by reference in its entirety.

Indexer **232** examines Rtlog files **226** periodically, continuously, or in any one of a number of time fashions. Indexer **232**, upon finding a URL whose content has changed since indexing was last performed, or a URL that does not appear in the index at all, retrieves information about the URL from Rtlog **226**. Then, indexer **232** incorporates the most recent information about the URL in latest version of the index (not shown). In this way, recent information about the URLs that have been processed by content filters **210** is available to the front-end **1050**. Thus, users submitting queries **1052** need not wait for the entire web (or even an entire segment or partition thereof) to be crawled before a document can be returned as part of the list **1060** in response to their queries. Advantages of this feature include the enhanced fidelity of the index and its responses **1058** with respect to pages whose content, location, availability, or other characteristics change rapidly (on the time-scale of days or weeks).

An Indexer for real-time indexing of documents. Examining the operation of indexer **232** in more detail, FIG. **8** illustrates an embodiment of an indexer **232**. A record **510-1** from Rtlog files **226** contains various information about a document residing at a particular URL. For example, the URL fingerprint **516-1** of the particular URL is contained in record **510-1**. Record **510-1** further includes information about the query-independent relevance of the document. In some embodiments this includes the PageRank **514-1** of the document. The content **512-1** of the document itself, if the document was successfully retrieved by robots **208**, may also be present in record **510-1**. Various other entries are optionally included in record **510-1**, but are not depicted in FIG. **8**.

Indexer **232** receives record **510-1** and processes it with tag assignment module **1102**. Among other functions, tag assignment module **1102** determines if the document represented by record **510-1** has already been indexed and placed in index **1110**. Associated with each document in the index **1110** is a document identification tag (hereafter, "DocID") used for representing the document in the index **1110**. Preferably, the DocID is a 32-bit integer. By using DocIDs to represent documents rather than, for example, the URL fingerprint of a document, the amount of storage required by index **1110** is reduced. Additionally, the URL fingerprint is determined by a hash function that does not take as part of its input any metric of relevance, query-independent or otherwise. In contrast, DocIDs are determined by module **1102** based, at least in part, on the query-independent relevance metric **514-1** of the document. Thus, a DocID can encode information about the query-independent relevance of the document to which it is assigned. In a preferred embodiment, the relative ranking of two documents in index **1110** can be determined based on the respective DocIDs of the two documents. Thus, if the DocID assigned to a first document is greater in value than the DocID assigned to a second document, it can be determined that the query-independent relevance of the second document is higher than that of the first. In other words, low DocID values correspond generally to high query-independent relevance. However, small differences in DocID values, such as between two DocID's in the same tier of DocIDs, may not indicate any difference in query-independent relevance.

Indexer **232**, as a consequence of the index building process, returns inverse posting lists of documents matching a query term in order of increasing DocID. Thus, in a preferred embodiment, the inverse posting lists returned by indexer **232** are sorted in order of decreasing query-independent relevance, highly relevant documents appearing earlier in the list

US 8,136,025 B1

**19**

than less relevant documents. One goal of tag assignment module **1102** is, then, to assign DocIDs so that the DocIDs assigned approximately reflect the query-independent relevance of the associated documents.

To determine if the document represented by record **510-1** has already been placed in index **1110**, tag assignment module **1102** first examines layered set **1107** of sorted fingerprint to DocID maps **1106**. Layered set **1107** of sorted maps **1106** is a time-ordered sequence of sorted maps **1106**. Each map (for example, **1106-1**) contains one or more pairings of a URL fingerprint to a DocID. The pairings in maps **1106** are keyed and sorted by fingerprint. Each sorted map in layered set **1107** of sorted maps **1106** covers a range of logical or physical time. If the URL fingerprint **516-1** of the document represented by record **510-1** is found in any of the maps **1106** in layered set **1107**, module **1102** retrieves the DocID corresponding to URL fingerprint **516-1**. If, on the other hand, the URL fingerprint **516-1** of the document represented by record **510-1** is not found in any of the maps **1106** in layered set **1107**, module **1102** proceeds to assign the document a new DocID.

Tag assignment module **1102** stores an internal representation of assigned DocIDs, and at various times outputs a new sorted fingerprint (FP)-to-DocID map **1106**. For example, the internal representation of module **1102** may have no more room to store new DocID assignments, forcing the output of a new map **1106**. In other cases, a predetermined amount of time may have lapsed since the most recent map **1106** was output, triggering the output of a new FP-to-DocID map (for example, **1106-N**) so as to keep the information embodied in the layered set **1107** of maps **1106** recent. The repeated generation of maps **1106** by module **1102** results in a plurality of maps **1106** in set **1107**, some of which are older than others. For example, map **1106-N** may be the most recent map, containing information that supercedes, or contradicts, information in older map **1106-3**. Thus, a mechanism for resolving such conflicts is needed.

