## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-2419
DIRECT FAX
917-777-2419
EMAIL ADDRESS
DOUGLAS.NEMEC@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

July 1, 2015

*Filed Via ECF With Courtesy Copy Hand Delivery*
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

RE: *Network-1 Technologies, Inc. v. Google Inc., et al.*,
<u>Case No. 14 Civ. 2396 (PGG)(MHD)</u>

Dear Judge Gardephe:

I write on behalf of all parties, pursuant to the parties' discussion with Your Honor's law clerk yesterday afternoon. Per the Court's direction, and in view of the parties' agreement to stay this matter pending proceedings in the U.S. Patent and Trademark Office, the parties submit herewith an agreed form of order withdrawing Defendants' Motion to Consolidate (Docket No. 71). Because Defendants' filed their motion in this action as well as in the related case (14 Civ. 9558, Docket No. 26) we enclose a second agreed form of order for entry on the docket in that case.

The parties are available at the Court's convenience if anything further is required.

Dated: July 1, 2015

Respectfully submitted,

Hon. Paul G. Gardephe
July 1, 2015
Page 2

RUSS, AUGUST & KABAT

BY: *s/ MARC A. FENSTER*
    Marc A. Fenster (pro hac vice)
    Brian D. Ledahl (pro hac vice)

Wilshire Boulevard 12th Floor
Los Angeles, California 90025
(310) 826-7474 - Phone
(310) 826-6991 - Fax
mfenster@raklaw.com
bledahl@raklaw.com

Charles R. Macedo
AMSTER, ROTHSTEIN &
EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
(212) 336-8074 - Phone
(212) 336-8001 - Fax
cmacedo@arelaw.com

*Attorneys for Network-1
Technologies, Inc*

SKADDEN ARPS SLATE MEAGHER
& FLOM LLP

BY: *s/DOUGLAS R. NEMEC*
    Douglas R. Nemec
    Marti A. Johnson
    Andrew D. Gish
Four Times Square
New York, NY 10036
(212) 735-3000 – Phone
(917) 777-2419 - Fax
douglas.nemec@skadden.com
marti.johnson@skadden.com
andrew.gish@skadden.com

James J. Elacqua
Ian Chen
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
525 University Avenue, Ste. 1100
Palo Alto, California 94301
(650) 470-4500 – Phone
(650) 470-4570 – Fax
james.elacqua@skadden.com
ian.chen@skadden.com

*Attorneys for Google Inc. and YouTube,
LLC*

Enclosures