**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NETWORK-1 TECHNOLOGIES, INC.

                Plaintiff,

     - against -

GOOGLE LLC and YOUTUBE, LLC

               Defendants.

---

14 Civ. 2396 (PGG-SN)

14 Civ. 9558 (PGG-SN)

## DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Defendants Google LLC and YouTube, LLC (collectively, "Google") hereby move the Court for summary judgment against Plaintiff Network-1 Technologies, Inc. ("Network-1").  In support of this motion, Google submits the accompanying Memorandum of Law in Support of the Motion for Summary Judgement, the Statement of Material Facts described in Local Rule 56.1, and the Appendix thereto.

In accordance with the agreed-upon briefing schedule entered by the Court (-2396 Case Dkt. No. 221), any opposition to Google's Motion for Summary Judgment must be served no later than October 16, 2020, and any reply must be served no later than November 6, 2020.  Pursuant to Rule IV.C of the Court's Individual Rules of Practice in Civil Cases, Google will electronically file its motion and reply papers on ECF only when the entire motion has been briefed and will send a courtesy copy of its submission to Chambers at that time.

Dated:  September 11, 2020                    Respectfully Submitted,


                                   */s/ Kevin Hardy*
                                   Thomas H. L. Selby (*pro hac vice*)
                                   Samuel Bryant Davidoff
                                   Andrew V. Trask
                                   Melissa Collins (*pro hac vice*)
                                   Graham W. Safty (*pro hac vice*)
                                   Sumeet P. Dang (*pro hac vice*)
                                   WILLIAMS & CONNOLLY LLP
                                   725 Twelfth Street, NW
                                   Washington, DC 20005
                                   Phone: (202) 434-5000
                                   Fax: (202) 434-5029
                                   tselby@wc.com
                                   sdavidoff@wc.com
                                   atrask@wc.com
                                   mcollins@wc.com
                                   gsafty@wc.com
                                   sdang@wc.com

For Matters in New York:
WILLIAMS & CONNOLLY LLP
650 Fifth Avenue, Suite 1500
New York, NY 10022

Kevin Hardy (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
Phone:  (202) 538-8000
Fax: (202) 538-8100
kevinhardy@quinnemanuel.com

*Attorneys for Google LLC and*
*YouTube, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2020, I electronically filed the foregoing Notice of

Motion for Summary Judgment using the CM/ECF system which will send notification of such

filing to all counsel of record in this matter who are on the CM/ECF system.

*/s/ Andrew V. Trask*
Andrew V. Trask