UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NETWORK-1 TECHNOLOGIES, INC.

                    Plaintiff,

    - against -

GOOGLE LLC and YOUTUBE, LLC

                    Defendants.

14 Civ. 2396 (PGG-SN)

14 Civ. 9558 (PGG-SN)

**APPENDIX TO DEFENDANTS' STATEMENT OF MATERIAL FACTS
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

**TABLE OF CONTENTS**

| Exhibit No. | Description of Exhibit |
|:---:|---|
| 1 | Network-1 Technologies, Inc.'s Disclosures of Asserted Claims and Infringement Contentions (July 21, 2014) |
| 2 | Plaintiff Network-1 Technologies, Inc.'s Amended Disclosure of Asserted Claims and Infringement Contentions (Jan. 31, 2019) |
| 3 | U.S. Patent No. 8,010,988 (Aug. 30, 2011) |
| 4 | U.S. Patent No. 8,205,237 (June 19, 2012) |
| 5 | U.S. Patent No. 8,904,464 (Dec. 2, 2014) |
| 6 | Expert Report of Michael Mitzenmacher, Ph.D. Regarding Google LLC and YouTube, LLC's Infringement (Dec. 20, 2019) |
| 7 | Excerpts of Transcript of Deposition of Michael Mitzenmacher, Ph.D. (July 22–23, 2020) |
| 8 | Excerpts of Transcript of Deposition of Matthias Konrad (Oct. 30, 2019) |
| 9 | Excerpts of Transcript of Deposition of Hanna Pasula (Oct. 4, 2019) |
| 10 | Excerpts of Transcript of Deposition of Sanjiv Kumar (Oct. 15, 2019) |
| 11 | Excerpts of Transcript of Deposition of David Erb (May 28, 2015) |
| 12 | Excerpts of Transcript of Deposition of Yi Ling Wang (Oct. 17, 2019) |
| 13 | Excerpts of Expert Report of Dr. Samrat Bhattacharjee (Feb. 14, 2020) |
| 14 | Excerpts of Patent Owner's Preliminary Response to the Petition for *Inter Partes* Review of U.S. Patent No. 8,205,237 in IPR2015-00345 (Mar. 31, 2015) |
| 15 | Excerpts of Declaration of Dr. George Karypis in IPR2015-00345 (Sept. 14, 2015) |
| 16 | Excerpts of Patent Owner's Response to the Petition for *Inter Partes* Review of U.S. Patent No. 8,656,441 in IPR2015-00348 (Sept. 18, 2015) |
| 17 | Excerpts of Transcript of Deposition of Benjamin Halpern, Esq. (Sept. 6, 2019) |
| 18 | Application Data Sheet for U.S. Patent Application No. 13/800,573 (Mar. 13, 2013) |
| 19 | Response to Office Action Regarding U.S. Patent Application No. 13/800,573 (Nov. 26, 2013) |
| 20 | U.S. Patent Publication No. 2002/0032698, Publication of U.S. Patent Application No. 09/950,972 (Mar. 14, 2002) |
| 21 | Transaction History for '464 Patent from U.S. PTO PAIR, retrieved from https://portal.uspto.gov/pair/PublicPair (Sept. 11, 2020) |

2

| | |
|---|---|
| 22 | Excerpts of Expert Report of Michael Mitzenmacher, Ph.D. Regarding Validity of U.S. Patent Nos. 8,010,988; 8,205,237; and 8,904,464 (Dec. 20, 2019) |
| 23 | Excerpts of Expert Report of Dr. Trevor Darrell (Dec. 20, 2019) |
| 24 | Excerpts of Transcript of Deposition of Ingemar J. Cox, Ph.D. (June 12, 2015) |
| 25 | Excerpts of Expert Report of Jeffrey H. Kinrich (Dec. 20, 2019) |
| 26 | Excerpts of Transcript of Deposition of Shumeet Baluja (June 19, 2015) |