# Exhibit 7

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 1

1            UNITED STATES DISTRICT COURT
2            SOUTHERN DISTRICT OF NEW YORK

3    _____

     NETWORK-1 TECHNOLOGIES,        )
4    INC.,                          )
                                    )
5                 Plaintiff,        )14 Civ. 2396 (PGG-SN)
                                    )
6        vs.                        )14 Civ. 9558 (PGG-SN)
                                    )
7    GOOGLE LLC and YOUTUBE, LLC,   )
                                    )
8                 Defendants.       )

9    _____

10      VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION WITH

11      ALL PARTICIPANTS AT THEIR RESPECTIVE LOCATIONS

12            UPON ORAL EXAMINATION OF

13            MICHAEL MITZENMACHER, Ph.D.

14                  VOLUME I

15         CONFIDENTIAL OUTSIDE COUNSEL ONLY
        PROSECUTION/ACQUISITION BAR MATERIALS
         HIGHLY CONFIDENTIAL - SOURCE CODE
16

17   _____

18               10:05 A.M. EDT
19               JULY 22, 2020
20
21
22
23
24   REPORTED BY: CARLA R. WALLAT, CRR, RPR
25          WASHINGTON CCR #2578; OREGON CSR #16-0443

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 2

```
 1              A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFF:

 4          AMY E. HAYDEN

 5          Russ August & Kabat

 6          12424 Wilshire Boulevard, 12th Floor

 7          Los Angeles, CA 90025

 8          310.826.7474

 9          ahayden@raklaw.com

10

11    FOR THE DEFENDANTS:

12          SAMUEL BRYANT DAVIDOFF

13          GRAHAM SAFTY

14          ANDREW TRASK

15          MELISSA COLLINS

16          SUNMEET DANG

17          Williams & Connolly

18          725 Twelfth Street N.W.

19          Washington, DC 20005

20          202.434.5000

21          sdavidoff@wc.com

22          gsafty@wc.com

23          atrask@wc.com

24          mcollins@wc.com

25          sdang@wc.com
```

