

Brian Ledahl
bledahl@raklaw.com

12424
Wilshire Boulevard
12th Floor
Los Angeles
California
90025

Tel 310.826.7474
Fax 310.826.6991
www.raklaw.com

November 19, 2020

**Via ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

> Re:   *Network-1 Technologies, Inc. v. Google LLC, et al.*, **Nos. 1:14-cv-2396-PGG-SN & 1:14-cv-9558-PGG-SN**

Dear Judge Gardephe:

Pursuant to Your Honor's Individual Rules of Practice for Civil Cases I.A and IV.D, plaintiff Network-1 Technologies, Inc. respectfully requests oral argument on its recently-filed motion for summary judgment—Dkt. Nos. 233-239 in Case No. 1:14-cv-2396-PGG-SN and Dkt. Nos. 168-174 in Case No. 1:14-cv-9558-PGG-SN.

Network-1 likewise requests oral argument on Defendants' recently-filed motion for summary judgment—Dkt. Nos. 223-232 & 240-241 in Case No. 1:14-cv-2396-PGG-SN and Dkt. Nos. 158-167 & 175-176 in Case No. 1:14-cv-9558-PGG-SN.

Respectfully submitted,

Russ, August & Kabat

*/s/ Brian D. Ledahl*

Brian D. Ledahl