LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

ANDREW TRASK
(202) 434-5023
atrask@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

November 19, 2020

**VIA ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

      Re: *Network-1 Technologies, Inc. v. Google LLC, et al.*, **Nos. 1:14-cv-2396 & 1:14-cv-9558 (S.D.N.Y.)**

Dear Judge Gardephe:

      I write on behalf of Defendants Google LLC and YouTube, LLC pursuant to Rule IV.D of the Court's Individual Rules of Practice in Civil Cases.  Defendants respectfully join Plaintiff's request for oral argument on Defendants' Motion for Summary Judgment and Plaintiff's Motion for Summary Judgment.  *See* Dkt. No. 242 in Case No. 1:14-cv-2396-PGG-SN; Dkt. No. 177 in Case No. 1:14-cv-9558-PGG-SN.

      Sincerely,

      */s/ Andrew V. Trask*

      Andrew V. Trask