UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NETWORK-1 TECHNOLOGIES, INC.,

                             **Plaintiff,**

            -against-

GOOGLE, LLC et al.,

                             **Defendants.**

-----------------------------------------------------------------X

**14-cv-02396 (PGG)(SN)**
**14-cv-09558 (PGG)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On April 12, 2021, the Honorable Judge Gardephe referred several motions in the above-captioned cases to my docket for resolution. Two of those motions were for discovery. See 14-cv-02396 at ECF Nos. 248, 249; 14-cv-09558 at ECF Nos. 183, 184. In an effort to maximize efficiencies, the Court has scheduled a telephonic discovery conference for April 22, 2021, at 10:00 a.m. at which to discuss the pending discovery motions. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:       April 12, 2021
                New York, New York