

12424
Wilshire Boulevard
12th Floor
Los Angeles
California
90025

Tel 310.826.7474
Fax 310.826.6991
www.raklaw.com

Brian Ledahl
bledahl@raklaw.com

June 28, 2022

**Via ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   ***Network-1 Technologies, Inc. v. Google LLC, et al.*, Nos. 1:14-cv-2396-PGG-SN & 1:14-cv-9558-PGG-SN**

Dear Judge Gardephe:

Plaintiff Network-1 Technologies, Inc. ("Network-1") writes to respectfully request a status conference in this matter.  Defendants have indicated that they do not oppose this request.  The parties have addressed certain discovery issues, consistent with the stipulation entered by the Court (Case No. 2396, Dkt. # 256).  The parties have also discussed anticipated supplemental expert reports.  Network-1 anticipates that a status would be helpful to finalize the scheduling for such matters and to address remaining pretrial scheduling in these matters.  The parties could conduct either a telephonic or in-person status conference with the Court.

**Memo Endorsed:**  The parties will submit a joint letter by **July 7, 2022** setting forth their respective positions as to whether the stipulated supplemental discovery authorized by Judge Netburn's May 7, 2021 order (Case No. 2396, Dkt. No. 256; Case No. 9558, Dkt. No. 191), including any supplemental expert reports, has any impact on the parties' pending cross-motions for summary judgment.

SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated:  June 30, 2022

Respectfully submitted,

Russ, August & Kabat

*/s/ Brian D. Ledahl*

Brian D. Ledahl