UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NETWORK-1 TECHNOLOGIES, INC.,

                                **Plaintiff,**

      -against-

GOOGLE, LLC et al.,

                                **Defendants.**

-----------------------------------------------------------------X

14-CV-02396 (PGG)(SN)
14-CV-09558 (PGG)(SN)

**DISCOVERY CONFERENCE ORDER**

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 10/3/2022*

**SARAH NETBURN, United States Magistrate Judge:**

    A discovery conference to discuss the issues raised by the parties' joint letter at 14-cv-02396 ECF No. 268 and 14cv-09558 ECF No. 204 is scheduled for Thursday, October 06, 2022, at 3:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      October 3, 2022
                  New York, New York