LAW OFFICES

## WILLIAMS & CONNOLLY LLP*

| | | |
|---|---|---|
| ANDREW V. TRASK<br>(202) 434-5023<br>atrask@wc.com | 680 MAINE AVENUE SW<br>WASHINGTON, DC 20024<br>(202) 434-5000<br>WWW.WC.COM | EDWARD BENNETT WILLIAMS (1920-1988)<br>PAUL R. CONNOLLY (1922-1978) |

November 18, 2022

**VIA ECF**

Hon. Sarah Netburn
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

> Re:   ***Network-1 Technologies, Inc. v. Google LLC, et al.*, Nos. 1:14-cv-2396-PGG-SN & 1:14-cv-9558-PGG-SN (S.D.N.Y.)**

Dear Judge Netburn:

I write on behalf of Defendants Google LLC and YouTube, LLC (collectively, "Google") pursuant to Local Civil Rule 83.9(f) and Section I.B of the Court's Individual Practices.

Google appreciates the Court's offer during the hearing on October 6, 2022 to convene a settlement conference in this matter, and Google believes that a judicial settlement conference could be helpful at this juncture. Accordingly, Google respectfully requests that the Court set such a conference pursuant to Local Civil Rule 83.9(f). We will endeavor to be available on whichever date is most convenient for all involved. Our view is that a full-day conference is more likely to be productive than a half-day, and we would look forward to attending in person unless a remote proceeding is preferable.

We conferred with Network-1's counsel regarding Google's intent to request a settlement conference. Network-1's counsel informed us that Network-1 does not agree with Google's request for a settlement conference before the Court and will provide a written response to this letter motion.

Sincerely,

*/s/ Andrew V. Trask*

Andrew V. Trask

*Counsel for Defendants Google LLC and YouTube, LLC*