**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
NETWORK-1 TECHNOLOGIES, INC.,

                Plaintiff,

  -against-                                      14 **CIVIL** 2396 (PGG)
                                                14 **CIVIL** 9558 (PGG)

                                                   **<u>JUDGMENT</u>**

GOOGLE, LLC and YOUTUBE, LLC,

                Defendants.
------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated April 26, 2024, the asserted claims of the '988 and '464 Patents are invalid as indefinite, and the remaining disputed terms are construed as set forth in the order. Defendants' motion for summary judgment is granted as to Plaintiff's claim for infringement of the '237 Patent. The Court's rulings with respect to indefiniteness and Defendants' motion for summary judgment dispose of all the asserted claims in this case. Plaintiff's cross-motion for summary judgement is denied. Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

      April 26, 2024

                                                **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                              **BY:**          *K. Mango*
                                                    **Deputy Clerk**