**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

NETWORK-1 TECHNOLOGIES, INC.,

Plaintiff,

-against-

GOOGLE, LLC et al.,

Defendants.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2026

14-CV-02396 (PGG)(SN)
14-CV-09558 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In light of the forthcoming trial scheduled for August 11, 2026, see ECF No. 316, the parties are directed to contact Courtroom Deputy Diljah Shaw with all parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference if they believe it would be productive.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 11, 2026
           New York, New York