UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NETWORK-1 TECHNOLOGIES, INC.,

Plaintiff,

- against -

GOOGLE, INC., and YOUTUBE, LLC,

Defendants.

**ORDER**

14 Civ. 2396 (PGG)
14 Civ. 9558 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at today's telephone conference, the parties will submit a joint letter by **July 3, 2026**, proposing alternative trial dates, understanding that the Court is not inclined to delay the trial until January 2027. In the joint letter, the parties will include a description of any motion practice that they anticipate will be necessary prior to trial.

The parties will also submit letters addressing how they believe the Court should proceed in light of the Federal Circuit's decision remanding this case for further proceedings, see Network-1 Techs., Inc. v. Google LLC, 2024-1893, 2024-1948, 2026 WL 1098461 (Fed. Cir. Apr. 23, 2026), including with respect to any open issues regarding (1) Plaintiff's objections to the Magistrate Judge's order striking portions of Plaintiff's supplemental expert report (Dkt. No. 285); and (2) Plaintiff's motion for summary judgment (Dkt. No. 233) regarding Defendants' invalidity defense regarding the claimed infringement of the '237 Patent.

Plaintiff's letter is due on **July 3, 2026**, and Defendants' response is due on **July 10, 2026.**

Dated: New York, New York
      June 26, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge

2