**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NETWORK-1 TECHNOLOGIES, INC.

Plaintiff,

v.

GOOGLE LLC AND YOUTUBE, LLC

Defendants.

Case No. 1:14-cv-02396-PGG-SN

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Matthew G. Miyamoto, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Google LLC and YouTube, LLC in the above-captioned action.

I am in good standing of the bars of the states of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: October 19, 2026

Respectfully Submitted,

*/s/ Mathew G. Miyamoto*

Matthew G. Miyamoto (*pro hac vice* pending)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9519
Facsimile: (213) 683-9519
Matthew.Miyamoto@mto.com

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

Paul G. Gardephe, U.S.D.J.

Dated: October 27, 2026