Russ August & Kabat

Paul A. Kroeger
pkroeger@raklaw.com

November 6, 2026

**Via ECF and Hand Delivery**

Honorable Paul G. Gardephe
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, NY, 10007

**Re:** *Network-1 Technologies, Inc. v. Google, LLC, et al (1:2014-cv-02396)*

Dear Judge Gardephe:

We represent Plaintiff Network-1 Technologies, Inc. and write in connection with the proposed Joint Pretrial Order due today (Dkt. No. 335 at 1). In their October 22, 2026 joint letter, the parties explained that their proposed trial exhibits include confidential technical and financial information and asked to submit those exhibits to the Court on a thumb drive rather than filing them on the docket under Paragraph X.B.3 of the Court's Rules of Practice for Civil Cases. (Dkt. No. 374 at 1–2.)

Because today is the filing deadline, Network-1 is submitting its proposed exhibits on the enclosed USB flash drive while that request is pending. The drive contains Network-1's proposed exhibits, PTX-001 through PTX-189. Each file is named by its exhibit number to match Network-1's exhibit list in the proposed Joint Pretrial Order.

If the Court would prefer that the exhibits be filed electronically, Network-1 will promptly do so, together with any narrowly tailored requests to seal, on whatever schedule the Court directs.

We thank the Court for its consideration.

Respectfully submitted,

Russ, August & Kabat

*/s/ Paul A. Kroeger*

Paul A. Kroeger

Marc A. Fenster (pro hac vice)
Brian D. Ledahl (pro hac vice)
Adam S. Hoffman (pro hac vice)
Paul A. Kroeger (pro hac vice)
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Charles R. Macedo
AMSTER, ROTHSTEIN & EBENSTEIN LLP
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 336-8000

*Attorneys for Plaintiff Network-1 Technologies, Inc.*

PAK: wlb

Enclosure: 1 USB flash drive

cc: via ECF