**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC.,<br>Plaintiff,<br>v.<br>GOOGLE LLC and YOUTUBE, LLC,<br>Defendants. | 14 Civ. 2396 (PGG)<br>14 Civ. 9558 (PGG) |

**PLAINTIFF NETWORK-1 TECHNOLOGIES, INC.'S**
**NOTICE OF MOTION AND *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. SAMRAT BHATTACHARJEE**

TO THE COURT AND TO ALL PARTIES THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Plaintiff Network-1 Technologies, Inc.'s *Daubert* Motion to Exclude Certain Opinions of Dr. Samrat Bhattacharjee; the accompanying Affidavit of Brian D. Ledahl dated November 6, 2026 and all exhibits thereto; and all of the prior pleadings and proceedings in this Action, Plaintiff Network-1 Technologies, Inc., by and through its undersigned counsel, hereby moves this Court, before the Honorable Judge Paul G. Gardephe, U.S.D.J., at the United States District Court, Southern District of New York, at 40 Foley Sq., New York, NY 10007, Courtroom Number 705, for an Order excluding opinions of Dr. Samrat Bhattacharjee.

Dated: November 6, 2026

*/s/ Brian D. Ledahl*

Marc A. Fenster (*pro hac vice*)
Reza Mirzaie (*pro hac vice*)
Brian D. Ledahl (*pro hac vice*)
Benjamin T. Wang (*pro hac vice*)
Dale Chang (*pro hac vice*)
Adam S. Hoffman (*pro hac vice*)
Paul A. Kroeger (*pro hac vice*)
Jacob R. Buczko (*pro hac vice*)
Sarah Wang (*pro hac vice*)
Alexandra F. Easley (*pro hac vice*)
Minna Y. Jay (*pro hac vice*)
Jason Wietholter (*pro hac vice*)
Mackenzie Paladino (NY SBN 6039366)
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
mfenster@raklaw.com
rmirzaie@raklaw.com
bledahl@raklaw.com
bwang@raklaw.com
dchang@raklaw.com
ahoffman@raklaw.com
pkroeger@raklaw.com

jbuczko@raklaw.com
swang@raklaw.com
aeasley@raklaw.com
mjay@raklaw.com
jwietholter@raklaw.com
mpaladino@raklaw.com

Charles R. Macedo
AMSTER, ROTHSTEIN & EBENSTEIN LLP
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 336-8000
Facsimile: (212) 336-8001
cmacedo@arelaw.com

*Attorneys for Network-1 Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, a true and correct copy of the foregoing documents were served on all parties of record via electronic mail.

*/s/ Brian D. Ledahl*

Brian D. Ledahl