A merging rule specifies how older and newer entries in the maps **1106** having the same key should be combined. In some embodiments, the merging rule dictates that newer data should completely replace older data. In other embodiments, the merging rule may be more complex. For example, a special delete entry may allow a newer entry to delete any and all older entries with the same key. The current state of all information for a particular key can be reconstructed by performing lookups in all of the sorted maps **1106** and applying the appropriate merging rule for all entries that are found corresponding to the particular key. To increase the efficiency of these lookups, subsets of the sorted maps are merged together, generating merged sorted maps. This process is described in further detail in conjunction with the discussion of FIG. **12**, below. Similar considerations apply to layered set **1103** of sorted DocID-to-FP (fingerprint) maps **1104**.

If URL fingerprint **516-1** cannot be found in the layered set **1107** of sorted fingerprint-to-DocID maps **1106**, the document represented by record **510-1** is assigned a DocID before it is indexed by index builder **1108**. The details of the assignment of a DocID to a new document are discussed in conjunction with FIG. **9**, below. Tag assignment module **1102**, upon assigning a new DocID, maintains an internal representation of this assignment. At some later point in time, module **1102** outputs this information in a new sorted fingerprint-to-DocID map **1106-N** and a new sorted DocID-to-fingerprint map **1104-M**. Sorted DocID-to-fingerprint map **1104-M** has a similar structure and function to sorted fingerprint-to-DocID map **1106-N**, with the exception that sorted DocID-to-finger-

**20**

print map **1104-M**, like all maps in set **1103**, are sorted and keyed by DocID rather than by URL fingerprint.

Additionally, after assigning a DocID, module **1102** provides record **510-1**, along with the assigned DocID, to index builder **1108**. Index builder **1108** then, when rebuilding (or adding information to) index **1110**, adds the document represented by records so received to the new version of the index **1110**.

The front-end aspects of indexer **232** include the ability of the index **1110** to respond to queries submitted by users or other parts of the search engine system. Index **1110** responds to query **1056** by generating a list **1111** of DocIDs. List **1111** is also referred to as an inverse posting list, as will be appreciated by one skilled in the art of database system design. For each DocID on list **1111**, the respective document it represents contains at least one of the words in the query **1056**. However, because the search engine system does not use DocIDs to represent documents, the DocIDs on list **1111** must be translated into URL fingerprints, or some other globally unique representation, before being output as part of response **1058** of indexer **232** to query **1058**. For example, DocIDs are, in some embodiments, only unique within a particular partition or segment of a layer **900** (FIG. **6**). List **1111** is submitted to fingerprint translator **1112**, which exchanges information **1114** with the current layered set **1103** of sorted DocID-to-FP maps **1104**. Based on information **1114**, fingerprint translator **1112** generates list **1058** of URL fingerprints corresponding to the list **1111**.

Layered set **1107**, once used to determine whether a particular URL FP has already been indexed, is no longer needed once indexing is complete. Set **1103**, on the other hand, is a persistent data structure. Methods and data structures for compressing the size of and increasing the access speed to sorted maps **1104** in layered set **1103** are discussed in conjunction with the discussion of FIG. **11**, below.

Assigning a new DocID to a document. FIG. **9** illustrates an embodiment of tag assignment module **1102**. Module **1102** receives URL fingerprint **516-1** as part of record **510-1** (FIG. **8**). Parser **1202** first determines whether fingerprint **516-1** has been previously indexed or assigned a DocID by accessing, via communication **1105**, layered set **1107** of sorted maps (not depicted). If fingerprint **516-1** has not been assigned a DocID previously, parser **1202** proceeds to assign one. Module **1102** keeps an internal representation of the assignment of DocIDs to fingerprints in data structure **1205**. In one embodiment, a DocID is a 32-bit integer, and the space of all DocIDs is divided into 128 tiers, as represented by data structure **1205**. In other embodiments, the size of DocID may be larger or smaller than 32 bits, and the number of tiers may be larger or smaller than 128. Each record (for example, **1206-1**) in data structure **1205** includes information about a respective tier of DocIDs. For each tier, a respective tier number (the column labeled "Tier" in FIG. **9**), a respective minimum DocID, a respective maximum DocID, and a respective next available DocID (the column labeled "Next" in FIG. **9**) are stored. Taken together, the minimum DocID and the maximum DocID define the range of DocIDs associated with the tier. The ranges of DocIDs associated with the tiers are preferably non-overlapping. This is true, for example, in the situation depicted in FIG. **9**, where the range of DocIDs associated with tier **1** (**0000-001**C, as represented in hexadecimal notation) does not overlap with that associated with tier **2** (**001D-002A**). The next available DocID for a tier may be stored in data structure **1025** as the complete DocID of the next available DocID, as the arithmetic difference between the next available DocID and the minimum DocID for that tier, or by any number of other methods. It should also be

US 8,136,025 B1

21                                                22

noted that some tiers may have large ranges of DocIDs than other tiers. The sizes of the tiers, in terms of number of DocIDs, may be based on historical experience with respect to the relative numbers of documents that fall within the page rank or score range associated with each tier.

In another embodiment, the tier records **1206** do not have a tier column and have only one of the minimum and maximum DocID columns. In this embodiment the tier number or ID is implied from the position of the record **1206** for each tier, and the other end of the DocID range is determined by inspection of the record before or after the record for the tier in question.