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 3

```
 1            A P P E A R A N C E S (Continued)

 2

 3     And

 4          KEVIN HARDY

 5          Quinn Emanuel Urquhart & Sullivan LLP

 6          1300 I Street NW, Suite 900

 7          Washington, DC 20005

 8          202.538.8000

 9          kevinhardy@quinnemanuel.com

10

11     ALSO PRESENT:  LORI TALBOTT - Video Specialist

12                    DEMARRON BURKLEY - Google

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 4

1                         I N D E X

2

3       EXAMINATION BY:                              PAGE(S)

4       MR. DAVIDOFF                                     8

5

6

7

8       EXHIBITS FOR IDENTIFICATION                   PAGE

9       Exhibit 1     Expert Report of Michael          12

10                    Mitzenmacher, Ph.D.

11                    Regarding Google LLC and YouTube,

12                    LLC's Infringement

13      Exhibit 2     Expert Report of Michael          13

14                    Mitzenmacher, Ph.D.

15                    Regarding Validity of U.S. Patent

16                    Nos 8,010,988; 8,205,237; and

17                    8,904,464

18      Exhibit 3     Expert Report of Dr. Trevor       13

19                    Darrell

20      Exhibit 4     Expert Report of Dr. Samrat       13

21                    Bhattacharjee

22      Exhibit 5     US Patent 8,010,988 B2            14

23      Exhibit 6     US Patent 8,205,237 B2            14

24      Exhibit 7     US Patent 8,904,464 B1            14

25      Exhibit 8     Sign-In Sheet                     28

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 5

1    EXHIBITS FOR IDENTIFICATION                        PAGE

2    Exhibit 9     Declaration of Professor Michael      59

3                  D. Mitzenmacher in Support of

4                  Plaintiff Network-1 Technologies,

5                  Inc.'s Opening Claim Construction

6                  Brief

7    Exhibit 10    Wednesday, March 4, 2020 email       149

8                  from Safty to Hayden

9    Exhibit 11    Equation                             157

10   Exhibit 12    Equation                             161

11   Exhibit 13    Equation                             161

12   Exhibit 14    Equation                             162

13   Exhibit 14a   Equation                             165

14   Exhibit 15    Equation                             181

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 6

1          LEXINGTON, MASSACHUSETTS; JULY 22, 2020

2                    10:05 A.M. EDT

3                       --oOo--

4

5               (This deposition is being taken via

6               videoconference and all parties, the

7               witness, the videographer and the court

8               reporter are appearing remotely.)

9

10              THE VIDEOGRAPHER:  Good morning.  We're

11     going on the record at 10:05 Eastern time on July 22nd,

12     2020.  This deposition is being conducted using Google

13     Meet technology and all participants are attending

14     remotely.  Audio and video recording will continue to

15     take place unless all parties agree to go off the

16     record.

17              This is Media Unit 1 of the video-recorded

18     deposition of Dr. Michael Mitzenmacher taken for

19     counsel -- defendant in the matter of Network-1

20     Technologies versus Google LLC and YouTube LLC, filed

21     in the United States District Court, Southern District

22     of New York, Case Number 14 Civ. 2396 and 14 Civ. 9558.

23              My name is Lori Talbott with the firm YOM

24     Veritext.  I'm the videographer.  The court reporter is

25     Carla Wallat from the firm YOM Veritext.  I'm not

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 7

1    related to any party in this action, nor am I

2    financially interested in the outcome.

3            If there are any objections to proceeding,

4    please state them at the time of your appearance and

5    we'll begin with the noticing attorney, please.

6            MR. DAVIDOFF:  Good morning.  This is

7    Sam Davidoff from Williams & Connolly on behalf of

8    Google and YouTube.  I'll also just state for the

9    record the people -- other people here on behalf of

10   Google and YouTube, from Williams & Connolly we have

11   Andrew Trask, Graham Safty, Melissa Collins and Sumeet

12   Dang.  Also on behalf of Google and YouTube we have

13   Kevin Hardy from the law firm of Quinn Emanuel.  Also

14   on the line is Damaren Burkley, a -- who is an employee

15   of Google, in-house counsel at Google.  Okay.

16           MS. HAYDEN:  Okay, this is Amy Hayden

17   from Russ August & Kabat on -- I'm here on behalf of

18   the plaintiff Network-1 Technologies and the witness.

19                THE VIDEOGRAPHER:  Thank you.

20           Would the court reporter please swear in the

21   witness.

22                THE COURT REPORTER:  Okay.  Counsel, if

23   you have an objection to the remote deposition, or to

24   me swearing in the witness remotely, please state so

25   now.

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 8

1          MR. DAVIDOFF:  No objection.

2          THE COURT REPORTER:  Okay.  Hearing no

3   objection, and I can see the witness, I will swear in

4   the witness.

5

6          MICHAEL MITZENMACHER, Ph.D.,

7          remotely sworn as a witness

8        by the Certified Court Reporter,

9          testified as follows:

10

11              EXAMINATION

12   BY MR. DAVIDOFF:

13       Q.  All right.  Good morning Dr. Mitzenmacher,

14   welcome to the brave new world.  This is my first time

15   doing one of these remotely, I assume it's yours as

16   well.  So we'll -- we'll manage through.

17       A.  First -- first deposition this way.

18       Q.  Let me just cover a couple things in terms of

19   how everything is set up here.  So you've been given

20   access to a Google Drive folder; is that correct?

21       A.  Yes.

22       Q.  Okay.  And do you have that open on your

23   computer?

24       A.  Yes.  Or what I believe to be.  Currently

25   appears that there are seven PDF objects in -- in the

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 101

1      A.  Yes.  I do now.

2      Q.  Great.  Let me ask you to look at paragraph 48

3  and specifically, I mean, obviously look at whatever

4  you need to, but specifically 48 subsection C.

5      A.  Sure.

6      Q.  Okay.  And I just want to focus on -- I really

7  want to make sure I'm understanding the -- I guess it's

8  math, so in the example you give, so let me just read

9  what I'm focusing on here.  You say:  "In practice, a

10  linear search over a particular data set could complete

11  its search algorithm more quickly than a sublinear

12  search over that same data set."

13          Are you with me?

14      A.  Yes.  I see that part.

15      Q.  And that's generally true, right; in other

16  words, whether or not a search is linear or sublinear

17  doesn't really tell you whether or not it's efficient

18  as to a particular data set of a particular size.  Is

19  that fair?

20      A.  Yes.

21      Q.  Then you say:  "For example" -- I guess, by

22  the way, let me ask a question.

23          When you're saying linear and sublinear here,

24  you -- you are meaning this as the parties have

25  construed the term by agreement?

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 102

1      A.  Yes.

2      Q.  Okay.  And just so that's clear, just so we

3   have it, it's a search whose execution time scales with

4   a less than linear relationship to the size of the data

5   set to be searched, assuming computer power is held

6   constant?

7      A.  Yes, that sounds like the correct definition.

8      Q.  Okay.  So then you go on to give an example

9   and you say:  "For example, suppose a linear search on

10  n data points requires n operations, but a sublinear

11  search has a large constant factor and requires 100,000

12  log2 n operations."

13     A.  Yes.

14     Q.  And you say:  "Assuming all operations take

15  the same fixed amount of time, the linear search would

16  be faster for values of an n up to around two million."

17     A.  Yes.  So I did that math correct myself.

18     Q.  Well we're going to go through it.  I think

19  you did.  But let's go through it.  Do you have a pen

20  and paper handy?

21     A.  I can -- get me --

22     Q.  So let's try it without it.

23     A.  -- a pen and paper, or I can probably do it on

24  the computer anyway.  But if you want me to do it on

25  pen and paper, I can.

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 103

1    Q.  Okay.  Well, let's -- let's just go through it

2    one step at a time.  I suspect it will be easy enough,

3    but if not, we'll figure something out.

4    A.  Sure.

5    Q.  Okay.  It -- does it make sense to you if I

6    want to talk about these in terms of imagining these --

7    this hypothetical in terms of functions?

8    A.  Sure.

9    Q.  Okay.

10   A.  Let's start with that I think.

11   Q.  So the first, the linear search you're talking

12   about, would it make sense to think of that as a

13   function that is n times whatever the time a particular

14   operation takes?

15   A.  Sure.  Yeah, that's a way to think of it or

16   like I -- I think of it as -- you know, or a way that

17   might be easier to think of is just let's say an

18   operation takes one unit of time and it takes n

19   operations.

20   Q.  Okay.  Yeah, so that -- yeah, that's what I

21   was going to say.  So if we imagine an operation takes

22   one second, right?

23   A.  Okay.

24   Q.  Then a linear function that you're describing

25   here would be one where the execution time is one

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 104

1    second times the number of records?

2        A.  Okay.

3        Q.  And then the sublinear example you give --

4    well, and we could write that linear one as, you know,

5    a function like f open paren close paren equals n?

6        A.  Sure.

7        Q.  Okay.  The -- and n in that situation is the

8    size of the data set to be searched?

9            MS. HAYDEN:  Objection.  Vague.

10       A.  I believe so.  Right, on n data points that

11   refer to it, so let's say their -- their record's meant

12   to be searched.

13       Q.  (BY MR. DAVIDOFF)  And so in that situation,

14   that function, f equals n, in terms of execution time

15   we could say that the -- the function scales with a --

16   the execution time of the function, excuse me, scales

17   with a linear relationship to the size of n?

18       A.  Right.  So I guess we should really be saying

19   f of n equals n, right, so not just f equals n.  We

20   should be saying like f open paren n close paren -- or

21   sorry, f open paren n close paren equals n I think is

22   what you're saying.

23       Q.  Okay.  And if we wanted to be a little more

24   explicit, we could even say f open paren n close paren

25   equals n times operation time where operation time is

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 105

1    the time it takes one operation to complete?

2         A.  Sure.

3         Q.  And so that function would give us the time it

4    takes for the operations to complete on the whole data

5    set for whatever value n is?

6         A.  In this simplistic model, yeah.  That's the

7    intention.

8         Q.  And so if operations take one second and our

9    data set is -- I hope you'll appreciate why I'm going

10   to pick this number -- 1,024 data points, it would

11   take -- the execution time would be 1,024 seconds?

12        A.  Sure.

13        Q.  Okay.  And that function, f of n equals n

14   times operation time, is one whose execution time

15   scales linearly as n increases?

16        A.  I think that would be meant to be an example

17   of -- of a linear time, yes.

18        Q.  Yeah, that's what I mean.  The function f of n

19   equals n times operation time is an example of a

20   function who's execution time scales linearly as n

21   increases?

22        A.  Yes.

23        Q.  Okay.  Now, the -- so let's call that function

24   1 just for purposes of talking about this.

25        A.  Okay.

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 106

1      Q.  Now, the next -- a function that would

2   represent the next thing you give in your example could

3   be f open paren n close paren equals 100,000 times log2

4   of n times the operation time?

5      A.  I -- yes, I think I understand your scenario,

6   yes.

7      Q.  We'll call that function 2.

8      A.  Okay.

9      Q.  And that function's execution time scales less

10  than linearly in proportion to the size of n, correct?

11     A.  Yes.  That -- that would be the intention of

12  the algorithmic function would be an example of

13  something that scales less than linearly.

14     Q.  And so but if we now pick an example of 1,024

15  data points, the linear function, function 1 is going

16  to take 1,024 seconds to operate -- to execute,

17  correct?

18     A.  Yes.

19     Q.  But the sublinear function, function 2 is

20  actually going to take --

21     A.  One million.

22     Q.  -- one million seconds, right?

23     A.  One million seconds, yes.

24     Q.  And that's because 100,000 times -- well,

25  that's because the log2 of 1024 is 10?

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 107

1      A.  Yes.

2      Q.  And so 100,000 times 10 is a million?

3      A.  Yes.

4      Q.  Okay.  And this is an example of -- so even

5    though the first function scales linearly in the --

6    times -- excuse me, for the data sets we're talking

7    about, that's a more efficient function than the second

8    function, even though the second function scales in --

9    sublinearly?

10      A.  As it happens, right, you can say for data

11    sets of a certain size, right, the -- the linear

12    could -- would outperform the sublinear.

13      Q.  Okay.  Now imagine we have a third function

14    that has function 1 and function 2 as its terms.  Does

15    that make sense?

16      A.  Okay.

17      Q.  So the third function would be f of n equals n

18    times operation time plus 100,000 times log2 of n times

19    operation time?

20      A.  Uh-huh.

21      Q.  You got that?

22      A.  Yes.

23      Q.  Okay.  That function scales linearly or

24    sublinearly?

25      A.  I -- I think I would typically say it scales

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 108

1    linearly.

2        Q.  Why --

3        A.  In -- in the asymptotics, right, for

4    sufficiently large n.

5        Q.  Well, how does it scale?

6        A.  So by a scale, what you mean is that like a --

7    it's asymptotic growth, like if you look at large

8    enough n, then eventually the linear term will dominate

9    and so it would grow lineally.

10       Q.  Wasn't it always growing linearly, it's just

11   that it might not matter for earlier time periods?

12       A.  I -- I would just be careful how you -- you'd

13   say that.  I mean, like -- I mean, like if you plotted

14   it, it would not look linear, so when you're saying it

15   would grow linearly, it's like, well, you have to be a

16   bit careful what you mean by that definition, because

17   certainly if you plotted it, it wouldn't look like it

18   was growing linearly, but yes, eventually it will --

19   will grow linearly.

20       Q.  Yeah, and that's -- I guess that's kind of my

21   point.  I agree it will -- how it looks is tricky.

22   That's why I'm trying to focus on just how it scales.

23       A.  Correct.

24       Q.  As the data set increases, that third function

25   we're talking about scales sublinearly?

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 109

1      A.  Oh, wait, I think I --