In yet other embodiments, the tier records **1206** include one or more additional fields to specify the range of PageRank values associated with each tier. This information is used by the Metric to Tier Lookup **1204** to select the tier for each new document, as further described elsewhere in this document.

For a URL fingerprint **516-1** that has not yet been assigned a DocID, parser **1201** first determines, by querying metric to tier lookup **1204**, from which tier to assign a new DocID. Parser **1201** submits the query-independent metric **514-1** for record **510-1** and determines a selected tier. In some embodiments, metric to tier lookup **1204** is a function rather than a table. In a preferred embodiment, metric to tier lookup **1204** associates a respective range of values of a query-independent relevance metric (e.g., PageRank) with each tier. In this embodiment, parser **1202** selects a tier by selecting the tier for which the query-independent metric **514-1** of the new document falls within the respective predetermined range of metric values associated with the tier. Furthermore, in a preferred embodiment, the ranges of DocIDs associated with the tiers monotonically decrease with respect to the ranges of metric values associated with the tier by lookup **1204**. That is to say that if a first tier has associated with it a first range of metric values, the first range is uniformly greater than a second range of metric values associated with a second tier, and the range of DocIDs associated with the first tier will be uniformly less than the range of DocIDs associated with the second tier.

After determining the tier from which to assign a DocID, parser **1202** examines the relevant record **1206** in data structure **1205** to determine the next available DocID for the selected tier. In FIG. **9**, parser **1202** determines that tier **2** is the appropriate tier and that "**0020**" is next available DocID **1207** in that tier. Parser **1202** then increments (or, in alternate embodiments, decrements) the next available DocID **1207** entry in record **1206-2**. In preferred embodiments, the incrementing of next available DocID **1207** results in documents that are assigned DocIDs earlier in time being assigned DocIDs lower in numerical value. Documents are generally assigned DocIDs in the order in which their respective URLs are crawled, so this results in earlier crawled documents (which may have been scheduled to be crawled earlier due to their authority or importance) having lower DocIDs. In these embodiments, DocIDs in the range from the "MinDocID" entry for the selected tier up to, but not including, the "Next" entry for the selected tier are already assigned to documents. Thus, by assigning the DocID appearing in the "Next" entry for the selected tier and incrementing this entry, parser **1202** effectively assigns the minimum available DocID for the selected tier. In contrast, alternate embodiments, by decrementing next available DocID **1207**, assign lower DocIDs to documents that have been crawled more recently. It may be appropriate to assign recently crawled documents relatively lower DocIDs where, for example, the contents of the documents in the index change rapidly (such as is the case for news sites on the Internet) and the fidelity of the index can therefore only be trusted for recently indexed documents. In these embodiments, DocIDs in the range from the "MaxDocID"

entry for the selected tier down to, but not including, the "Next" entry for the selected tier are already assigned to documents. Thus, by assigning the DocID appearing in the "Next" entry for the selected tier and decrementing this entry, parser **1202** effectively assigns the maximum available DocID for the selected tier. As the final step in assigning a new DocID, parser assigns the DocID "**0020**" to fingerprint **516-1** by storing a corresponding entry **1208**, containing the URL fingerprint and the assigned DocID, in a buffer data structure **1209**. The steps of receiving record **510-1**, selecting a tier, and assigning a DocID to a new document are repeated with respect to one or more additional new documents. The buffer data structure **1209** stores entries representing each assigned URL fingerprint to DocID mapping until a flush condition is satisfied, at which time the information in the buffer data structure **1209** is sorted by URL fingerprint to produce a sorted FP to DocID map **1106**, and sorted by DocID to produce a sorted DocID to FP map **1104**.

Flushing operations. Flusher **1212** monitors buffer data structure **1209** to determine if a flush condition has been met. The flush condition may depend on any number of temporal or storage considerations. For example, in one embodiment, the flush condition is satisfied if a predetermined amount of time has lapsed since the last satisfaction of the flush condition. In some embodiments, the flush condition may be satisfied if a predetermined number of mapping entries **1208** have been written to the buffer **1209**. When the flush condition has been met, flusher **1212** generates two sorted maps **1104**-M and **1106**-N representing the mapping of DocIDs to URL fingerprints and the mapping of URL fingerprints to DocIDs, respectively. A sorted map **1104**-M, keyed and sorted by DocIDs and containing one or more DocID-FP pairings, is generated. Additionally, a sorted map **1106**-N, keyed and sorted by URL fingerprint, and containing one or more FP-DocID pairings, is also generated. Flusher **1212** also empties or re-initializes the buffer data structure **1209** to prepare it to receive new mapping entries.

Although depicted separately in FIG. **9** for clarity of exposition, flusher **1212** and parser **1202** may be embodied in the same module. For example, flusher **1212** and parser **1202** may be embodied in a single computer system, the computer system including computer system instructions for executing the tasks associated with both flusher **1212** and parser **1202**.