2              MS. HAYDEN:  Objection.  Misstates

3    testimony.

4      Q.  (BY MR. DAVIDOFF)  Scales linearly, you're

5    right, yeah, yeah, yeah.  Let me restate that.

6              Regardless of how the graph looks --

7      A.  Correct.

8      Q.  -- the third function scales linearly as the n

9    increases?

10     A.  It -- for my understanding of what you mean by

11   scales, I think, yes, I would refer to it that way.

12     Q.  And is it true that sometimes it's talked

13   about as saying when you're looking at a function like

14   that with multiple terms, in terms of figuring out how

15   it scales, it's the fastest growing term that indicates

16   how it scales?

17     A.  Generally or that would be one way to look at

18   it.  I mean, there -- I'm sure you can come up with

19   weird exceptional functions, but...

20     Q.  So and to your point about the graph, if we

21   actually take a -- a number, so we take 1024, that

22   function -- if there's 1,024 data points, that function

23   F3 is going to execute in a 1,001,024 seconds, right?

24     A.  Yes -- yes, okay.

25     Q.  Okay.  But now if we increase from just 1,024

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 110

1  to 1,025, if we increase n just by one, right, the --
2  the increase in time that that function will take to
3  execute is pretty negligible, right?
4          MS. HAYDEN:  Objection.  Form.
5      A.  I don't think so.  Or like for F3 the -- like
6  I mean, if you did log two of 125 -- 1025 and you
7  allowed like real numbered values, right, then it would
8  be a -- you know, the difference would be at least
9  100,000 times log base 2 of 1,025 minus the log base 2
10  of 1,024 and I'd have to pull out my calculator, but
11  that's like, at least, you know.
12     Q.  (BY MR. DAVIDOFF)  Well, let's pick another
13  example, like if you double it?
14     A.  Okay.
15     Q.  So log2 -- well, maybe that's doubling it --
16  well, let me just -- let me pull out a calculator.
17     A.  Okay.  Calculate it --
18     Q.  Have it do log2 of --
19     A.  So if you doubled the 2048, right?
20     Q.  Yeah.
21     A.  That it goes -- the log term becomes 11.
22     Q.  It becomes 11?
23     A.  Yeah.
24     Q.  Okay.  So if we double it to 2048, then the
25  execution time of that third function is going to

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 121

1    assumption that they haven't need a change, that would

2    be -- then that would be the conclusion.

3        Q.  (BY MR. DAVIDOFF)  And using those same

4    assumptions to the best of your knowledge, with the

5    information you currently have available, the Siberia

6    video matching system is ███████████████████████

7    ████████████████████?

8        A.  I believe that's the case.  That sounds right.

9        Q.  Okay.  So all that by sort of way of

10   background, let's look at what it says in

11   paragraph 229.

12       A.  All right.

13       Q.  So you say:  "The approximate nearest

14   neighbor, or neighbor or nearest neighbor, search of

15   the Content ID Siberia version is also sublinear."

16           Are you with me?

17       A.  Yes, okay.  I see that.

18       Q.  Then you say:  "As a preliminary matter, I

19   would like to note that several of defendants'

20   technical witnesses testified that if additional

21   references were added to the existing shard/partition

22   structure, the ScaM portion of the search would scale

23   linearly."

24           Do you see that?

25       A.  Yes.

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 122

1      Q.  Okay.  And then you say:  "I generally agree

2  with this notion."

3      A.  Yes.

4      Q.  And that's true, right?

5      A.  Yes.

6      Q.  Okay.

7      A.  It is true.  I generally agree with that

8  notion.

9      Q.  Okay.  And what you generally agree with is

10  that if you keep the existing number of shards the same

11  and you keep the existing partition structure, then the

12  ScaM portion of the Content ID Siberia version scales

13  linearly, not sublinearly, correct?

14      A.  I think that form of the statement is correct,

15  that that portion would scale linearly if you -- you

16  know, if you did not -- if you somehow capture system

17  inefficient in the face of more data.

18      Q.  Okay.  And -- and the data we're talking about

19  is an increase in reference works?

20      A.  Yes.

21      Q.  Okay.  Let me ask you a question.  Take a look

22  at paragraph 149 of this report.

23      A.  Of my report?

24      Q.  Yeah, of your report.

25      A.  Okay.

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 130

1    changing the number of partitions, right?

2        A.   Yes.

3        Q.   Okay.  Prior to that, you talk about changing

4    the number of shards, correct?

5        A.   Well, I point out that both of these are

6    changeable things, right.  And discuss both of them.

7        Q.   Well, you say in paragraph 232, right, you

8    say:  "I understand the graph below, taken from one of

9    defendants' documents, as illustrating that as the size

10   of the reference index increases, assuming more shards

11   are added, the search scales sublinearly," right?

12       A.   That's what it says.  I -- I might have to go

13   back to the reference.  I -- I'm, you know, again, I --

14   I agree that's what it says.  I think I might have

15   meant more generally that you can change the

16   parameters, including shards and partitions.  I'd --

17   I'd have to look at the document honestly.

18       Q.   You agree with me that changing the number of

19   shards can't make the algorithm sublinear as the term

20   "sublinear" has been construed by the parties, right?

21       A.   Offhand I'd say I can't recall.  I'd have to

22   go back through my equations.

23       Q.   Okay.  I don't think it has to do with

24   equations.  You agree that each shard is stored on a

25   different machine, right?

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 131

1       A.  Yes.  I think that sounds correct.  Well --

2       Q.  Look at paragraph 233 of your report.

3       A.  Yeah, I should check that.  I thought it was

4   at least possible.  Okay, I see it, 233, they at least

5   say the shards are in different machines.

6       Q.  You say that, right?

7       A.  Yes.

8           MS. HAYDEN:  Objection.  Foundation.

9       A.  I say that based on the deposition testimony.

10      Q.  (BY MR. DAVIDOFF)  And so increasing the

11  number of shards would increase the number of machines

12  running the system, correct?

13      A.  That would be one way to do it.  If they kept

14  that -- you know, that setting.

15      Q.  Okay.  And -- and increasing the number of

16  machines would be increasing the computing power,

17  right?

18          MS. HAYDEN:  Objection.  Foundation.

19      A.  It could be.  It would depend on if you just

20  created more copies of the machine, that might be

21  creating more computing power, but it would depend on

22  how you set up the system.

23      Q.  (BY MR. DAVIDOFF)  Well, if you added new

24  machines, you would be -- and the new machines ran the

25  new shards, that would be increasing the computing

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 132

1    power, right?

2        A.  It depends on how much -- it would depend on

3    the scenario.  There are certainly scenarios where it

4    would, there could be other scenarios where it

5    wouldn't, depending on how you're using the machines.

6        Q.  If the system has 50 shards running on 50

7    machines, and you add another shard on another machine

8    without changing anything about the first 50, does that

9    increase the computing power or not?

10       A.  If you're not changing anything on the other

11   machines, then I believe in that case, if I understand

12   your hypothetical, it would be increasing the computing

13   power.

14       Q.  Okay.  And something that increases the

15   computing power to change the execution time of the

16   search is not sublinear under the construction

17   agreement agreed upon by the parties, correct?

18               MS. HAYDEN:  Objection.  Foundation.

19   Form.

20       A.  I mean, I -- I'm not sure it would be that it

21   is or it isn't.  But, you know, quite --

22       Q.  (BY MR. DAVIDOFF)  Well -- sorry.

23       A.  The claim construction discusses keeping

24   computing power the same.  So that is one of the things

25   that you would look at.

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 133

1      Q.  So if you -- if you get an efficiency by

2  changing computing power, that doesn't make the system

3  sublinear?

4                MS. HAYDEN:  Objection.  Foundation.

5  Form.

6      A.  I don't think on its own.  I think you'd need

7  more information one way or another.

8      Q.  (BY MR. DAVIDOFF)  So if -- if adding shards

9  is simply a way of adding more machines and thereby

10  parallelizing the operation of the system, would you

11  agree with me that does not make the system sublinear

12  under the construction agreed upon by the parties?

13                MS. HAYDEN:  Objection.  Incomplete

14  hypothetical.

15      A.  Yeah, I -- I think in the hypothetical

16  situation that you simply run more machines or add

17  machines, that it would depend on the settings and the

18  situation, it may or may not make it sublinear.

19      Q.  (BY MR. DAVIDOFF)  But you're not arguing that

20  a system could be made sublinear under the parties'

21  construction of the terms simply by increasing

22  computing power, are you?

23      A.  No, I don't believe I'm making that argument

24  that just simply computing power changes it.

25      Q.  Okay.  So let's look at then the -- the --

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 134

1       A.  By the way, I don't want to interrupt your

2   questioning and I realize there's back and forth on

3   this, but -- but at some point we should break for

4   lunch.

5       Q.  Oh, yeah, we can do that now.  This is a good

6   time.  Sorry.

7       A.  Okay.

8       Q.  That's fine.

9               THE VIDEOGRAPHER:  We're going off the

10  record at 1:19.

11              (Deposition recessed at 1:19 p.m. EDT to

12              be reconvened at 1:45 p.m. EDT.)

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - SOURCE CODE

Page 150

1   a document I'll mark Exhibit 10, is an email from

2   Mr. Safty of my law firm to you identifying the file

3   names for various Bates numbers, including the third

4   entry on the list is this -- this document we're

5   looking at that starts at 1155.

6          A.  So based on what I see here, I -- I like don't

7   have any reason to think that there -- it doesn't

8   appear to be the call.

9          Q.  (BY MR. DAVIDOFF)  And if we look now at

10  file -- that ends in -- source code file that ends in

11  302, do you have that?

12         A.  All right.

13         Q.  Okay.  And -- and do you see that this file is

14  a file with file name███████████████?

15         A.  Yes.

16         Q.  And at line 25, do you see that this file

17  declares the class ███████████████?

18         A.  Okay.  Which line?

19         Q.  25.

20         A.  25.  Yes, I see a class definition.

21         Q.  And would you agree with me that that appears

22  to be the class definition for the ██████████████████

23  you looked at in the ████████████████████file?"

24         A.  I believe that's the case.

25         Q.  And if you look down at line 35, there's a

HIGHLY CONFIDENTIAL - SOURCE CODE

Page 151

1    comment.  Do you see that?

2         A.  Yes.

3         Q.  And the comment there says at line 36, but 35

4    says: ████████████████████████████

5              36 says: ███████████████████████

6    ██████████████████████████████

7    ████████████████████████████████

8    ██████  Do you see that?

9         A.  Yes.

10        Q.  And -- sorry?

11        A.  I believe I see that, yeah.  I don't think you

12   read it exactly right, but close enough.

13        Q.  Okay.  Well, my question will be, we can keep

14   going into the -- into the call to index, but let me --

15   maybe -- maybe stop there and ask does this at all

16   refresh your recollection that the ██████████████████

17   ████████████████████████████████

18   ████████████████████████████████

19   ███████████████████?

20        A.  Sorry, could you repeat the question?

21        Q.  Sure.  ██████████████████████

22   ████████████████████████████████████

23   █████████████████████████████████

24   ████████████████████████████████████

25   ███████████

HIGHLY CONFIDENTIAL - SOURCE CODE

Page 152

1      A.  I think --

2              MS. HAYDEN:  Objection.  Vague.

3      A.  I think, you know, that's the case.  Again,

4  it's hard to go through code on the fly, but I can sort

5  of take that as a guidance for right now.

6      Q.  (BY MR. DAVIDOFF)  Okay.  You don't have

7  any -- as you sit here today, you don't have any reason

8  to dispute that that's what happens?

9      A.  Yeah, I -- I would want to -- to go back and

10  check the comment regarding what it -- you know, make

11  sure I understand what it means by ████████████████████

12  ██████████████████, but I -- I understand your

13  interpretation.

14      Q.  Okay.  And do you generally recall from the

15  code that a ████████████████████████████████████

16  █████████████████████████████████████████████████████

17  ████████████████████████████████████?

18              MS. HAYDEN:  Objection.  Foundation.

19      A.  I'm sorry, I -- your -- your question wasn't

20  clear to me.  Perhaps you could rephrase it.

21      Q.  (BY MR. DAVIDOFF)  Sure.  Do you recall that

22  the -- a ███████████████████████████████████████████

23  █████████████████████████████████████████████████

24  █████████████████████████████████████████?

25              MS. HAYDEN:  Objection.  Foundation.

HIGHLY CONFIDENTIAL - SOURCE CODE

Page 153

1      A.  If I -- I think what you're getting at, I

2  mean, at a general level or -- or something the code

3  does is -- as part of the process is it will go

4  through, as you point out.  ███████████████████████

5  ███████████████████████████████████████████████████

6  █████████████████████████, if that's what you're referring

7  to.

8      Q.  (BY MR. DAVIDOFF)  Yeah, and my -- and my

9  point is simply that it's not surprising to you that

10  this here in connection with a -- that one would assign

11  ███████████████████████████████████████████████

12  █████████████████████████████████████████?

13      A.  That would seem to be something that would be

14  defined somewhere in the -- in the process.

15      Q.  Okay.  So I understand it's a sort of a

16  factual question whether, you know, I'm reading the

17  code correctly as to whether or not in fact the number

18  ███████████████████████████████████████████████████

19  ██████████████████████████████████████████

20  █████████████████████████████████, but as you sit

21  today, you don't have any reason to think that that's

22  not what happens?

23      A.  I --

24          MS. HAYDEN:  Objection.  Foundation.

25      A.  I think I'd have to go through the code a bit

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 154

1    more slowly than -- than we did or than we might have

2    time for in the deposition.  I don't have any current

3    objections, but again, that was a rather quick running

4    through some of the code.

5        Q.  (BY MR. DAVIDOFF)  Okay.  So -- so let's go

6    back now to your equation in 239.  And I'm going to

7    kind of pick up where you actually set out the full

8    equation.  I'm not going to go through your derivations

9    to get to that, but the full equation is kind of in the

10   middle of 239, right, which is W equals lower case a