In other embodiments, globally unique identifiers (for example, the URLs themselves) other than URL fingerprints are stored in the slots of buffer data structure **1209**.

Multi-level maps for fast resolution of URL fingerprint from DocID. As mentioned previously, the layered sorted maps **1106** that are keyed and sorted by URL fingerprint are only needed during a crawl to determine if a given URL fingerprint already has been assigned a DocID. Thus, maps **1106** may be destroyed at the end of a crawling epoch. In contrast, layered sorted maps **1104** (keyed and sorted by DocID) are needed for the front-end functionality of the web search engine. Thus, maps **1104** are persistent data structures, and it is desirable to devise methods and data structures for reducing the amount of storage and time associated with them.

To this end, FIG. **10** illustrates a multi-level document identification tag (DocID) to URL fingerprint (FP) map **1104**-M. Multi-level map **1104**-M comprises first level **1401** and second level **1403** table or other data structure. Forcing access to map **1106**-M to traverse two levels allows a relatively simple search algorithm (e.g., a linear search) to be used in each level, without incurring the cost of an exhaustive search through all records in the map. Second level **1403** of map **1106** is partitioned into a plurality of buckets **1404**. Map

23

1104-M is keyed by DocID. First level **1401** contains a plurality of records **1402**. Each record **1402** comprises a DocID-pointer pairing to determine which bucket, if any, in second level **1403** to access to determine the URL fingerprint associated with a particular DocID. For example, record **1402-1** contains the first DocID in bucket **1404-2**, and a pointer **1405-2** to the first record **1406-2-1** in bucket **1404-2**. Similarly, record **1402-Q** contains the first DocID in bucket **1404-Q**, and a pointer **1405-Q** to the first record **1406-Q-1** in bucket **1404-Q**. Records **1402** are preferably sorted by first DocID to enable unambiguous determination of the appropriate bucket for a given DocID. Thus, if the URL fingerprint corresponding to a particular DocID is desired, and the particular DocID is greater than the first DocID in record **1402-2**, but less than the first DocID in record **1402-3**, it can be determined that information about the particular DocID must reside in bucket **1404-2**.

Use of multi-level map **1104**-M would then consist of following the pointer in record **1402-2** to the first record **1406-2-1** of bucket **1404-2**. Each record **1406-2-1**, **1406-2-2**, . . . , **1406-2-K** in bucket **1406-2** includes two entries: a Δ DocID value, representing the difference between the DocID and the first DocID stored in the corresponding record **1402-2** in first level **1401** and the URL fingerprint associated with the DocID. By comparing the difference between the particular DocID and the first DocID **1402-2** to the Δ DocID entries in each record in bucket **1404-2**, the record **1406-2-X** that corresponds to the particular DocID is readily found. The URL fingerprint that the particular DocID is assigned to can then be found by reading the second entry in record **1406-2-X**. In some embodiments, records **1406-2-1**, **1406-2-2**, . . . , **1406-2-K** are sorted by Δ DocID, so that an efficient search (e.g., a bisection search) can be used to rapidly locate the appropriate record. In other embodiments, the records **1406-2-1**, **1406-2-2**, . . . , **1406-2-K** are in no particular order. Given the relatively small size of the buckets, however, even an exhaustive search for a particular DocID is not prohibitively expensive.

FIG. **11** shows a multi-level map **1106**-N for mapping URL fingerprints to DocIDs. This multi-level map that is similar in structure to the multi-level map **1104**-M described above with reference to FIG. **10**, and therefore only the differences need to be discussed. The first level table **1421** has records **1422** that identify the first URL fingerprint in each bucket **1424** in the second level table **1423**. The records **1426** in the buckets **1424** each contain a URL fingerprint value and a DocID value, representing a FP to DocID mapping.

Overflow of tier. FIG. **13** illustrates a method of assigning a DocID to a new document even when all the DocIDs in a tier have already been assigned to other documents. If the DocID ranges for the tiers are well selected, this condition will likely never arise. Nevertheless, in some embodiments, the system includes a procedure for handling the assignment of DocIDs even when one or more of the tiers are full. Referring to FIG. **13**, in a method **1700** of assigning a DocID to a new document, step **1702** first selects a tier based on a query-independent metric (for example, PageRank **514-1** in record **510-1** from Rtlog **226**, **228**, or **230**) associated with the new document. Selecting a tier is performed, in some embodiments, by accessing metric to tier lookup **1204** (FIG. **9**), which may be a function, a table, or other means for associating each tier with a range of query-independent metric values.

Step **1704** then checks to see if the tier is full, for instance by checking table **1205** to see if all the DocIDs allocated to the selected tier have already been assigned to other documents. If so (**1704**, Yes), the method selects the tier closest to the originally selected tier that is not full at step **1706**. It is

24

important to select a closest tier because the DocID assigned to each document is used by the search engine as general indication of the document's importance, and therefore the DocID assigned the document should be as close as possible to the range of DocIDs normally assigned to documents having approximately the same page rank as the new document being processed here. Once a non-full tier has been selected, the next available DocID for the selected tier is assigned to the new document (step **1708**). In some embodiments, the DocID is determined by accessing data structure **1205** and looking up the "next" DocID for the selected tier, assigning that DocID to the new document, and then incrementing or decrementing the "next" DocID for the selected tier, as described above. Finally, the assigned DocID is associated with the new document by storing an URL fingerprint to DocID mapping entry in the buffer data structure at step **1710**.