11   times capital P plus lower case b times capital R,

12   capital T divided by capital P, correct?

13       A.  Yes, I think that's right.

14       Q.  Okay.  And again, W is work, correct?

15       A.  Yes.

16       Q.  And work is proportional to execution time,

17   assuming computing power is held constant, correct?

18       A.  I think that is the intention, yes.

19       Q.  P is the total number of partitions for shard?

20       A.  For shard I think you said, yeah.

21       Q.  And T is the number of partitions to be

22   searched?

23       A.  I think that's right.

24       Q.  And then R is the -- the variable that the

25   total number of reference works?

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 163

1          virtually and later marked.)

2     A.  Okay.

3     Q.  (BY MR. DAVIDOFF)  And do you agree with me

4   that the third line now reflects the equation we've

5   been talking about where the total number of partitions

6   is proportional to the square root of R, but now I've

7   just said that T -- assume that T, rather than being a

8   constant, is a fixed fraction of the total number of

9   partitions?

10     A.  I think I understand that that's what you've

11   done.

12     Q.  Okay.  And then in the bottom line, I've just

13   now substituted for P the square root of R and it

14   should be a capital R.

15     A.  Understood.

16     Q.  Okay.  So does the equation on the bottom, if

17   the R is converted to a capital R, reflect this

18   equation if we make the assumption you made that P

19   is -- scales proportionally to the square root of R and

20   the assumption I said that T is a fixed proportion of

21   P?

22     A.  I think -- think I follow.

23     Q.  You understand that equation at the bottom

24   reflects that?

25     A.  I believe so.

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 164

1      Q.  Okay.  That equation -- that equation scales

2   linearly with respect to R, correct, assuming a, b and

3   f are constants?

4      A.  I believe if a, b and f are constants, that

5   equation could -- would scale linearly with R.  I'd

6   have to check that again, but...

7      Q.  So if in fact the number of ████████████

8   ████████ is a fixed fraction of the total number of

9   ████████████████████  rather than a constant, would you

10  agree with me that at least the opinion you have in

11  paragraph 239 about the execution time being sublinear

12  is incorrect?

13             MS. HAYDEN:  Objection.  Vague.

14      A.  I think I'd have to study it more carefully to

15  make a -- such a definitive statement, but I would

16  probably look at it again.

17      Q.  (BY MR. DAVIDOFF)  You can't point out any

18  flaw in my logic right now, fair to say?

19      A.  I mean, your assumption that all of these

20  things are remaining fixed in the light of changes, I'm

21  not sure seems clear.

22      Q.  But the math we've gone through appears

23  correct to you, subject to further study?

24      A.  I think so.

25      Q.  Okay.

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 183

1   is a sublinear function, right?

2          A.  I believe that's correct.

3                MS. HAYDEN:  Objection.  Misstates

4   testimony.

5          A.  Sorry, maybe you should repeat the question

6   since I was looking here.

7          Q.  (BY MR. DAVIDOFF)  Sure.  In -- in 211 when

8   you say:  "Given an LSH band, the inverted index can

9   directly return a list of the reference works that

10  match that LSH band, in time proportional to the number

11  of the matches," that's what I'm reflecting here by

12  saying the function f of R is a sublinear function

13  in -- in Exhibit 15; is that --

14         A.  I -- I think that's correct, if I understand

15  you correctly.

16         Q.  Okay.  So now my question is how do you know

17  that f of R is a sublinear function?

18         A.  That's because they're using inverted indexes,

19  right.  As I've described, that's the data structure

20  set up that way from the testimony and documentation

21  that's described and I think by the various numbers or

22  aspects related throughout the report.

23         Q.  What -- what about an inverted index required

24  the number of results returned to be a sublinear

25  function of the total number of works searched?

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 184

1     A.  I mean, again, that's the -- the reason

2  where -- yeah, the -- the reason you have that data

3  structure is because you have a much, much smaller

4  generally sublinear number of items matching than you

5  do that -- you know, matching as compared to the size

6  of the data set because otherwise, you could simply go

7  through sequentially and essentially the -- the same at

8  least large scale time and speed and, again, it also

9  relates to 210 where like -- or sorry, 209, that's also

10  how it's, you know, described by the -- the engineers

11  and the mutational people.

12     Q.  Well, let's put them aside for a minute.  I

13  just want to talk about the math.

14        The -- the -- there's a difference between f

15  of R returning a small subset of R and it being

16  sublinear.  Would you agree?

17     A.  Yeah, I'm -- I'm not sure generally those two

18  things would be equivalent.  I mean, I think at least

19  they are.

20     Q.  So f of R -- if f of R, for example, was a

21  function that always returned .01 percent of R, that M

22  would be a -- a very small fraction of -- of R,

23  correct?

24     A.  I guess so.  It would depend --

25     Q.  But --

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 185

1          A.   -- what you mean by small, but, yeah.

2          Q.   But that be a linear function, correct?

3          A.   I believe so.

4          Q.   So what is it about the Content ID system that

5     makes you think f of R -- I understand f of R or the --

6     or the inverted index returns a much smaller -- a small

7     fraction of the number of reference works, but why do

8     you think the algorithm by which it -- it determines

9     that set is sublinear versus linear?

10         A.   I'd say in part again because of the

11    references and the discussion in their documents and

12    because of the associated use of hashing to -- to use

13    the match of ID.

14         Q.   Okay.  So I understand you -- you're basically

15    saying there's documents and testimony which you

16    interpret as saying that the function f of R is a

17    sublinear function, right?

18         A.   Yes.

19         Q.   Fine.  Put those aside.

20              What else, what other evidence is there in

21    your view that makes -- indicates that f of R is a

22    sublinear function?

23         A.   So I think as, again, as laid out in my

24    report, that for the general property when you use

25    inverted indexes, and yeah, I think the opinions laid

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 186

1  out in the report there's other references to -- to --

2  yeah, the references are between 209 and 212, there may

3  be other parts elsewhere in the report, but --

4      Q.  Well, let's break it down.  So I -- I

5  understand you have documents and depositions, right,

6  so that may -- that may be evidence that f of R is

7  sublinear, let's put that aside for now.

8      A.  Okay.

9      Q.  Is it your testimony that the query, the --

10  any algorithm that searches an inverted index is

11  necessarily sublinear?

12      A.  Yeah, I think you could design inverted

13  indexes that were not sublinear.  I don't know of any

14  use or practical use of such things.  I'm not saying

15  it's impossible for one to construct, I'm not aware of

16  practical use of inverted indexes in such settings.

17      Q.  Okay.  So there's nothing, though, that

18  mathematically requires the search of an inverted index

19  to be sublinear?

20      A.  In its most general terms, I'm not sure it's a

21  requirement.  Again, I don't know of any use cases

22  or -- or one could -- you know, offhand, I can't think

23  of any use cases where I've seen any such a thing, but

24  I -- you know, it's a general question could one

25  construct one, I would want to look, but I can't agree

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 187

1    that would be possible without further study.

2         Q.  Did you look at the code in the LSH Content ID

3    system that affect -- that implements the algorithm

4    that looks up LSH bands in the inverted index?

5         A.  Yes, I recall doing so.

6         Q.  Okay.  Is that code identified in your report?

7         A.  I don't recall one way or another.  I would

8    have to search through the code references in the

9    report.

10        Q.  Okay.  I have been through all the code in

11   paragraph 212 and of your report and I don't find any

12   code in there that shows the lookup in the inverted

13   index.  Can you point me to it?

14             MS. HAYDEN:  Objection.  Form.

15        A.  Well, I could look in my report or I recall

16   that this was a rebuttal point of some sort in the

17   Bhattacharjee report, so if you're looking for the

18   code, I could find it.  If you're looking for the code

19   specifically in my report, I -- I'd have to look

20   through my report to see what was there.

21        Q.  (BY MR. DAVIDOFF)  Okay.  Let's start with

22   your report.  Can you show me where in your report you

23   identify the code that performs the querying of the

24   inverted index in the LSH system?

25        A.  I -- I would point out that it's like, again,

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 188

1    I don't have that like in my head right now what it is,

2    like I'm -- I'm just noticing right around here in

3    paragraph 212 at least, which would be in the first

4    place I'd look, there seemed to be, you know, many code

5    citations.

6        Q.  There are many code citations and I've looked

7    at all of them and I can't find it.  So I'd like you to

8    point me to where it is.

9            MS. HAYDEN:  Objection.  Form.

10       A.  So -- so I'm just merely pointing out that

11   that -- it may take an inordinate amount of time for me

12   to pick up the code and go through it, if that's --

13       Q.  (BY MR. DAVIDOFF)  We've got a day and a half.

14   Let's go.

15       A.  Okay.  I just do not want to take up your

16   time.

17       Q.  That's no problem.  Don't worry about my time.

18       A.  Okay.  All right.  So -- sorry, are we back

19   on?

20           THE VIDEOGRAPHER:  Yes, we're still on

21   the record.

22       A.  Okay.  Just getting back up there.

23           All right.  So I believe that if you look

24   through, for instance, the code at 212, all of this is

25   part of the -- sort of the Stage I processing where it

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 189

1    ████████████████████████████  I'm not sure if I

2    refer to specific code cites that point to the -- the

3    ██████████████████  and I talk about the

4    functionalities occurring in Stage I for the process of

5    █████████████████  that these files would be

6    eventually called to -- to the ████████  in the course

7    of determining that sort of operation.  My recollection

8    is that Bhattacharjee discusses this in -- in his

9    report and makes some statements regarding the -- the

10   ████████  implementation that I don't believe are

11   entirely accurate, but in particular, I think he points

12   to the code that ████████████████████

13   ██████████████████████████

14   ████████████████████████████

15   ██████████████████████

16        Q.  (BY MR. DAVIDOFF)  I'm sorry, so where in your

17   code do you identify the algorithm -- in your report,

18   identify the algorithm that does the query of the

19   inverted index?

20        A.  So I -- I believe I refer to the functions

21   that call that function --

22        Q.  Yeah.

23        A.  -- throughout the Stage I and so --

24        Q.  Can you give me a source code file?

25        A.  Yeah, give me a sec.  So it -- it relates to,

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 190

1    for instance, the ███████████ where I said this

2    describes the processing for Stage I, and the first

3    stage is executed by running the function █████████

4    ████████, and so on.  And I believe that in this

5    chain where it's finding ███████████████████

6    ██████████████████████████████████████████████

7    ███████████████████████ that I believe you're

8    referring to.

9        Q.  Okay.  So let's look. ██████████████████

10   let's go to that.

11       A.  Okay.

12       Q.  Okay.  I'm there.  Tell me what line you're

13   looking at.  I only see citations to comments in your

14   report, that's why I'm asking.

15       A.  Yeah, sorry, I'm like trying to find the page

16   numbers.  So I believe the comment is referring to the

17   ████████████████████████████████████████████

18   ██████████████████████████████████████████████

19   █████████████  This is the comment I think I referred to

20   at line 56 to 58.

21       Q.  Okay.  But what's the actual function?

22       A.  It looks like the first part is then on the

23   next page where it refers to ████████████████████

24       Q.  Okay.  And █████████████████████ is defined --

25   do you know where?  Let me help you here.  I think it's

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 191

1  defined in the source code page Bates number ending in

2  151, that's the ▮▮▮▮▮▮▮▮▮ file.  Line 230.  And

3  that's the code you cite in footnote 177.

4        So is that the function that you're saying

5  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6  ▮▮▮▮▮▮▮▮▮▮▮?

7        A.  I -- I admit, I would have to trace through

8  again, which is a bit harder to do with paper code, to

9  make sure.

10       Q.  Well, let's -- let's look at your report.  You

11  say that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12  ▮▮▮▮▮▮▮▮▮▮.  This is on page 113, fourth line.

13       A.  Okay.

14       Q.  Okay.  So and -- and indeed, on line 255 of

15  the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16  ▮▮▮▮, right?

17       A.  I have it here.  Get back to that page.

18  Sorry, which line?  25 --

19       Q.  5.

20       A.  Yes, that -- okay, it looks like that's where

21  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

22       Q.  And according to your report, that then calls

23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25  ▮▮▮▮▮▮▮▮▮▮▮?

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 192

1      A.  I believe so.

2      Q.  Okay.  And then ███████████████████

3  ██████████ in the -- I'm sorry, is in the -- you cite to

4  the code, source code class ending in 101, file name

5  ████████████████████, correct?

6      A.  Sorry, I'm -- I've lost where you are in the

7  report.

8      Q.  Footnote -- well, the text that accompanies

9  footnote 179 on page 113.

10     A.  Okay.

11     Q.  So in your report you're saying that

12 ████████████████████████████████████████████████████████

13 ████████████████████████████████████████████████████████

14 ████████; is that right?

15     A.  Again, I -- I would have to trace through to

16 see the connection.  My basis for that is that this is

17 talking about the Stage I.  I do recall that there was

18 some differentiation between what people were calling

19 Stage I and so on.  But this reads to me that as the

20 first step they're getting, you know, the -- the

21 fingerprint information from the video that's been

22 uploaded and is a first step running to find

23 candidates, and I think that would correspond to the

24 step that at some point calls to the inverted index.

25     Q.  Okay.  So ████████████████████████████

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 193