Merging of multiple layered sorted maps. FIG. **12** illustrates the merging of multiple layered sorted fingerprint to DocID maps, and the merging of multiple layered sorted DocID to fingerprint maps. Before the merge is performed, accessing information about, for example, all currently assigned DocIDs requires accessing each of the Maps **1104** in the set **1103**. Thus, although each map **1104** is sorted and keyed by DocID, allowing rapid lookup of the sought entry, the number of maps **1104** in the set **1103** at some point becomes a computational bottleneck in the lookup of information.

To mitigate this problem, tag assignment module **1102** (FIG. **8**) merges two or more of the maps in a set (**1103** or **1107**) of maps. Module **1102** may perform this operation periodically, waiting for either a predetermined amount of time to pass since the last merge or waiting for a predetermined number of new sorted maps to appear before merging. Other criteria module **1102** may employ to determine when to merge include, but are not limited to, a predetermined amount of idle processing time passing in module **1102** or the completion of a crawl epoch.

To explain the merging operation in more detail, consider the set of DocID to fingerprint maps **1103**. Merged map **1104**-(M+1) contains all of the records from each map **1104** in the set of maps **1103**. Furthermore, the records in merged map **1104**-(M+1) are sorted and keyed by DocID. Thus, a rapid search algorithm (e.g., binary search) can be applied to locate the record in map **1104**-(M+1) corresponding to a particular DocID. To the extent that multiple records are found in the set **1103** of maps at the time for merging, a particular merging rule that specifies how older and newer records with the same key should be combined is employed. In one embodiment, newer data completely replaces older data. In other embodiments, the merging rules are more complex. For example, a special delete entry allows a newer entry to delete any and all older entries with the same key. Notice however, that in operation of the tag assignment module **1102** in accordance with one embodiment, duplicate records such as this will not be produced in set **1103** (nor in set **1107**).

Although, as depicted in FIG. **12**, all of the sorted maps **1104** in the set **1103** of maps may be merged, any subset of the set **1103** of maps may also be merged. Entirely analogous considerations and techniques apply in the merging of the fingerprint to DocID maps **1106** from the layered set **1107** of sorted maps.

A computer system for assigning document identification tags. In a preferred embodiment, the search engine system **1800** is implemented using one or more computer systems, as schematically shown in FIG. **14**. As will be appreciated by those of skill in the art, search engine systems designed to process large volumes of queries may use more complicated computer architectures than the one shown in FIG. **14**. For

US 8,136,025 B1

25

instance, a front end set of servers may be used to receive and distribute queries among a set of back end servers that actually process the queries. Furthermore, a third set of servers may be used to crawl and index the set of documents to be included in the index of the search engine system. In such a system, the system **1800** shown in FIG. **14** would be one of the third set of servers.

The computer system will typically have one or more central processing units (CPU's) **1802**, one or more network or other communications interfaces **1804**, primary and secondary storage **1808**, and one or more communication busses **1806** for interconnecting these components. Primary and secondary storage **1808** can include high speed random access memory and can also include non-volatile memory, such as one or more magnetic disk storage devices (not shown). Primary and secondary storage **1808** can include mass storage that is remotely located from the central processing unit(s) **1802**. The primary and secondary storage **1808** preferably stores:

an operating system **1810** that includes procedures for handling various basic system services and for performing hardware dependent tasks;

a network interface module **1812** that is used for connecting the system **1800** to various other computers (the content filters **210** and query handler **1054** in FIG. **7**) and for accessing and receiving associated log files (Rtlogs **226**, **228**, and **230** in FIG. **7**), the log files including query-independent information about one or more documents to be assigned a DocID, via one or more communication networks, such as, the Internet, other wide area networks, local area networks, metropolitan area networks, and so on;

a tag assignment module **1102**, preferably including instructions **1814** for detection of the satisfaction of a flush condition and execution of a flush operation and instructions **1816** for detection of the satisfaction of a merge condition and execution of a merge operation;

a query-independent metric to tier lookup data structure **1204** or function for determining, based on the value of a query-independent metric for a document, from which one of the plurality of tiers a DocID will be assigned;

a data structure **1206** representing a subdivision of a set of available DocIDs into a plurality of tiers, the data structure **1206** including a respective record **1206-1**, **1206-2**, . . . for each tier, the record containing information about a range of DocIDs associated with the tier (embodied in the MinDocID and MacDocID columns in FIG. **15**) and the next available DocID available for assignment from the tier (embodied by the column "Next" in FIG. **15**); and

a buffer data structure **1209** for temporarily storing the assignment of DocIDs to documents since a last flushing operation, the data structure including a plurality of entries **1208** storing URL fingerprint to DocID mapping information.