```
 1    ██████████████████████ correct?

 2        A.  That appears to -- or ████████████████

 3    ███████████████ .

 4        Q.  ███████████████████ ?

 5        A.  Yes.

 6        Q.  ████████████████████████████████ ?

 7        A.  Yes.

 8        Q.  ███████████████████████████████████ ,

 9    correct?

10        A.  Yes.

11        Q.  All right.  And M█████████████████ you

12    cite to line -- well, you said to a lot, but a big

13    chunk of code starting at line 276 of ████████████ ,

14    correct?

15        A.  ████████████  -- that is part of what I --

16    yeah, what I said.

17        Q.  So that's the entirety of what you cite to

18    that, right?

19        A.  276 to 446?

20        Q.  Correct.

21                (Technical interruption.  Court Reporter

22                  clarification.)

23        Q.  (BY MR. DAVIDOFF)  So line 276 of the source

24    code file ending in 101, which is ████████████████

25    ████████████████████████████████████████████ ,
```

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 194

1    correct?

2        A.   That seems to be pointing to -- like that

3    corresponds to the beginning of

4    ████████████████████████.

5        Q.   And that's what you cited in your report?

6        A.   Yes.

7        Q.   Okay.  And that function -- this definition

8    goes all the way through to line 446, correct?

9        A.   I believe so.

10       Q.   Then you say:  ██████████████

11   ████████████████████████████████████████████,

12   ██████████████████████████  ████████████

13   ██████████████████████████████

14   ██████████████," okay?  And the function ████████████

15   is called on line 365, correct?

16       A.   I believe so.

17       Q.   Okay.  You then say that █████████████

18   ██████████████████████████████████████

19   ████████████████████████████████████████████

20   ██████████████████████████████

21        Do you see that?

22       A.   Yes.

23       Q.   Okay.  So the ██████████████ function, and you

24   can look at the code, too, in 365, that function is run

25   after ████████████████████████████████████,

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 195

1    correct?

2        A.  I believe that would have to be the case, the

3    inverted indexes by the first step in these process.

4        Q.  Okay.  So where are you indicating, either in

5    your report or let's look at this code, somewhere

6    before ████████████████████████████████████████

7    ████████?

8        A.  And I would have to go back and check.  I --

9    particularly, again, the -- it should be part of the

10   first part of Stage I, like I would have to go through

11   the code to recall where I started this part of the

12   analysis.  As I said, I recalled that this seemed to be

13   a point of contention in the Bhattacharjee report where

14   I believe he described some code that he believes

15   refers to this and I have looked at and we've used --

16   misinterpreted this code, and he points to some of the

17   corresponding ███████ code.

18       Q.  Okay.  But I'm trying to find where in your

19   report is that code?  I could withdraw Professor

20   Bhattacharjee's report today.  So where in your report

21   is the code cited?

22       A.  I would have to look through.  I'm not sure

23   that this specific code is or isn't cited.  Again, he

24   was responding to -- to my report and he believed that

25   this was an important point.  I didn't realize it, you

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 196

 1    know, since he came after it was a -- a point of

 2    contention --

 3        Q.  So --

 4        A.  -- a point of contention.  I'd be happy to

 5    point out what I think are the flaws in his reasoning

 6    about the code and in particular his --

 7        Q.  Well, let's come to that in a minute.  Let me

 8    just understand.  So what you're saying about your

 9    report is, as you sit here today, you can't identify

10    for me in your report a citation to the source code

11    that calls -- that -- that performs the query of the

12    inverted index in the LSH system; is that right?

13        A.  Again, it may be that this code or code also

14    in the report calls it.  I would have to -- you know,

15    it would take clearly some time for me to find the

16    specific path.

17        Q.  Well, can you identify it for me or can you

18    not?

19        A.  Not sitting here right now without extensive

20    time to go through what's in the report.

21        Q.  And you agree with me you can't find a

22    citation to it in your report?

23              MS. HAYDEN:  Objection.  Misstates

24    testimony.

25        A.  I -- I would -- I'd have to look through the

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 197

1    report in order to determine one way or another.  Like

2    I can't as I sit here right at this moment, but I don't

3    know if I could if I went through the report.

4         Q.  (BY MR. DAVIDOFF)  Okay.

5              MR. DAVIDOFF:  All right.  Let's take a

6    break and we'll come back and talk about Professor

7    Bhattacharjee's report.

8              THE VIDEOGRAPHER:  We're going off the

9    record at 3:59.

10             (Recess taken.)

11             THE VIDEOGRAPHER:  We are back on the

12   record.  The time is 4:11.  Please proceed.

13        Q.  (BY MR. DAVIDOFF)  Professor Mitzenmacher, do

14   you have Dr. Bhattacharjee's report handy?  I believe

15   we've marked it as -- I don't know what we've marked it

16   as, but I'll find it.  But do you have it?

17        A.  I think, yes, I have a copy.

18        Q.  And we've marked it as Exhibit 4 to the

19   deposition.  And why don't you turn, if you would, to

20   paragraph 294 of his report, which is on page 144.  Are

21   you there?

22        A.  Yes.

23        Q.  Okay.  And in paragraph 294, it appears that

24   Dr. Bhattacharjee is providing a walkthrough of the --

25   his view of the -- the relevant code that looks up the

HIGHLY CONFIDENTIAL - SOURCE CODE

Page 211

1    Bates Number 1137.

2        A.  Right.  So my copy doesn't have the file name

3    on top, but I'm understanding based on, you know, our

4    discussion so far that that's the appropriate file.

5        Q.  Okay.  And then so the function

6    P███████████████  is defined at line 510 of this

7    code.  And this function -- oh, sorry, tell me when

8    you're there.

9        A.  And is this in this file or is it a different?

10       Q.  This file, yes, line 510.  It's source code

11   page 1144.  Top of the page.

12       A.  My line 510 reads results --

13       Q.  Oh, you're right.  It's 484, I'm sorry.

14   You're right.  510 is the end of that function, I

15   apologize.

16       A.  Okay.

17       Q.  The function P██████████████  starts at

18   line 484, correct?

19       A.  All right.

20       Q.  And this function, do you see that it takes as

21   ████████████████████████████████████████████████████

22   ███████████████?

23       A.  Yes.

24       Q.  And you understand that to be ███████████████

25   ██████████████████████████████████?

HIGHLY CONFIDENTIAL - SOURCE CODE

Page 212

1     A.  Yes.  Or specifically it's a ███████████

2  ████████████████████████████████████████

3  ████████████████████████

4     Q.  Okay.  The -- well, all right.  So let's talk

5  first, let's break down a few things here.

6        So first of all, in terms of a row, in the

7  context of the LSH system, we're talking about the

8  lookup of specific LSH bands, correct?

9     A.  I believe that's correct.

10    Q.  And as you understand it, the system is

11  indexed on the LSH bands, correct?

12    A.  Yes, in the sense that we were just talking

13  that the LHS bands refer to -- to rows and then you use

14  those rows to find information within that row in

15  particular in corresponding columns.

16    Q.  So conceptually, you could think of the LSH

17  bands of the row of a big table, lower case, and --

18  correct?

19    A.  Sorry, can you --

20        MS. HAYDEN:  Objection.  Form.

21    Q.  (BY MR. DAVIDOFF)  Conceptually, you can think

22  of the LSH bands as the rows of a very large table?

23    A.  You could think of it that way.

24    Q.  And the columns in the table are a column for

25  every reference video, correct?

HIGHLY CONFIDENTIAL - SOURCE CODE

Page 213

1      A.  I think to be clear, the purpose or the setup

2  of the Bigtable is that you -- it's easier for people

3  to think in terms of this rectangular table with rows

4  and columns, but the entire point of a Bigtable is not

5  to keep or store it in that way because it's

6  inefficient for a very Bigtable.

7      Q.  That's why I said conceptually.

8      A.  Okay.

9      Q.  So conceptually, a -- a useful mental model to

10  think about the storage of LSH bands is that the bands

11  are the rows and the reference videos are the columns.

12  Is that fair?

13      A.  That is a conceptual way of thinking about it,

14  although, again, not -- to be clear, not how it's in

15  some sense truly implemented as a full rectangular row

16  column set.

17      Q.  Okay.  And when you say that, you're not

18  basing that on having reviewed any Bigtable code, are

19  you?

20              MS. HAYDEN:  Objection.  Form.

21      A.  I -- I would say again that I'm basing that

22  on, you know, general knowledge of Bigtable.  Bigtable

23  is a fairly known data structure data, data type and

24  I've, you know, seen all the -- the basic terminology

25  or references regarding Bigtable -- or I've seen --

HIGHLY CONFIDENTIAL - SOURCE CODE

Page 214

1    I've seen a number of references and discussion

2    regarding Bigtable and have some general knowledge of

3    how it functions.

4         Q.  (BY MR. DAVIDOFF)  Okay.  But you haven't

5    looked at the code for Bigtable?

6              MS. HAYDEN:  Objection.  Form.

7         A.  I looked at the code that was available, so

8    certainly some of this codes relates to -- to Bigtable

9    or at least the usage of Bigtable.  You know, I can't

10   recall the specific internals of Bigtable code.

11        Q.  (BY MR. DAVIDOFF)  Okay.  So now, you said a

12   moment ago that this function is -- let me get your

13   exact quote.  You said this function is -- ███████████

14   ██████████████████████████████████████████████████

15   ████████████████████████

16        A.  Right.  The non --

17              MS. HAYDEN:  Objection.  Vague.

18        A.  Or -- █████████████████████████████████████

19   ████████████████████████████████████████████

20   ███████████████████████████

21        Q.  (BY MR. DAVIDOFF)  Okay.  So --

22              THE VIDEOGRAPHER:  The video froze for a

23   moment.  Could you repeat that?

24              THE COURT REPORTER:  Yeah, it froze.

25              THE WITNESS:  Okay, sorry.

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 231

1    discussed thresholds is at least in part because of the

2    reference to thresholds in that construction?

3        A.  At least in part, yes.

4        Q.  Okay.  So let's just go through the five

5    thresholds you identify here, and -- and here you're

6    talking about the LSH system, again, in this

7    paragraph 98?

8        A.  Uh-huh.  Yes.

9        Q.  Okay.  So the first one is the LSH lookup

10   portion of Stage I looks for exact LSH band matches; is

11   that right?

12       A.  Yes.

13       Q.  Okay.  And the -- the -- this part of the

14   match process begins with the LSH bands from a

15   reference probe, correct?

16       A.  Yes, I believe that's the right terminology.

17       Q.  And then it has the full set of -- of

18   potentially reference works as the data set being

19   looked up; is that right?

20       A.  It would look up against whatever the current

21   data set of reference works available is.

22       Q.  But it's the -- it's the full set; in other

23   words, there's been no reduction of the set by the

24   search algorithm at this point?

25       A.  I believe so.  I mean, subject to like timings

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 232

1    of when they receive works and when they get put into

2    the system and so on, but like it's being mapped to,

3    their -- their database of reference works.  When

4    things exactly get put in or taken out for various

5    reasons, yeah.  I just want to be clear there is some

6    data set of reference works that they're -- they're

7    going to get -- they're comparing against.

8        Q.  This is the very start of the search

9    algorithm, though, for looking up a -- a probe work --

10   or -- looking up a work?

11       A.  Yes.

12       Q.  So there's been no reduction of the set to be

13   searched, however constituted?

14       A.  Not at that point specifically.

15       Q.  Okay.  And this stage of the matching process

16   that you're discussing in subparagraph A, it is using

17   the LSH bands as the query, correct?

18       A.  Yes.

19       Q.  It's not using the full fingerprints, correct?

20       A.  I guess I'm -- I'm not clear what you mean by

21   the full fingerprints.  I mean, the -- the LSHs are

22   ████████████████████████████████████████

23   ██████████████████████████████████████████████████

24   █████████████████████████████████████

25   ████████████████████████████

Page 233

1      Q.  Sure.  But the query term that is being used

2   to do the lookup in the Bigtable that we were just

3   discussing is a specific LSH band?

4      A.  Well, I believe we have seen it goes through

5   collections of LHS bands, right, not just single LHS

6   bands, so -- so in that sense it's going through the

7   fingerprint or --

8      Q.  But it's looking it up at the granularity of a

9   specific LSH band?

10     A.  I'm sorry, you just froze and I can't tell if

11  it's me.

12     Q.  Okay.  It's looking it up at the granularity