Tag assignment module **1102** can include executable procedures, sub-modules, tables and other data structures. Tag assignment module **1102** preferably includes instructions for receiving, via network interface module **1812** query-independent information about a new document. The query-independent information preferably includes a globally unique document identifier (such as the URL fingerprint) and a query-independent metric (such as, for example, the PageRank) rating the relevance of the document. Based on the query-independent metric, module **1102** determines, by interacting with query-independent metric to tier lookup **1204**, a selected tier. Once the tag assignment module **1102** determines the selected tier, it accesses data structure **1205** to determine the next available DocID for the selected tier by accessing the

26

appropriate record for the selected tier. Module **1102** then assigns the next available DocID as determined to the new document and, in one embodiment, increments the entry in the "Next" column of the record in data structure **1206** corresponding to the selected tier. In an alternate embodiment, module **1102** decrements this entry. The assignment of a DocID to a new document is stored in an entry **1208** in the buffer data structure **1209**.

In some embodiments, tag assignment module **1102** includes instructions **1814** for detecting the satisfaction of a flushing condition and executing a flush operation. The flush condition may depend on any number of temporal or storage considerations. For example, in one embodiment, the flush condition is satisfied if a predetermined amount of time has lapsed since the last satisfaction of the flush condition. In some embodiments, the flush condition may be satisfied if a predetermined number of entries **1208** have been stored in the buffer data structure **1209**.

When the flush condition has been met, tag assignment module **1102** generates two sorted maps representing the assignment of DocIDs to documents. A sorted map **1104-M** (not shown) keyed and sorted by DocID is generated and distributed via network interface module **1812**. Additionally, a sorted map **1106-N** (not shown) keyed and sorted by URL fingerprint is generated and distributed via network interface module **1812**. Additionally tag assignment module **1102** clears or re-initializes the buffer data structure **1209**.

In some embodiments, tag assignment module **1102** includes instructions **1816** for detecting the satisfaction of a merge condition and for executing a merge operation. Detailed exposition of the detection of satisfaction of merge conditions and execution of merge operations can be found in the discussion of FIG. **12**, above.

All references cited herein are incorporated by reference in their entirety and for all purposes to the same extent as if each individual publication or patent or patent application was specifically and individually indicated to be incorporated by reference in its entirety for all purposes.

The foregoing description, for purposes of explanation, used specific nomenclature to provide a thorough understanding of the invention. However, it will be apparent to one skilled in the art that the specific details are not required in order to practice the invention. The embodiments were chosen and described in order to best explain the principles of the invention and its practical applications, to thereby enable others skilled in the art to best utilize the invention and various embodiments with various modifications as are suited to the particular use contemplated. Thus, the foregoing disclosure is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Many modifications and variations are possible in view of the above teachings.

It is intended that the scope of the invention be defined by the following claims and their equivalents.

What is claimed is:

1. A computer-implemented method of assigning a document identification tag to a new document, the new document to be added to a collection of documents, the method comprising:

subdividing a predetermined set of monotonically ordered document identification tags into a plurality of tiers, wherein each tier is associated with a respective subset of the set of document identification tags, and wherein the plurality of tiers are monotonically ordered with respect to a query-independent document importance metric;

US 8,136,025 B1

27

receiving query-independent information about the new document, the information including the query-independent document importance metric;

selecting, based at least on the query-independent information, one of the tiers;

assigning to the new document a document identification tag from the respective subset of document identification tags associated with the selected tier, the assigned document identification tag not previously assigned to any of the documents in the collection of documents; and

storing an assignment of the document identification tag from the respective subset of document identification tags associated with the selected tier to the new document in a computer-readable medium.

**2**. The method of claim **1**, wherein at least two of the respective subsets of document identification tags produced by said subdividing are of different sizes.

**3**. The method of claim **1**, wherein each tier in the plurality of tiers is associated with a respective predetermined range of metric values; and

wherein selecting a tier comprises selecting the tier for which the query-independent metric of the new document falls within the respective predetermined range of metric values associated with the selected tier.

**4**. The method of claim **3**, wherein the respective predetermined ranges of metric values associated with the plurality of tiers are non-overlapping.

**5**. The method of claim **3**,

wherein the respective subsets of the set of document identification tags associated with each tier monotonically increase with the position of the tier in the ordering; and

wherein the respective predetermined range of metric values associated with each tier monotonically increases with the position of the tier in the ordering.

**6**. The method of claim **5**, wherein assigning a document identification tag to the new document comprises assigning to the new document a minimum available document identification tag from the respective subset of document identification tags associated with the selected tier.

**7**. The method of claim **5**, wherein assigning a document identification tag to the new document comprises assigning to the new document a maximum available document identification tag from the respective subset of document identification tags associated with the selected tier.

**8**. The method of claim **5**, wherein the query-independent metric is a PageRank of the new document.

**9**. The method of claim **1**, further comprising;

when a flush condition is satisfied, performing a flush operation, including building a sorted map, the sorted map relating globally unique identifiers to document identification tags assigned to documents since a prior flush operation.