13  of a specific LSH band?

14     A.  I -- I mean, it's doing multiple lookups,

15  though, so it's looking up over multiple LHS band --

16  LHS -- LSH bands.

17     Q.  But all it -- it cares about is whether there

18  is a match for a specific LSH band, at this point?

19              MS. HAYDEN:  Objection.  Form.

20     A.  I guess I'm not clear when you're saying like

21  all it cares about.  Like what it is measuring, where

22  the threshold it is doing is -- is like it is

23  determining if there is at least one LHS band where

24  there -- there's a match at that level and if there's

25  not, it says, "I will not need to look any further and

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 234

1    I can reduce the set accordingly, I'm only going to

2    look at things with at least one L -- LSH band match."

3         Q.  (BY MR. DAVIDOFF)  Let me try it a different

4    way.

5              A given fingerprint may have dozens or even

6    hundreds of LSH bands, correct?

7         A.  Yes.

8         Q.  And this stage of the matching process will

9    return every reference video -- video that has an LSH

10   band that is an exact match to a given probe LSH band,

11   correct?

12        A.  It will return everything that -- that matches

13   at least one of the corresponding LSH bands that --

14   that it looks up.

15        Q.  It has to be an exact match, though, of the

16   LSH band?

17        A.  It has to be an exact match of the LHS -- LSH

18   band.  I forget by the way if there's other post

19   processing after that would cause it to remove for any

20   reason, but at least in that stage that's what it's

21   looking for in terms of matching.

22        Q.  And I'm focusing just on -- on this initial

23   matching stage before any of the filtering and so forth

24   that come later.

25        A.  Okay.

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 235

1      Q.   And similarly, if there is a reference video

2    that does not have any LSH bands that match any of the

3    LSH bands of the probe, that video will not be returned

4    by this stage?

5      A.   I believe that's correct.

6      Q.   Because it's doing an exact match of LSH

7    bands?

8      A.   Yes.

9      Q.   Okay.  And at the end of just this stage,

10   the -- the lookup portion as you call it, what we have

11   is ████████████████████████████████████████████

12   ████████████████████████████████████████

13   ████████████?

14     A.   When we say what it has, again, this is the --

15   what I call I guess the LSH lookup portion of Stage I,

16   right, it is as we said, it's refined the set.  So in

17   some sense this is already a collection of neighbors or

18   near neighbors.  I can imagine that at least in some

19   cases that set is small and may already, you know, or

20   may even be complete and may only even be at least in

21   theory be a singular reference.  In cases there may be

22   more than one reference and, you know, there's further

23   additions to -- to continue and -- and other thresholds

24   or -- or measures.

25     Q.   This --

CONFIDENTIAL OUTSIDE COUNSEL; PROSECUTION/ACQUISITION BAR MATERIALS

Page 236

1      A.  This already fits the -- the claim
2   construction.
3      Q.  This stage is -- whether or not it fits the
4   claim construction, I'm just trying to understand
5   what's happened at this stage.  This is a stage where
6   we've taken the LSH bands and returned every single
7   reference work that has a single match to any single
8   LSH band, correct?
9      A.  I'd say like at least one, right, instead --
10  yeah, a single does not apply to exactly one, it's at
11  least one, right, but yes.
12     Q.  Sorry.  This is the stage where we've taken
13  the LSH bands and returned every single reference work
14  that has at least a single match to any single LSH
15  band, right?
16     A.  I think that's correct.
17     Q.  Okay.  And there's been testimony that you
18  cite that that -- the results from just that initial
19  part could be hundreds of thousands of works?
20     A.  In some cases it may be.
21     Q.  Okay.
22     A.  That's my understanding from the deposition
23  testimony.
24     Q.  And your understanding further is that the --
25  the -- the LSH Match System doesn't stop there,

HIGHLY CONFIDENTIAL

Page 268

1    question of the inverted index and let me -- I think,

2    correct me, though, if I get it wrong, that what you

3    were saying yesterday is that a property of -- well,

4    you understand that the inverted index in this case and

5    indeed most or all inverted indexes that you're

6    familiar with return matches as a sublinear function of

7    the number of reference works?

8        A.   That would be the goal or intention.

9        Q.   And let me understand why that's the case in

10   this particular instance.  So conceptually, the -- I

11   think we discussed yesterday the LSH index or table can

12   be thought of as having LSH bands on -- as the rows and

13   reference works as the columns.  Is that fair?

14       A.   Yes.

15       Q.   I understand the actual storage of data may be

16   different and may not be stored in that fashion, but

17   that's a accurate mental model for how the data is

18   organized?

19       A.   I mean, with the understanding that since most

20   of the cells are -- are empty, you -- that's the entire

21   point, is that you don't want to actually store it as a

22   full two-dimensional array of rows and cells because

23   that's extremely wasteful and indeed for tables of

24   sufficient size so it would be, you know, potentially

25   impossible on the hardware or software system you're

HIGHLY CONFIDENTIAL

Page 269

1    running on.

2         Q.   Sure.  But sticking with the model of the LSH

3    bands being the rows and the reference works being the

4    columns, every reference work has one column; is that

5    right?

6         A.   I believe that's the case, yes.

7         Q.   And every LSH band has one row?

8         A.   Yes.

9         Q.   Okay.  And the LSH bands are I believe ███████

10   pieces of data?

11        A.   That sounds right, yes.

12        Q.   And they represent a -- ████████████████████

13   █████████████████████████████████████████████

14   ██████████████?

15             MS. HAYDEN:  Objection.  Vague.

16        A.   I'm not sure I'd -- I'd characterize it that

17   way, except to say I would rather say they're just a --

18   as I understand it, the index piece of ███████████

19   ████████████.

20        Q.   (BY MR. DAVIDOFF)  But each ██████████████████

21   ██████████  numerous LSH bands?

22        A.   I believe that's the case.

23        Q.   Okay.  Now, if you query the LSH lookup table

24   for a particular LSH band, you will get back some

25   number of reference works that contain that LSH band,

HIGHLY CONFIDENTIAL

Page 270

1    correct?

2        A.  Yes.  I -- I suppose if that's how the query

3    system works, you get -- if you ask for the

4    corresponding columns, you'll -- you'll get the

5    corresponding columns.

6        Q.  Sure.  And the number of reference works that

7    you get back, I think we called that capital M

8    yesterday?

9        A.  Uh-huh.  We -- well, I think you were calling

10   it that.  I actually -- I don't recall what we -- what

11   it was called, but if you want capital M.

12       Q.  Okay.  We can look at.  I think it was

13   Exhibit 15.  Does that refresh your recollection we

14   were referring to the results returned as capital M?

15       A.  Sure.

16       Q.  And the total number of reference works as

17   capital R?

18       A.  Yes.

19       Q.  Okay.  And so for a given query of R for a

20   particular LSH band, we get back some set of results,

21   which is presumably less than the full set of results,

22   at least in some cases?

23       A.  Yes.

24       Q.  And what you're saying is as the number of

25   reference works grows, that that's R growing, correct?

HIGHLY CONFIDENTIAL

Page 271

1          A.  Yes.

2          Q.  And as R grows, the number of columns will

3    increase?

4          A.  Yes.

5          Q.  Are you saying that for a given query as R

6    grows, the number of matches returned will grow

7    sublinearly?

8          A.  If I understand your question, I believe that

9    should be the case, sir.  Should be the intention of

10   the system.

11         Q.  Why -- why is that?  As I add a -- let's

12   imagine when I add a video, so a video is added to the

13   system, a reference work, and that's ████████████████

14   ██████████████████████████, right?

15         A.  Sure.

16         Q.  And those LSH bands are now added -- so one

17   column is added to the table, correct?

18         A.  I'm not sure how specifically they implement

19   it, if they -- but it --

20         Q.  Conceptually.

21         A.  -- you could have column --

22         Q.  Conceptually a column is added to the table

23   when a new video is added?

24         A.  Sure.

25         Q.  And the rows for all the LSH bands of -- that

HIGHLY CONFIDENTIAL

1    are contained in that reference work are assigned

2    values?

3            MS. HAYDEN:  Objection.  Vague.

4        A.  I guess I'm not quite clear on what you mean

5    by "assigned values" in this context or -- sorry, can

6    you just clarify?

7        Q.  (BY MR. DAVIDOFF)  Sure.  Well, I mean, you

8    tell me, what -- what happens when a -- when a

9    reference work is added to this conceptual table,

10   conceptually a new column is added for that reference

11   work, right?

12       A.  Yes.

13       Q.  And what is filled in sort of in the rows of

14   that column?

15       A.  It should be if there are LSH bands that have

16   a corresponding match, the relevant information that

17   they store would be placed in that, you know,

18   row/column cell.

19       Q.  Right.  So every LSH band row that has a match

20   in that new reference work gets a value filled in in

21   its cell for that column?

22            MS. HAYDEN:  Objection.  Vague.

23       A.  Yeah, I -- if I -- I'm not sure -- clear

24   exactly what the value you're talking about corresponds

25   to, but I -- I would agree that, you know, the

HIGHLY CONFIDENTIAL

Page 273

1    intention is that something gets placed in that row

2    cell pair -- or sorry, row/column pair which

3    corresponds to a cell.

4        Q.  (BY MR. DAVIDOFF)  And is there anything that

5    you can tell me that determines how the values in the

6    LSH band rows for a new video that is added are

7    distributed?

8            MS. HAYDEN:  Objection.  Vague.

9        A.  I'm not clear what you mean.

10       Q.  (BY MR. DAVIDOFF)  So the number of potential

11   LSH bands is a finite number, correct?

12       A.  Yes.

13       Q.  And so the number of potential rows in this

14   table is a finite number?

15       A.  I'm sorry, I should say I'm not quite clear on

16   that or -- or -- I would have to go back and look at

17   their implementation, like it would be a fixed finite

18   number for, you know, if you kept them as ██████████

19   ██████, I'm not sure if that's a fixed part of their

20   implementation or not.

21       Q.  Let's assume that it is.

22       A.  Okay.

23       Q.  And we'll just take that as an assumption.

24   Assuming that a -- all LSH bands ████████████████████,

25   okay?

HIGHLY CONFIDENTIAL

Page 274

1          A.   Okay.

2          Q.   In that situation, there's a finite number of

3    LSH bands, correct?

4          A.   Yes.

5          Q.   ███████████████?

6          A.   Sounds right.

7          Q.   And so consequently in this table we're

8    discussing, there would be a finite number of possible

9    rows?

10         A.   Yes.

11         Q.   And when a new column is added, some number of

12   those rows get populated with values under that new

13   column?

14              MS. HAYDEN:  Objection.  Vague.

15         A.   That's at least possible.  I mean, I suppose

16   it's possible that there aren't any matches depending

17   on how they set it up, but I -- I would expect there to

18   be some matches.

19         Q.   (BY MR. DAVIDOFF)  When a new reference work

20   is added, that will have some LSH bands in it, right?

21         A.   Yes.

22         Q.   And so some values in the finite number of

23   columns will get populated?

24         A.   That's -- should be I think how it works in

25   the default.  I don't, again, know if there are cases

HIGHLY CONFIDENTIAL

Page 275

1    where they -- if there's some cases where for some

2    reason they wouldn't put that in.

3         Q.   And to make it a little simpler, assume for a

4    minute that each reference work that is added is the

5    same duration.  Does that assumption make sense?

6         A.   I guess so.

7         Q.   And in that situation, each reference work

8    would have a -- potentially the -- would have the same

9    number of LSH bands, assuming we don't remove

10   duplicates?

11             MS. HAYDEN:  Objection.  Foundation.

12        A.   Sorry, can you say that again?

13        Q.   (BY MR. DAVIDOFF)  Sure.  If all works are of

14   the same duration, every work would have the same

15   number of LSH bands if we don't remove duplicates?

16             MS. HAYDEN:  Same objection.

17        A.   I -- I again, would -- would -- like that --

18   that seems a rather specific question.  I can take it

19   as sort of a given under your hypothesis right now, but

20   I'd -- I'd certainly want to go check that.

21        Q.   (BY MR. DAVIDOFF)  Okay.  Let's assume it for

22   now, that each reference work has the same number of

23   undeduplicated LSH bands.  Are you with me?

24        A.   Yes.

25        Q.   Now, as you add a reference work or as you add

HIGHLY CONFIDENTIAL

1  multiple reference works to this table, how do those