**10**. The method of claim **9**, further comprising;

when a merge condition is satisfied, performing a merge operation, the merge operation including merging a layered plurality of sorted maps produced by previous flushing operations, the merge operation further including producing a merged map relating globally unique identifiers to document identification tags assigned to documents.

**11**. The method of claim **1**, further comprising;

when a flush condition is satisfied, performing a flush operation, the flush operation including building a first sorted map and a second sorted map;

28

wherein the first sorted map is keyed and sorted by globally unique identifiers, and includes for each globally unique identifier a corresponding document identification tag; and

wherein the second sorted map is keyed and sorted by document identification tags assigned to documents since a prior flush operation, and includes for each such document identification tag a corresponding globally unique identifier.

**12**. The method of claim **1**, wherein the globally unique identifiers are URL fingerprints.

**13**. The method of claim **12**, wherein each URL fingerprint comprises a value produced by applying a one way mapping function to an address associated with a document in the collection of documents.

**14**. A computer-implemented method of assigning a plurality of document identification tags to a plurality of new documents, the plurality of new documents to be added to a collection of documents, the method comprising:

partitioning a set of valid globally unique document identifiers into a plurality of segments, each segment associated with a respective subset of the set of valid globally unique document identifiers;

subdividing each of the segments into a plurality of tiers, wherein the plurality of tiers is monotonically ordered with respect to a query-independent document importance metric, each segment having an associated, predetermined set of monotonically ordered document identification tags, and each tier of a respective segment having an associated subset of the set of document identification tags for the respective segment;

receiving query-independent information about a new document, the information including the query-independent document importance metric and a globally unique document identifier;

selecting, based at least in part on the globally unique document identifier, one of the segments;

selecting, based at least on the query-independent information, one of the tiers associated with the selected segment;

assigning to the new document a document identification tag from the subset of document identification tags associated with the selected tier, wherein the document identification tag assigned to the new document is unique with respect to document identification tags assigned to other documents in the collection of documents;

storing an assignment of the document identification tag from the subset of document identification tags associated with the selected tier to the new document in a computer-readable medium; and

repeating the receiving, selecting a segment, selecting a tier, assigning, and storing with respect to one or more additional new documents;

wherein the assigned document identification tags are assigned to documents in the collection of documents having globally unique document identifiers associated with the respective segment.

**15**. The method of claim **14**, wherein the set of document identification tags for a first segment includes a plurality of document identification tags in the set of document identification tags for a second segment.

**16**. A system for assigning a document identification tag to a new document, the new document to be added to a collection of documents, the system comprising:

at least one central processing unit; and

a communications bus for connecting the central processing unit to a computer readable medium;

US 8,136,025 B1

29

30

the computer readable medium comprising:

a data structure representing a subdivision of a predetermined set of monotonically ordered document identification tags into a plurality of tiers, wherein the plurality of tiers are monotonically ordered with respect to a query-independent document importance metric, wherein each tier is associated with a respective subset of the set of document identification tags;

an interface configured to receive query-independent information about the new document, the information including the query-independent document importance metric; and

a tag assignment module configured to

select, based at least on the query-independent information, one of the tiers;

assign to the new document a document identification tag from the respective subset of document identification tags associated with the selected tier, the assigned document identification tag not previously assigned to any of the documents in the collection of documents; and

store an assignment of the document identification tag from the respective subset of document identification tags associated with the selected tier to the new document in the computer readable medium.

**17**. The system of claim **16**, wherein the subdivision represented by the data structure includes a first subset of document identification tags having a first set size and a second subset of document identification tags having a second set size, wherein the first set size is not equal to the second set size.

**18**. The system of claim **16**,

wherein the data structure further represents an association of each tier in the plurality of tiers with a respective predetermined range of metric values; and

wherein the tag assignment module selects the tier for which the query-independent metric of the new document falls within the respective predetermined range of metric values associated with the selected tier.

**19**. The system of claim **18**, wherein the predetermined ranges of metric values associated with the plurality of tiers, represented by the data structure, are non-overlapping.

**20**. The system of claim **18**,

wherein the respective subsets of the set of document identification tags associated with each tier monotonically increases with the position of the tier in the ordering; and

wherein the respective predetermined range of metric values associated with each tier monotonically increases with the position of the tier in the ordering.

**21**. The system of claim **20**, wherein the tag assignment module is configured to assign a document identification tag to the new document by assigning to the new document a minimum available document identification tag from the respective subset of document identification tags associated with the selected tier.

**22**. The system of claim **20**, wherein the tag assignment module is configured to assign a document identification tag to the new document by assigning to the new document a maximum available document identification tag from the respective subset of document identification tags associated with the selected tier.

**23**. The system of claim **16**, wherein the query-independent metric is a PageRank of the new document.

**24**. The system of claim **16**, wherein the tag assignment module is further configured to detect satisfaction of a flush condition, when the flush condition is satisfied the tag assignment module performing a flush operation, including build-

ing a sorted map, the sorted map relating globally unique identifiers to document identification tags assigned to documents since a prior flush operation.