2  LSH bands get distributed in the rows, do you know?

3              MS. HAYDEN:  Objection.  Vague.

4      A.  I believe it depends on their hashing, but

5  approximately randomly.

6      Q.  (BY MR. DAVIDOFF)  So if the table is growing

7  and the hashes are being randomly distributed as new

8  videos are added, why does the number of matches that

9  are returned by a query scale sublinearly with respect

10  to the reference works?

11      A.  So -- I mean, I think I'd have to go over that

12  to provide a -- a -- like -- to the extent I understand

13  your question, again, the goal of an inverted index is

14  always -- as I've stated, to try and provide a smaller

15  or small representation that would be sublinear.  So,

16  for instance, if you were saying I'm going to set it up

17  to return a constant number, then even as it grows,

18  you'd, you know, continue to set up the table to return

19  that constant number or sublinear number in the case

20  that it was sublinear.  So I think it would depend on

21  how you parameterized the various aspects of this

22  system.

23      Q.  I'm just -- I'm just really asking about the

24  mathematical proposition here, right.  So our

25  hypothetical now is a system where as R the number of

HIGHLY CONFIDENTIAL

Page 277

1    reference works grows, each R creates a new column in

2    the table, right?

3         A.  Okay.  Or each new addition of video, right.

4         Q.  Creates a new column in the table, right?

5         A.  Yes.

6         Q.  And the LSH bands associated with that, each

7    new video we're assuming are equal in number without

8    being duplicate -- deduplicated, right?

9         A.  I think I understand what your assumption is.

10        Q.  Okay.  And then the -- those bands get

11   randomly distributed among the rows?

12        A.  I think that's right, yes.

13        Q.  Okay.  Now, when you query that table and get

14   back a set of results, which we called M, that's a

15   function of the number of columns, right?

16        A.  I suppose, yes, it should be.

17        Q.  Okay.  Can you -- is there a mathematical

18   proof that that -- under the assumptions we just gave,

19   that means that that function -- that tells me what the

20   rate of growth of that function is?

21             MS. HAYDEN:  Objection.  Vague.

22        A.  There -- I mean, there may be.  I'd have to --

23   I would have to stop and think about it to produce such

24   a mathematical proof.

25        Q.  (BY MR. DAVIDOFF)  Okay.  You're saying,

HIGHLY CONFIDENTIAL

1    though, that in this -- in that scenario, as the -- the

2    function that determines the number of matches, M, is

3    not linear?

4         A.  I believe under the settings that the system

5    is using, it would be sublinear, like how well it

6    matches the set of assumptions and -- and so on.  But,

7    again, I would have to go back to determine that.

8         Q.  No, I'm just talking about in the -- in the

9    hypothetical we're discussing.

10        A.  So in -- in the hypothetical we're discussing,

11   I -- I think I said I -- you know, I don't -- I haven't

12   tried to write down a mathematical proof, you know, so

13   I would want to check that one way or another.

14        Q.  But can you tell me in the hypothetical we

15   were discussing whether the function f of R in M equals

16   f of R is -- should be linear or sublinear?  Do you

17   have enough information to answer that question?

18        A.  I might, but I would want to check that and

19   not produce a -- you know, say an answer without doing

20   the -- the math or doing the checking.

21        Q.  What would you need to -- to do?

22        A.  I -- I mean, I'd need to I guess sit down with

23   some paperwork for a while and make sure I had all the

24   assumptions and try and write some equations or so on.

25        Q.  What types of equations would you need to know

HIGHLY CONFIDENTIAL

Page 279

1    or would you need to work out?

2                MS. HAYDEN:  Objection.  Vague.

3        Q.  (BY MR. DAVIDOFF)  How would one go about

4    solving a problem like this?  I'm not asking you to

5    give me the correct solution, though, but how would one

6    go about solving a problem like the one I've put to

7    you?

8                MS. HAYDEN:  Objection.  Vague.

9        A.  I think one would have to do some sort of

10   mapping or counting based on the different parameters

11   of the system and come up with a formula for -- you

12   know, determine what was the appropriate value or

13   expected values one was trying to calculate and see if

14   one would determine them.

15       Q.  (BY MR. DAVIDOFF)  I don't understand that.

16   What -- what parameters would you need to know that I

17   haven't already told you in the hypothetical?

18       A.  I'm not sure I'm saying that I -- you would

19   need to know more parameters, but I'd need to -- like,

20   first, that's one of the things I would check, but, you

21   know, assuming that we'd have all the parameters, then

22   I'd have to figure out what is the object we're

23   deriving and how to provide a formula for it.

24       Q.  If I told you that for any given query that

25   function f of R under the assumptions I gave you,

HIGHLY CONFIDENTIAL

Page 280

1    including the random distribution of LSH bands, is

2    necessarily linear, are you confidently able to tell me

3    I'm wrong?

4                    MS. HAYDEN:  Objection.  Incomplete

5    hypothetical.

6        A.   I -- I would, again, want to understand the

7    assumptions clearly for the hypothetical and go back

8    and forth and see if it matches, you know, my

9    understanding.  I mean, like -- again, just presenting

10   this hypothetical, I would like to do checking before I

11   gave an answer one way or another.

12       Q.   (BY MR. DAVIDOFF)  So as you sit here today,

13   can you tell me that I'm wrong that that function is

14   necessarily linear?

15                   MS. HAYDEN:  Objection.

16   Mischaracterizes testimony and form.

17       A.   Again, it -- I would want to check the

18   assumptions, you know, I -- being a deposition where

19   I'm supposed to give answers I'm completely sure, I

20   would not want to give an on-the-fly answer to -- to

21   such a question.

22       Q.   (BY MR. DAVIDOFF)  So without doing further

23   checking and analysis, you're not comfortable telling

24   me that that equation could not be linear?

25       A.   Not as --

HIGHLY CONFIDENTIAL

Page 281

1          MS. HAYDEN:  Mischaracterizes testimony.

2      A.  As I sit here, I would feel uncomfortable

3  giving an off-the-cuff answer in a deposition without

4  being sure I understood all the aspects of the

5  assumptions and the -- the system you're describing.

6      Q.  (BY MR. DAVIDOFF)  Okay.  Let's go back to

7  the -- where we ended the day yesterday and to kind of

8  catch us up to -- bring us back up to speed.  Do you

9  recall that we were talking about things under the

10  general topic of approximate near neighbor searching or

11  near neighbor searching as the parties have construed

12  those terms?

13      A.  Yes.

14      Q.  And we were discussing in particular the part

15  of that construction that relates to distance and

16  differences falling within a defined threshold?

17      A.  Yes.

18      Q.  And -- and that's on -- that construction is

19  on page 10 of your report if you need to refer back to

20  it.

21          So -- sorry, let me just go back to the lookup

22  table hypothetical we were discussing before.  Sorry

23  about that.

24          In a situation where the columns are

25  increasing and the distribution of values is no columns

HIGHLY CONFIDENTIAL

1    are added -- is no columns -- as new columns are added

2    is random, and the number of columns is fixed, how

3    would that function M equals f of R be sublinear?

4                MS. HAYDEN:  Objection.  Incomplete --

5        Q.  (BY MR. DAVIDOFF)  What would make it

6    sublinear?

7                MS. HAYDEN:  Incomplete hypothetical.

8        A.  I think, again, I would say like, you know,

9    I -- I'm not quite sure how to answer that clearly or

10   describe it, so like to me that -- that feels like a

11   vague question like how -- how does a function be

12   sublinear.  But again, I think I'd say like I would

13   have to calculate out the hypothetical you're

14   suggesting to -- to provide and appropriate equation.

15       Q.  (BY MR. DAVIDOFF)  But I mean, for a given

16   query, a given band that you're querying, as the number

17   of references increases, there's a effectively -- well,

18   not effectively, I mean the assumption there's a random

19   chance that some new -- that the -- that the row that

20   that query matches will get a new value added to it.

21   So as the number of rows increases, isn't it just going

22   to be that the -- the number of matches returned for

23   that query isn't that just going to increase

24   proportionally?

25               MS. HAYDEN:  Objection.  Incomplete

HIGHLY CONFIDENTIAL

1  hypothetical.  Foundation.

2      A.  I -- I am hesitant to try and answer questions

3  off the cuff for hypotheticals or -- or situations

4  you're describing without sitting down and actually

5  writing out the math.

6      Q.  (BY MR. DAVIDOFF)  But everything I just said

7  seems correct, right?

8          MS. HAYDEN:  Objection.  Form.

9      A.  I mean, again, I -- I haven't gone through and

10 tried to verify it.  I -- you know, again, the --

11 the -- a problem sometimes with these things is things

12 that may seem correct, some things aren't when you

13 write down the math.  I would just be hesitant to try

14 and confirm anything that I haven't actually spent the

15 time to -- to try and confirm.

16     Q.  (BY MR. DAVIDOFF)  But can you identify any

17 flaw in my logic as you sit here today?

18         MS. HAYDEN:  Objection.  Form.

19 Incomplete hypothetical.

20     A.  Again, I -- I think it would depend

21 significantly on what your assumptions are on how the

22 system functions, so, again, I -- I would want to check

23 back and start with your assumptions and determine if

24 it relates to how the system functions and, you know,

25 and also just determine how those assumptions affect

HIGHLY CONFIDENTIAL

Page 284

1    the -- the final statement or -- or outcome.

2        Q.  (BY MR. DAVIDOFF)  So is that a no, you can't

3    as you sit here today identify a flaw in my logic?

4        A.  I -- again, if I --

5                MS. HAYDEN:  Objection.

6    Mischaracterizes testimony.  Incomplete hypothetical.

7        A.  I'd say if I was -- if I was trying to find a

8    flaw in your logic, my first place would be, as is

9    typical for these sorts of things, it would be to look

10   at the assumptions and consider them more carefully.

11   But again, I'm hesitant to do that on an on-the-fly

12   situation.

13       Q.  (BY MR. DAVIDOFF)  Okay.  What assumption

14   would you want to question more carefully?  My

15   assumptions are columns grow, distribution of new rows

16   as problems grow is random, and you're issuing a query

17   for a given row.  What's unclear?  What assumption

18   would you want to question further there?

19                MS. HAYDEN:  Objection.  Vague and

20   incomplete hypothetical.

21       A.  I would want to check all of them.  I would

22   want to understand, again, what the distribution is,

23   what are our assumptions about --

24       Q.  (BY MR. DAVIDOFF)  Random, distributions

25   random.

HIGHLY CONFIDENTIAL

Page 285

1        A.  Again, so first I would check things about how

2    that matches to the system.

3        Q.  I'm asking hypothetically.

4        A.  Okay.  So then I think I understand your

5    assumptions, but I would still have to try and write

6    down and come up with the corresponding conclusions.

7        Q.  What would you need to write down?  Under my

8    assumptions as the number of columns increases doesn't

9    the number of results returned scale linearly?

10       A.  It may, but I can't really confirm that

11   without sitting down and writing down the -- the

12   system.

13       Q.  What would you need to write down?

14             MS. HAYDEN:  Objection.  Asked and

15   answered.

16       A.  I haven't thought about or considered this

17   hypothetical like, you know, if you -- I -- I -- you

18   know, I'm happy after this is over to go back and --

19   and think about it and come up with something, but --

20   but I -- you know, I'm not going to try and answer new

21   mathematical questions on the fly and give us all an

22   answer without sitting and trying to write everything

23   down and make sure I understand it.

24       Q.  (BY MR. DAVIDOFF)  I mean, you're a Ph.D.,

25   mathematics professor of algorithms and statistics at

HIGHLY CONFIDENTIAL

Page 286

1    Harvard.  You can't tell me whether if in the --

2    columns are growing and the number of rows get a random

3    distribution of values as each column grows that the --

4    for a given query that the results returned scales

5    linearly, you can't answer that?

6                    MS. HAYDEN:  Objection.  Form.

7    Mischaracterizes testimony.

8        A.  Again, I -- I'm sure I can answer it given

9    appropriate time and appropriate setting, but I don't

10   think answering questions like that off the cuff in a

11   deposition is appropriate in my experience.

12       Q.  (BY MR. DAVIDOFF)  How -- how long would it

13   take you?

14       A.  I -- I don't know.  I haven't really thought

15   about it.

16       Q.  You agree with me, it sure sounds like it

17   would be linear, right?

18                    MS. HAYDEN:  Objection.  Form.

19       A.  I -- I'm really not going to agree one way or