**25**. The system of claim **24**, wherein the tag assignment module is further configured to detect satisfaction of a merge condition, when the merge condition is satisfied the tag assignment module performing a merge operation, the merge operation including merging a plurality of sorted maps produced by previous flushing operations, the merge operation further including producing a merged map relating globally unique identifiers to document identification tags assigned to documents.

**26**. The system of claim **16**, wherein the tag assignment module is further configured to detect satisfaction of a flush condition, when the flush condition is satisfied the tag assignment module performing a flush operation, the flush operation including building a first sorted map and a second sorted map;

wherein the first sorted map is keyed and sorted by globally unique identifiers, and includes for each globally unique identifier a corresponding document identification tag; and

wherein the second sorted map is keyed and sorted by document identification tags assigned to documents since a prior flush operation, and includes for each such document identification tag a corresponding globally unique identifier.

**27**. The system of claim **16**, wherein the globally unique identifiers are URL fingerprints.

**28**. The system of claim **27**, wherein each URL fingerprint comprises a value produced by applying a one way mapping function to an address associated with a document in the collection of documents.

**29**. A computer program product for use in conjunction with a computer system, the computer program product comprising a computer readable storage medium and a computer program mechanism therein, the computer program mechanism comprising:

a data structure representing a subdivision of a predetermined set of monotonically ordered document identification tags into a plurality of tiers, wherein the plurality of tiers are monotonically ordered with respect to a query-independent document importance metric, wherein each tier is associated with a respective subset of the set of document identification tags, and wherein the data structure includes a representation of a monotonic ordering of the tiers;

an interface configured to receive query-independent information about a new document, the information including the query-independent document importance metric; and

a tag assignment module including instructions for

selecting, based at least on the query-independent information, one of the tiers; and

assigning to the new document a document identification tag from the respective subset of document identification tags associated with the selected tier, the assigned document identification tag not previously assigned to any of the documents in a collection of documents.

**30**. The computer program product of claim **29**, wherein the subdivision represented by the data structure includes a first subset of document identification tags having a first set size and a second subset of document identification tags having a second set size, wherein the first set size is not equal to the second set size.

US 8,136,025 B1

31

**31**. The computer program product of claim **30**,
wherein the data structure further represents an association
of each tier in the plurality of tiers with a respective
predetermined range of metric values; and
wherein the tag assignment module further includes
instructions for selecting the tier for which the query-
independent metric of the new document falls within the
respective predetermined range of metric values associ-
ated with the selected tier.

**32**. The computer program product of claim **31**, wherein
the predetermined ranges of metric values associated with the
plurality of tiers, represented by the data structure, are non-
overlapping.

**33**. The computer program product of claim **31**,
wherein the respective subsets of the set of document iden-
tification tags associated with each tier monotonically
increases with the position of the tier in the ordering; and
wherein the respective predetermined range of metric val-
ues associated with each tier monotonically increases
with the position of the tier in the ordering.

**34**. The computer program product of claim **33**, wherein
the tag assignment module further includes instructions for
assigning a document identification tag to the new document
by assigning to the new document a minimum available docu-
ment identification tag from the respective subset of docu-
ment identification tags associated with the selected tier.

**35**. The computer program product of claim **33**, wherein
the tag assignment module further includes instructions for
assigning a document identification tag to the new document
by assigning to the new document a maximum available
document identification tag from the respective subset of
document identification tags associated with the selected tier.

**36**. The computer program product of claim **29**, wherein
the query-independent metric is a PageRank of the new docu-
ment.

**37**. The computer program product of claim **29**, wherein
the tag assignment module further includes instructions for

32

detecting satisfaction of a flush condition and for, when the
flush condition is satisfied, executing a flush operation,
including building a sorted map, the sorted map relating glo-
bally unique identifiers to document identification tags
assigned to documents since a prior flush operation.

**38**. The computer program product of claim **37**, wherein
the tag assignment module further includes instructions for
detecting satisfaction of a merge condition, and for, when the
merge condition is satisfied, performing a merge operation,
the merge operation including merging a layered plurality of
sorted maps produced by previous flushing operations, the
merge operation further including producing a merged map
relating globally unique identifiers to document identification
tags assigned to documents.

**39**. The computer program product of claim **29**, wherein
the tag assignment module further includes instructions for
detecting satisfaction of a flush condition and for, when the
flush condition is satisfied, performing a flush operation, the
flush operation including building a first sorted map and a
second sorted map;
wherein the first sorted map is keyed and sorted by globally
unique identifiers, and includes for each globally unique
identifier a corresponding document identification tag;
and
wherein the second sorted map is keyed and sorted by
document identification tags assigned to documents
since a prior flush operation, and includes for each such
document identification tag a corresponding globally
unique identifier.

**40**. The computer program product of claim **39**, wherein
the globally unique identifiers are URL fingerprints.

**41**. The computer program product of claim **40**, wherein
each URL fingerprint comprises a value produced by apply-
ing a one way mapping function to an address associated with
a document in the collection of documents.

*   *   *   *   *