20   another to -- to things that are going on the record

21   like this without having thought about them carefully

22   regarding these sort of -- you know, here's a scenario.

23       Q.  (BY MR. DAVIDOFF)  You're certainly not

24   comfortable saying under oath that it's sublinear, are

25   you?

HIGHLY CONFIDENTIAL

Page 287

1           MS. HAYDEN:  Objection.  Form.

2        A.  For -- for the same reasons I think that --

3    that, you know, I'd want to be clear on the assumptions

4    and understanding, and I wouldn't want to say something

5    was sublinear when I haven't thought carefully about

6    the scenario and written things down appropriately.

7    So, you know, I mean, again, it's -- I -- I think it's

8    the same reasoning, I wouldn't want to say one way or

9    another for this hypothetical scenario because I'm

10   uncomfortable giving an off-the-cuff answer, you know,

11   when I haven't gone through all -- all -- all the

12   thinking and the work.

13       Q.  (BY MR. DAVIDOFF)  Okay.  Okay, let's go back

14   to thresholds, and I apologize for taking us on a

15   tangent like that.

16       A.  Okay.  It's your time.

17       Q.  So in our discussion of thresholds yesterday

18   we were talking about the LSH system.  Do you recall

19   that?

20       A.  Yes.

21       Q.  And we had discussed some of the stages of

22   that system's lookup of works in the reference

23   database.  Do you recall that?

24       A.  Yes.

25       Q.  We discussed the initial lookup of LSH bands

HIGHLY CONFIDENTIAL

Page 323

1                    AFTERNOON SESSION

2                     1:47 p.m. EDT

3                      --oOo--

4

5              THE VIDEOGRAPHER:  Okay.  We are back on

6    the record.  The time is 1:47.  Please proceed.

7

8              EXAMINATION RESUMED

9    BY MR. DAVIDOFF:

10        Q.  Professor Mitzenmacher, can you take a look at

11   paragraph 110, the next paragraph of your report?

12        A.  All right.

13        Q.  And this is the next -- is referring to the

14   next step in the Siberia system's process of looking up

15   a user-uploaded work, correct?

16        A.  Yes.

17        Q.  And this step, the system is now working with

18   only ███████████████████████████████████████

19   ████ , correct?

20        A.  Yes, I -- it examines the -- the -- each of

21   the ██████████ determine -- identified in the prior

22   step in more detail.

23        Q.  And in the example you give here, it's ██

24   ████████████████████████ , correct?

25        A.  Yes, that appears to be the case.

HIGHLY CONFIDENTIAL

Page 324

1      Q.  More generically, though, we could say it --

2   it further examines the top K █████████ that are

3   returned by the previous step per ██████?

4      A.  Yes.  I believe that's changeable or it

5   depends on which version of the system or -- or what

6   data it's running on.

7      Q.  And, again, what is being used on the query

8   side is the same embedding or embeddings that were used

9   in the prior step?

10      A.  Yes.

11      Q.  And those are now being compared to the

12   ████████████████████████████████████████████████

13   ██████████████████████████, correct?

14      A.  Sorry, can you just repeat that?  It's, again,

15   harder without the system.

16      Q.  The -- the -- the probe embeddings are, in

17   this step, compared to the █████████████████████

18   ████████████████████████████████████████████████

19   █████████████████████████████████████████████████?

20      A.  I believe that -- yes, that's correct.

21      Q.  And that comparison is done using a similar

22   ██████████████████████████ taken in the prior step?

23      A.  Yes.

24      Q.  And your view on what the distance or

25   difference is in this step is -- is the same as in the

HIGHLY CONFIDENTIAL

1  prior step; in other words, it's that ███████████

2  ████████████████?

3       A.  Yes.  Although, again, here it's, as you

4  pointed out, being applied to different objects, but

5  that same sort of scoring approach.

6       Q.  And the threshold here is the returning of

7  ████████████████████████████████, correct?

8       A.  Yes.

9       Q.  And in the example you give here, ████████,

10  correct?

11       A.  Yes.  Although to be clear again, like the

12  actual threshold may have to be a combination of

13  thresholds in this setting to meet the claim level

14  requirements.

15       Q.  Sure.  But first of all,█████ is just an

16  example that you're giving here, correct?

17             MS. HAYDEN:  Objection.  Foundation.

18       A.  I -- I believe in the sense that that is a

19  parameter that could change or would be different from

20  the -- the -- the audio system as opposed to the video

21  system, if that's what you mean.

22       Q.  (BY MR. DAVIDOFF)  Sure.  Yeah.  And if we

23  wanted to say it generically, we could say this step

24  returns some top N reference videos █████████?

25       A.  Sure.

HIGHLY CONFIDENTIAL

 1            MS. HAYDEN:  Object -- objection.

 2    Vague.

 3        A.  I think I can understand that going forward.

 4        Q.  (BY MR. DAVIDOFF)  And in the example you're

 5    using here, ███████, but as you said, that may be a

 6    parameter that could be configured differently in

 7    different versions of the system?

 8        A.  Yes, I believe so.

 9        Q.  And, again, as with the top K threshold from

10    the prior step, in this step, the top N results, ███ in

11    your example, are returned regardless of the particular

12    distance or difference calculated using █████████

13    approach?

14        A.  At this particular step, yes.  Although,

15    again, there are other steps that it works in

16    conjunction with or come later.

17        Q.  Understood.

18            And so at the end of this step what the system

19    is now operating on is a -- a set of reference works

20    that is the product of the -- just numerically, is the

21    product of the top K ██████████████ in the first

22    step and the top N ███████████████ in the second

23    step?

24            MS. HAYDEN:  Objection.  Vague.

25        A.  I'm -- I'm not clear.  Maybe I need it written

HIGHLY CONFIDENTIAL

Page 478

1          A.   Yes.

2          Q.   And that's enough for infringement?

3               MS. HAYDEN:   Objection.   Form.

4          A.   I believe so.

5          Q.   (BY MR. DAVIDOFF)   Okay.   Now let's talk about

6     the -- the -- the monetize situation.

7          A.   Right.

8          Q.   In the monetize situation, the tag is

9     information relating to an advertisement?

10         A.   Yes.

11         Q.   Okay.   And the -- in what sense is that

12    information associated with the electronic media work?

13         A.   Again, the -- the ad would depend or it was

14    derived from, you know, the electronic media work

15    identifier.   Like once you've decided to monetize,

16    there may only be certain types of ads you play against

17    that video or so on.   So, like, for instance, the

18    determination of what ads could be associated with the

19    identifier and similarly, I think as we point out

20    before, the monetize in some sense also includes the

21    tracking information, right, so one of the things that

22    Google does is keep track of how many times an ad on a

23    video -- an ad on a -- an ad on the work is, you know,

24    clicked on.   So there's a connection between the ad

25    information and the --

HIGHLY CONFIDENTIAL

Page 479

1          Q.  So you're saying -- sorry.

2          A.  So -- so part of that information would

3     include the information related to -- to tracking

4     whether users click on that ad or that video.

5          Q.  Okay.  In terms of the advertisement, you're

6     saying that the advertisement association with the

7     electronic media work is that what ad is chosen to be

8     shown to the user depends, at least in part, on what

9     electronic media work the user is asking to view?

10         A.  That is part of it, yes.

11         Q.  Is there any other way in which the tag is

12    associated with the first electronic media work in the

13    advertising situation?

14         A.  I think as I was just saying, there -- there's

15    tracking information, right, so the -- the information

16    that comes with the ad is that, you know, if the ad is

17    clicked on, again, there will be logging information

18    sent back to Google saying that this ad was clicked on

19    for this video.

20         Q.  Right.  But that's not associated with the

21    first electronic media work, right?  That's associated

22    with the ad?

23         A.  No, it's also associated with the work.

24              MS. HAYDEN:  Objection.  Form.

25         A.  You're keeping track of how often the ad is

HIGHLY CONFIDENTIAL

Page 480

1    clicked also for a particular work.

2        Q.  (BY MR. DAVIDOFF)  Okay.  The machine-readable

3    instructions in the advertising case are what?

4        A.  So this would be -- roughly, it's a -- it

5    corresponds to the information instructions used to

6    produce the ad.  I believe, yeah -- I believe in the --

7    the discussion in the -- the patent I focus on the URL

8    used to hyperlink or connect to the corresponding ad

9    destination if the user clicks on it, but I believe

10   there's other associated information as well or

11   instructions as well and I -- and I think that appears

12   in and I think as an example, I think in my Exhibit C.

13       Q.  Okay.  And so let me understand there, that

14   the -- the -- the system generates a -- a URL used to

15   hyperlink that's connected with an ad in connection

16   with the -- associated with the first electronic media

17   work.  Is that what you're saying?

18       A.  Yes.

19       Q.  Okay.  And then it provides the electronic

20   media work and that tag, namely that URL hyperlink, to

21   the user -- to the user -- to the user electronic

22   device, right?

23       A.  Yes.

24       Q.  Okay.  Now, on this one, is the -- is that

25   also the machine-readable instructions?

HIGHLY CONFIDENTIAL

Page 481

1          MS. HAYDEN:  Objection.  Vague.

2      A.  I think the -- the tag -- or the tag consists

3  of all this information and I think that, yes, the

4  corresponding instructions correspond to that URL or

5  hyperlink.

6      Q.  (BY MR. DAVIDOFF)  Okay.  And then the -- the

7  machine-readable instructions that are provided in the

8  last step are the instructions to perform the action in

9  response to the request.  So --

10      A.  In --

11      Q.  -- to click on the advertising link?

12      A.  Yes.

13      Q.  And that's what then generates the request

14  related to the associated tag in the -- in the step

15  that begins obtaining?

16      A.  Sorry, let me --

17      Q.  In other words, the --

18      A.  What claim element is it?

19      Q.  Yeah, the -- it's the third to last, it says:

20  Obtaining from the user electronic device a request

21  related to the associated tag.

22      A.  So in some cases it might correspond to that

23  URL or in some cases it would again correspond to this

24  logging or tracking information that the user has

25  clicked the ad for this video.

HIGHLY CONFIDENTIAL

Page 482

1      Q.   Okay.  But in the situation where the -- where

2  the machine-readable instruction is the URL for the ad,

3  the obtaining of the request related to the associated

4  tag is happening after that instruction is provided to

5  the user electronic device because they need that to be

6  able to click on it, right?

7                  MS. HAYDEN:  Objection.  Form.

8      A.   I believe so.

9      Q.   (BY MR. DAVIDOFF)  Okay.  And am I right that

10  in your -- I understand that the tag and the

11  machine-readable instructions could be in your view

12  either -- well, in the tracking situation, it is

13  logging-related information and in the advertising

14  situation it could be either the advertising or logging

15  information; is that right?

16      A.   I believe so.

17      Q.   Okay.  Are the tag and the machine-readable

18  instructions the same or different pieces of

19  information?

20      A.   I -- I don't think --

21                  MS. HAYDEN:  Objection.  Vague.

22      A.   I don't think they're generally identical,

23  like the tag includes, particularly for the

24  advertising, sort of multiple pieces of information

25  regarding, you know, the URL itself and various

HIGHLY CONFIDENTIAL

Page 483

1    information regarding the display of the ad.  And I

2    think that's discussed in my discussion of 1(c).  So

3    generally, the tag will encompass more information

4    than -- than just, for instance, the URL, but the tag

5    and instructions are -- are sort of part of the same or

6    are certainly related I suppose.

7         Q.  (BY MR. DAVIDOFF)  The machine-readable

8    instructions are part of the tag, but the tag includes

9    more than the machine-readable instructions; is that

10   correct?

11        A.  I think generally, yes.

12        Q.  Okay.  And so let's take the advertising

13   situation and if it's helpful to look at Exhibit --

14   refer to Exhibit C of your report, that's fine or just

15   based on the text in your report, whatever is easiest.

16   But just help me understand, what is the tag and then

17   what is the machine-readable instructions that are the

18   subset of the tag?  Actually, why don't we look at

19   Exhibit C, that -- I think that would be helpful.  And

20   I'm -- you know, just let me mark it as an exhibit, but

21   just so we have it.  I'm marking Exhibit 19 to the

22   Mitzenmacher dep -- deposition a document that I

23   believe is just Exhibit C to your expert report.  Can

24   you just take a look and confirm that.

25             (Deposition Exhibit 19 was presented